FILED

2017 AUG 11 AM 10: 21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY ___LAW___

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Billie Rene' Frances Lillian Powers
c/o P.O. Box 1501
Newport Beach, California [92569]
Plaintiff pro per

ATTORNEY(S) FOR: N/A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Billie Rene' Frances Lillian Powers | CASE NUMBER: |
|---|---|
| Plaintiff(s), | SACV17-01386 JVS (KESx) |
| v. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK et al | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, ~~counsel of record~~ for _Billie Rene' Frances Lillian Powers_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Taryn Mast | heir in succession of Plaintiff estate |
| Michael Mast | heir in succession of Plaintiff estate |
| Bridget Lyons | heir in succession of Plaintiff estate |
| Robert Lyons | heir in successsion of Plaintiff estate |
| jp (minor) | heir under 18 years of age in succession of Plaintiff estate |

August 11, 2017
Date

By Billie Rene' Frances Lillian Powers UCC1-308
Signature

~~Attorney of record for~~ (or name of party appearing in pro per):

by Billie Rene' Frances Lillian Powers