UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| **Case No.** | SACV 17-1386-JVS (KESx) | **Date** | August 23, 2017 |
| **Title** | Billie Rene Frances Lillian Powers v. The Bank of New York Mellon, et al. | | |

**Present: The Honorable**   Karen E. Scott, United States Magistrate Judge

| Jazmin Dorado | n/a |
|---|---|
| **Deputy Clerk** | **Court Reporter / Recorder** |
| **Attorneys Present for Plaintiff:** | **Attorneys Present for Defendants:** |
| n/a | n/a |

**Proceedings:**   (In Chambers) re Order Denying IFP with Leave to Amend (Dkt. 6.)

    On August 17, 2017, Plaintiff's request to proceed in forma pauperis was denied with leave to amend. (Dkt. 6.) Plaintiff may re-submit an amended IFP application and Complaint on or before **September 18, 2017**.

    Initials of Clerk   jd