## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Billie Rene Frances Lillian Powers, | CASE NUMBER |
| | |
| **PLAINTIFF(S)/PETITIONER(S)** | SACV 17-01386 JVS(KESx) |
| v. | |
| The Bank of New York Mellon, etc., et al., | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 16-05** |
| **DEFENDANT(S)/RESPONDENTS(S)** | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

28 U.S.C. Section 455(b)(4) - financial interest in a party

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 16-05.

This self-recusal has been Ordered:
- ☑ within 120 days of the Court being assigned said case.
- ☐ after 120 days of the Court being assigned said case.

__September 6, 2017__
Date                                        United States District Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ____David O. Carter_____. On all documents subsequently filed in this case, please substitute the initials _____DOC_____ after the case number in place of the initials of the prior Judge so that the case number will read: __SACV17-01386 DOC (KESx)__.

This is very important because documents are routed to the assigned Judge by means of the initials.

cc:   ☐ *Previous Judge*   ☐ *Statistics Clerk*

---

CV-52 (10/16)                **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 16-05**