FILED

2017 SEP 18 PM 3:07

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

1  Billie Rene' Frances Lillian Powers
2  P.O. Box 1501
   Newport Beach, California [92659]
3  949-374-4052
   *Plaintiff pro per*
4
   The Wolf Firm, A Law Corporation
5  2955 Main Street, 2nd Floor
   Irvine, California 92614
6  Phone 949-720-9200
   Fax 949-608-0131
7  Kayo Manson-Tompkins. SBN 136476 &
   Parnaz Parto, SBN 276874.
8  *Attorneys for Defendants*

9           THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

10
   Billie Rene' Frances Lillian Powers,        )  Case No. SACV17-01386 DOC(KES)
11                                             )
           Plaintiff                           )  **REQUEST FOR EXTENTION OF TIME**
12                                             )  **TO FILE FIRST AMENDED**
           vs.                                 )  **COMPLAINT AND AMENDED IFF FEE**
13                                             )  **WAIVER.**
                                               )
14  THE BANK OF NEW YORK MELLON                )
15                                             )
    FKA THE BANK OF NEW YORK; THE              )  DATE:
16                                             )  TIME:
    BANK OF NEW YORK MELLON,F/K/A                 DEPT:
17
    THE BANK OF NEW YORK, AS
18
    TRUSTEE, ON BEHALF OF THE
19
20  HOLDERS OF THE ALTERNATIVE

21  LOAN TRUST 2007-HY9, MORTAGE

22  PASS-THROUGH CERTIFICATES
23
    SERIES 2007-HY9; THE BANK OF NEW
24
25  YORK MELLON FKA THE BANK OF

26  NEW YORK, AS TRUSTEE, FOR THE

27  CERTIFICATE HOLDERS CWALT INC.,
28
                                    - 1 -
                          ~~VERIFIED CLAIM FOR DAMAGES~~
                          Request for extension

| | |
|---|---|
| 1 | ALTERNATIVE LOAN TRUST 2007-HY9 |
| 2 | MORTGAGE PASS THROUGH |
| 3 | CERTIFICATES, SERIES 2007-HY9; |
| 4 | BANK OF AMERICA; |
| 5 | |
| 6 | COMMONWEALTH LAND TITLE |
| 7 | INSURANCE; ALTERNATIVE LOAN |
| 8 | TRUST 2007-HY9; THE WOLF FIRM, A |
| 9 | LAW CORPORATION; QUALITY LOAN |
| 10 | SERVICING CORPORATION; SELECT |
| 11 | PORTFOLIO SERVICING INC. ; Jon |
| 12 | |
| 13 | Secrist |
| 14 | DOES 1-1000 |
| 15 | DEFENDANTS |

i, the PLAINTIFF, Billie Rene' Frances Lillian Powers, requests a 30 day extension of time to file my first amended complaint. Due to having my paralegal helping me in the hospital, and my own health issues related to a mini stroke just recently i was not able to file any amended complaint today September 18, 2017. i will amend the fee waiver at that time as well. Thank you for your honorable consideration.

Dated September 18, 2017

                                        Billie Rene' Frances Lillian Powers, Defendant pro per

- 2 -
~~VERIFIED CLAIM FOR DAMAGES~~ Request for extension