UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| **Case No.** | SACV 17-1386-DOC (KESx) | **Date** | September 19, 2017 |
| **Title** | Billie Rene Frances Lillian Powers v. The Bank of New York Mellon, et al. | | |

**Present: The Honorable**  Karen E. Scott, United States Magistrate Judge

| Jazmin Dorado | n/a |
|---|---|
| **Deputy Clerk** | **Court Reporter / Recorder** |
| **Attorneys Present for Plaintiff:** | **Attorneys Present for Defendants:** |
| n/a | n/a |

**Proceedings:**     (In Chambers) re Plaintiff's Request for Extension of Time (Dkt. 9.)


   Plaintiff's request for an extension of time (Dkt. 9) is GRANTED.  The deadline for Plaintiff to file her amended IFP application and Complaint is hereby extended until **October 18, 2017**.


                                                                         Initials of Clerk     jd