AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Billie René Frances Lillian Powers

Plaintiff(s) pro se

v.

Countrywide Home Loans, Inc.

See attached

Defendant(s)

Civil Action No. SACV17-01386 DOC(KESx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Countrywide Home Loans, Inc.
818 West Seventh Street 9th Floor
Los Angeles, California 90017
see attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached First Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Billie René Frances Lillian Powers
P.O. Box 1501
Newport Beach, California 92659

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9-20-17

Dwayne Roberts
Signature of Clerk or Deputy Clerk

1146

Billie Rene' Frances Lillian Powers
POST OFFICE BOX NO. 1501
NEWPORT BEACH, CALIFORNIA  92659
TELEPHONE NO.: (949) 374-4052
E – MAIL ADDRESS: powersbillie@yahoo.com

Plaintiff Files This Complaint For Damages
*In Pro Per*

FILED

2017 SEP 20 PM 2: 50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

# UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION)

Billie Rene' Frances Lillian Powers,

    Plaintiff pro se,

vs.

COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; COMMONWEALTH LAND TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS"; BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A.; BAC HOME LOANS SERVICING, LP; QUALITY LOAN SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE HOLDERS, _____ INC.; ALTERNATIVE LOAN TRUST 2007-HY9

Case No.: SACV17-01386 DOC (KESx)

Plaintiff's First Amended

**PLAINTIFF'S COMPLAINT FOR DAMAGES AND REQUEST FOR RESCISSION OF DEED OF TRUST ALLEGING FRAUD UPON THE PLAINTIFF BY THE DEFENDANT TO UNLAWFULLY TRANFER OWNERSHIP OF THE PLAINTIFF'S REAL PROPERTY CITING THE FOLLOWING:**

1  INJUNCTIVE RELIEF
2  CONSPIRACY
3  UNJUST ENRICHMENT
4  RICO VIOLATIONS OF RESPA
5  RICO VIOLATIONS
6  MATERIAL MISREPRESENTATIONS
7  WRONGFUL FORECLOSURE
8  FRAUD, DECEPTION, CONCEALMENT
9  BREACH OF SECURITY INSTRUMENT
10 DECLARATORY JUDGMENT
11 BREACH OF DUTY OF GOOD FAITH
12 VIOLATIONS OF MODIFICATION
13 SLANDER OF TITLE
14 CONVERSION
15 DECLARATORY RELIEF
16 VIOLATION OF 15 U.S.C. § 1692
17 JUDICIAL ESTOPPLE
18 FRAUDULENT CONVEYANCE

THIS ACTION CONTAINS MULTIPLE DECLARATORY ACTIONS

FIRST AMENDED COMPLAINT

-1-

**COMPLAINT FOR DAMAGES AND REQUEST FOR RESCISSION OF DEED OF TRUST**

| | |
|---|---|
| MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-HY9; Jon Secrist; AND DOES 1 TO 10 | [JURY TRIAL DEMANDED] |
| | FORMAL RESCISSION OF DEED OF TRUST |
| Defendant. | JURY TRIAL REQUESTED |

**PLAINTIFF'S COMPLAINT FOR DAMAGES AND REQUEST FOR RESCISSION OF DEED OF TRUST ALLEGING FRAUD UPON THE PLAINTIFF BY DEFENDANT TO UNLAWFULLY TRANSFER OWNERSHIP OF PLAINTIFF'S REAL PROPERTY**

-2-

COMPLAINT FOR DAMAGES AND REQUEST FOR RESCISSION
OF DEED OF TRUST

*Summons and Complaint*

~~CIVIL COVER SHEET CONTINUATION PAGE~~

**COUNTRYWIDE HOME LOANS, INC.**
**C/O CT SYSTEMS CORPORATION**
818 West Seventh Street, 9th Floor
Los Angeles, California 90017

**COUNTRYWIDE BANK, FSB**
818 West Seventh Street, 9th Floor
Los Angeles, California 90017

**COMMONWEALTH LAND TITLE INSURANCE COMPANY**
601 Riverside Avenue
Jacksonville, Florida 32204

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
1818 Library Street, Suite 300
Reston, Virginia 20190

**BANK OF AMERICA, N.A.**
**C/O CT SYSTEMS CORPORATION**
818 West Seventh Street, 9th Floor
Los Angeles, California 90017

**RECONTRUST COMPANY, N.A.**
**C/O CT SYSTEMS CORPORATION**
818 West Seventh Street, 9th Floor
Los Angeles, California 90017

**BAC HOME LOANS SERVICING, LP**
**C/O CT SYSTEMS CORPORATION**
818 West Seventh Street, 9th Floor
Los Angeles, California 90017

**QUALITY LOAN SERVICING CORPORATION**
411 Ivy Street
San Diego, California 92101

**SELECT PORTFOLIO SERVICING, INC.**
3217 Decker Lake Drive
Salt Lake City, Utah 84119

**THE BANK OF NEW YORK MELLON F/K/A THE BANK**

1

OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, _____ ⟩ MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9
225 Liberty Street
New York, New York 10286

THE BANK OF YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE HOLDERS, ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-HY9
225 Liberty Street
New York, New York 10286

JON SECRIST
12316 Willow Forrest Drive, Moorpark California, 93021

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: