1  Steven M. Dailey #163857
   Rebecca L. Wilson #257613
2  KUTAK ROCK LLP
   Suite 1500
3  5 Park Plaza
   Irvine, CA  92614-8595
4  Telephone:   (949) 417-0999
   Facsimile:    (949) 417-5394
5  Email:      steven.dailey@kutakrock.com
   Email:      Rebecca.wilson@kutakrock.com
6
   Attorneys for Defendants SELECT PORTFOLIO
7  SERVICING, INC.; THE BANK OF NEW YORK
   MELLON, F/K/A THE BANK OF NEW YORK, AS
8  TRUSTEE, ON BEHALF OF THE HOLDERS OF THE
   ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE
9  PASS-THROUGH CERTIFICATES SERIES 2007-HY9
   [erroneously sued as "THE BANK OF NEW YORK
10 MELLON F/K/A THE BANK OF NEW YORK, AS
   TRUSTEE, ON BEHALF OF THE HOLDERS OF THE
11 ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE
   PASS-THROUGH CERTIFICATES SERIES 2007-HY9"
12 and "THE BANK OF NEW YORK MELLON FKA THE
   BANK OF NEW YORK, AS TRUSTEE, FOR THE
13 CERTIFICATE HOLDERS, ALTERNATIVE LOAN
   TRUST 2007-HY9 MORTGAGE PASS TRHOUGH
14 CERTIFICATES, SERIES 2007-HY9"]: MORTGAGE
   ELECTRONIC REGISTRATION SYSTEMS, INC.
15
                  **UNITED STATES DISTRICT COURT**
16
            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
17
                **SOUTHERN DIVISION – SANTA ANA**
18

| | |
|---|---|
| 19  BILLIE RENE FRANCES LILIAN POWERS, | Case No.  8:17-CV-01386-DOC-KES |
| 20                    Plaintiff, | Assigned to District Judge:  Hon. David O. Carter Courtroom: 9D |
| 21           v. | Assigned Discovery Magistrate Judge:  Hon. Karen E. Scott |
| 22  COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; COMMONWEALTH LAND TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS"; BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A. ; BAC HOME LOANS SERVICING, LP; QUALITY LOAN SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, | **REQUEST FOR JUDICIAL NOTICE** [Federal Rule of Civil Procedure, Rules 12(b)(6), 12(b)(7)] Filed and served concurrently with: 1.  Demurrer to Motion to Dismiss 2.  Motion to Strike |

INC.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE HOLDERS, ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS TRHOUGH CERTIFICATES, SERIES 2007-HY9; JON SECRIST; AND DOES 1 TO 10

Defendants.

Date:        November 13, 2017
Time:        8:30 a.m.
Ctrm.:       9D

Date Filed: August 11, 2017

Defendants SELECT PORTFOLIO SERVICING, INC. ["SPS"], THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9 ["BNYM"], and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ["MERS"], [collectively "Loan Defendants"] hereby request this Court take judicial notice, pursuant to Federal Rules of Evidence, Rule 201, of the following documents. Loan Defendants submit a court may take judicial notice of material that is submitted as part of the complaint, or is necessarily relied upon by the complaint, as well as matters of public record. [Lee v. City of L.A., 250 F.3d 668, 688–89 (9th Cir. 2001); see also Fernandez v. Wells Fargo Bank, N.A., 2012 WL 5350256, at *2 (N.D. Cal. Oct. 29, 2012) (taking judicial notice of similar documents).

| Exhibit | Document |
|---------|----------|
| "**A**" | Grant Deed recorded July 2, 2007 in Official Records, Orange County as Document Number 2007000417170. A true and correct copy is attached as Exhibit "**A**". |

"**B**"      Deed of Trust recorded July 2, 2007 in Official Records, Orange County as Document Number 2007000417171.  A true and correct copy is attached as Exhibit "**B**".

"**C**"      Grant Deed recorded July 10, 2007 in Official Records, Orange County as Document Number 2007000431113.  A true and correct copy is attached as Exhibit "**C**".

"**D**"      Notice of Default recorded May 6, 2008 in Official Records, Orange County as Document Number 2008000268379.  A true and correct copy is attached as Exhibit "**D**".

"**E**"      Substitution of Trustee recorded November 5, 2008 in Official Records, Orange County as Document Number 2008000505648.  A true and correct copy is attached as Exhibit "**E**."

"**F**"      Notice of Trustee's Sale recorded November 5, 2008 in Official Records, Orange County as Document Number 2008000505649.  A true and correct copy is attached as Exhibit "**F**."

"**G**"      Notice of Rescission of Declaration of Default recorded January 15, 2009 in Official Records, Orange County as Document Number 200900017396.  A true and correct copy is attached hereto as Exhibit "**G**".

"**H**"      Notice of Default recorded May 6, 2010 in Official Records, Orange County as Document Number 2010000213610.  A true and correct copy is attached hereto as Exhibit "**H**".

"**I**"      Corporation Assignment of Deed of Trust recorded May 19, 2010 in Official Records, Orange County as Document Number 2010000234975.  A true and correct copy is attached hereto as Exhibit "**I**".

**"J"**     Notice of Rescission of Declaration of Default recorded June 2, 2010 in Official Records, Orange County as Document Number 2010000256892.  A true and correct copy is attached hereto as Exhibit "**J**".

**"K"**     Corporation Assignment of Deed of Trust recorded October 26, 2010 in Official Records, Orange County as Document Number 2010000564031.  A true and correct copy is attached hereto as Exhibit "**K**".

**"L"**     Notice of Default recorded October 31, 2013 in Official Records, Orange County as Document Number 2013000609851.  A true and correct copy is attached hereto as Exhibit "**L**"

**"M"**     Notice of Default recorded December 6, 2013 in Official Records, Orange County as Document Number 2013000661629.  A true and correct copy is attached hereto as Exhibit "**M**".

**"N"**     Notice of Default recorded September 25, 2014 in Official Records, Orange County as Document Number 2014000390481.  A true and correct copy is attached hereto as Exhibit "**N**".

**"O"**     Notice of Trustee's Sale recorded September 30, 2015 in Official Records, Orange County as Document Number 2015000499008.  A true and correct copy is attached hereto as Exhibit "**O**".

**"P"**     Trustee's Deed Upon Sale recorded August 16, 2016 in Official Records, Orange County as Document Number 2016000386939.  A true and correct copy is attached hereto as Exhibit "**P**".

**"Q"**     Docket regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:09-bk-11245-RK.  A true and correct copy is attached as Exhibit "**Q**."

**"R"**      Petition and Schedules filed February 17, 2009 regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:09-bk-11245-RK.   A true and correct copy is attached as Exhibit "**R.**"

**"S"**      Discharge of Debtor filed June 23, 2009 regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:09-bk-11245-RK.   A true and correct copy is attached as Exhibit "**S.**"

**"T"**      Docket regarding *In Re Billie Rene Powers,* United States Bankruptcy Court, Central District of California, Case No. 8:09-bk-22500-RK.   A true and correct copy is attached as Exhibit "**T.**"

**"U"**      Petition and Schedules filed November 11, 2009 regarding *In Re Billie Rene Powers,* United States Bankruptcy Court, Central District of California, Case No. 8:09-bk-22500-RK.   A true and correct copy is attached as Exhibit "**U.**"

**"V"**      Docket regarding *In Re Billie Rene Powers,* United States Bankruptcy Court, Central District of California, Case No. 8:09-bk-24448-RK.   A true and correct copy is attached as Exhibit "**V.**"

**"W"**      Petition and Schedules filed December 28, 2009 regarding *In Re Billie Rene Powers,* United States Bankruptcy Court, Central District of California, Case No. 8:09-bk-24448-RK.   A true and correct copy is attached as Exhibit "**W.**"

**"X"**      Docket regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-11637-RK.   A true and correct copy is attached as Exhibit "**X.**"

**"Y"**      Petition and Schedules filed February 10, 2010 regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-11637-RK.   A true and correct copy is attached as Exhibit "**Y.**"

**"Z"**    Amended Schedules filed February 24, 2010 regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-11637-RK.  A true and correct copy is attached as Exhibit "**Z.**"

**"AA"**    Notice of Motion and Motion to Dismiss filed May 3, 2010 regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-11637-RK. A true and correct copy is attached as Exhibit "**AA.**"

**"BB"**    Order of Dismissing Case entered June 16, 2010 regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-11637-RK.  A true and correct copy is attached as Exhibit "**BB.**"

**"CC"**    Docket regarding *In Re Billie Rene Powers,* United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-19648-RK.   A true and correct copy is attached as Exhibit "**CC.**"

**"DD"**    Petition and Schedules filed July 14, 2010 regarding *In Re Billie Rene Powers,* United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-19648-RK.  A true and correct copy is attached as Exhibit "**DD.**"

**"EE"**    Order of Dismissal filed November 4, 2010 regarding *In Re Billie Rene Powers,* United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-19648-RK.  A true and correct copy is attached as Exhibit "**EE.**"

**"FF"**    Docket regarding *Billie Rene Powers, aka Rancho Sonata, LLC v. Val-Chris Investments, Inc., et al.,* Superior Court of California, County of Orange, Case No. 30-2012-00538867.   A true and correct copy is attached as Exhibit "**FF.**"

**"GG"**   Verified Complaint filed January 20, 2012 regarding *Billie Rene Powers, aka Rancho Sonata, LLC v. Val-Chris Investments, Inc., et al.,* Superior Court of California, County of Orange, Case No. 30-2012-00538867.  A true and correct copy is attached as Exhibit "**GG.**"

**"HH"**   Minute Order dated November 26, 2012 regarding *Billie Rene Powers, aka Rancho Sonata, LLC v. Val-Chris Investments, Inc., et al.,* Superior Court of California, County of Orange, Case No. 30-2012-00538867.  A true and correct copy is attached as Exhibit "**HH.**"

**"II"**   Docket regarding *Thomas F. Peppers, Trustee of the Thomas F. Peppers Trust, UDT and or Its Successors, and/or Assignees in Interest v. Rancho Sonata LLC,* Superior Court of California, County of Orange, Case No. 30-2011-00519650-CL-UD-HNB.  A true and correct copy is attached as Exhibit "**JJ.**"

**"JJ"**   Docket regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:17-bk-13112-CB.   A true and correct copy is attached as Exhibit "**JJ.**"

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4848-9087-5217.1

REQUEST FOR JUDICIAL NOTICE

**"KK"**     Petition filed August 4, 2017 regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:17-bk-13112-CB.  A true and correct copy is attached as Exhibit "**KK.**"

Dated:        October 10, 2017          KUTAK ROCK LLP


                                        By: /s/ Steven M. Dailey
                                        Steven M. Dailey
                                        Attorneys for Defendants
                                        SELECT PORTFOLIO
                                        SERVICING, INC., THE BANK OF
                                        NEW YORK MELLON, F/K/A THE
                                        BANK OF NEW YORK, AS
                                        TRUSTEE, ON BEHALF OF THE
                                        HOLDERS OF THE
                                        ALTERNATIVE LOAN TRUST
                                        2007-HY9, MORTGAGE PASS-
                                        THROUGH CERTIFICATES
                                        SERIES 2007-HY9 and
                                        MORTGAGE ELECTRONIC
                                        REGISTRATION SYSTEMS, INC.