# EXHIBIT "Y"

Form B1 (Official Form 1) (Rev. 1/08)

## United States Bankruptcy Court
## Central District of California

| Name of Debtor (if individual, enter Last, First, Middle):<br>**POWERS, BILLIE, RENE** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): **6401** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**40701 ORTEGA HWY**<br>**SAN JUAN CAPISTRANO, CA**<br>ZIP CODE **92675** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**ORANGE** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7   ☐ Chapter 11   ☐ Chapter 15 Petition for<br>☐ Chapter 9   ☐ Chapter 12   Recognition of a Foreign<br>         Main Proceeding<br>         ☐ Chapter 13   ☐ Chapter 15 Petition for<br>         Recognition of a Foreign<br>         Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☑ Debts are primarily consumer    ☐ Debts are primarily<br>debts, defined in 11 U.S.C.         business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available<br>for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | $100,000,001 to<br>$500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Form B1 (Official Form 1) - (Rev. 1/08) | | 2008 USBC, Central District of California |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**BILLIE RENE POWERS** | **FORM B1, Page 2** |

| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td colspan="2"><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❏  Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X <i>Michael A Younge</i>   2-10-10<br>(Signature of Attorney for Debtor(s))   Date<br>MICHAEL A YOUNGE   170929</td>
</tr>
</table>

<table>
<tr>
<td><b>Exhibit C</b><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>❏  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No</td>
<td><b>Exhibit D</b><br>(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>❏  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br><br>❏  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.</td>
</tr>
</table>

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❏  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

❏  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

❏  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❏  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❏  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❏  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Form B1 (Official Form 1) (Rev. 1/08)                                                                        2009 USBC, Central District of California

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** **BILLIE RENE POWERS** | **FORM B1,** Page 3 |
|---|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]* **BILLIE RENE POWERS**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**2-10-10**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X *[signature]* **MICHAEL A YOUNGE**
Signature of Attorney for Debtor(s)

**MICHAEL A YOUNGE**
Printed Name of Attorney for Debtor(s)

**THE LAW OFFICE OF MICHAEL A YOUNGE**
Firm Name

**8141 EAST KAISER BLVD SUITE 200**
Address

**ANAHEIM HILLS  CA 92808**

**714-685-1170**          **714-685-1172**
Telephone Number

**2-10-10**          **170929**
Date          Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

8:09-bk-11245-RK, 09-24448 , 09-22500

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _SANTA ANA_ , California  _Billie Lea Tower_
                                                 Debtor

Dated: _2 - 10 - 10_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004                            217                            F 1015-2.1

Form B4 (Official Form 4) - (12/07)                                                    2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| **CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:   **BILLIE RENE POWERS** | CHAPTER:   **11** |
| Debtor(s). | CASE NO.: |

## Form 4.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BAYVIEW LOAN SERVICING, LLC<br>PO BOX 3042<br>MILWAUKEE, WI 53201-3042 | | | | $300,000.00<br><br>SECURED VALUE: |
| FREMONT INVESTMENT & LOAN<br>PO BOX 25100<br>SANTA ANA, CA 92799-5100 | | | | $300,000.00<br><br>SECURED VALUE: |
| INDY MAC BANK<br>PO BOX 78826<br>PHOENIX, AZ 85062-8826 | | | | $119,000.00<br><br>SECURED VALUE: |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form B6 - Summary (12/07)                                   2007 USBC, Central District of California

## United States Bankruptcy Court
## Central District of California

| In re  BILLIE RENE POWERS | Case No.: |
|---|---|
| Debtor. | (if known) |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $      817,000.00 | | |
| B - Personal Property | YES | 2 | $          1,040.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $      898,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $               0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 0 | | $               0.00 | |
| G - Executory Contracts and Unexpired Leases | NO | | | | |
| H - Codebtors | NO | | | | |
| I - Current Income of Individual Debtor(s) | YES | 0 | | | $               0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 0 | | | $               0.00 |
| TOTAL | | 6 | $      818,040.00 | $      898,000.00 | |

Form B6A - (12/07)                                                   2007 USBC, Central District of California

| In re   **BILLIE RENE POWERS** | | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **CONDO 445 ISLAND #331** | **Fee Owner** | | $ 468,000.00 | $ 519,000.00 |
| **CONDO 445 ISLAND #723** | **Fee Owner** | | $ 349,000.00 | $ 379,000.00 |
| **SINGLE FAMILY RESIDENCE** | **Fee Owner** | | $   0.00 | $   0.00 |

Total    ➤    **$ 817,000.00**

(Report also on Summary of Schedules.)

Form B6D - (12/07)                                                                    2007 USBC, Central District of California

| In re | **BILLIE RENE POWERS** | Debtor. | Case No.: | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  **9349** <br> **BAYVIEW LOAN SERVICING, LLC** <br> **PO BOX 3042** <br> **MILWAUKEE, WI 53201-3042** | | | **Second Lien on Residence** <br> **CONDO 445 ISLAND #723** <br><br> **Value  $0.00** | | | | 30,000.00 | 300,000.00 |
| Last four digits of ACCOUNT NO.  **5730** <br> **FREMONT INVESTMENT & LOAN** <br> **PO BOX 25100** <br> **SANTA ANA, CA 92799-5100** | | | **First Lien on Residence** <br> **CONDO 445 ISLAND #723** <br><br> **Value  $0.00** | | | | 349,000.00 | 300,000.00 |
| Last four digits of ACCOUNT NO.  **4811** <br> **INDY MAC BANK** <br> **PO BOX 78826** <br> **PHOENIX, AZ 85062-8826** | | | **First Lien on Residence** <br> **CONDO 445 ISLAND #331** <br><br> **Value  $0.00** | | | | 519,000.00 | 119,000.00 |

<u>0</u> continuation sheets attached



|  | Subtotal (Total of this page) ➤ | $  898,000.00 | $  719,000.00 |
|---|---|---|---|
|  | Total (Use only on last page) ➤ | $  898,000.00 | $  719,000.00 |
|  |  | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

| Form B6 - Declaration(Rev. 12/07) | 2007 USBC, Central District of California |
|---|---|

| In re  BILLIE RENE POWERS | Case No.: |
|---|---|
| Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **8** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 2-10-10

Signature: _BILLIE RENE POWERS_

**BILLIE RENE POWERS**

Debtor

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **MICHAEL A YOUNGE**<br>**THE LAW OFFICE OF MICHAEL A YOUNGE**<br>**8141 EAST KAISER BLVD**<br>**SUITE 200**<br>**ANAHEIM HILLS**<br>**CA 92808**<br>Phone:  714-685-1170          Fax:  714-685-1172<br>California State Bar Number: 170929<br>☐ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**BILLIE RENE POWERS**<br><br><div align="right">Debtor.</div> | CASE NO.:<br><br>CHAPTER:    11<br><br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
## (INDIVIDUAL)

☑ Petition, statement of affairs, schedules or lists        Date Filed:  2-10-10

☑ Amendments to petition, statement of affairs, schedules or lists    Date Filed:  _____

☐ Other: _____        Date Filed:  _____

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

    I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____        2 - 10 - 10
*Signature of Signing Party*                                          Date

**BILLIE RENE POWERS**
_____
*Printed Name of Signing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

    I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

_____ 2 - 10 - 10
Signature of Attorney for Signing Party    Date

**MICHAEL A YOUNGE**
_____
Printed Name of Attorney for Signing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

224

B 201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

Name:      **MICHAEL A YOUNGE**
Address:   **THE LAW OFFICE OF MICHAEL A YOUNGE**
           **8141 EAST KAISER BLVD**
           **SUITE 200**
           **ANAHEIM HILLS**
           **CA 92808**

Telephone: **714-685-1170**              Fax:    **714-685-1172**

☑ Attorney for Debtor
☐ Debtor In Pro Per

<table>
<tr><td colspan="2" align="center">**UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**</td></tr>
<tr><td>List all names including trade names, used by Debtor(s) within last 8 years:<br><br>BILLIE RENE POWERS</td><td>Case No.:</td></tr>
<tr><td></td><td align="center">**NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code)</td></tr>
</table>

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.   **Services Available from Credit Counseling Agencies**

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 12/08)                                                      USBC, Central District of California

**2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 12/08)                                USBC, Central District of California

**Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

MICHAEL A YOUNGE
Printed Name of Attorney                      Signature of Attorney               Date

Address:

**THE LAW OFFICE OF MICHAEL A YOUNGE**
**8141 EAST KAISER BLVD**
**SUITE 200**
**ANAHEIM HILLS**
**CA 92808**
**714-685-1170**

**Certificate of the Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

BILLIE RENE POWERS                      X
Printed Name(s) of Debtor                      BILLIE RENE POWERS
                                               Signature of Debtor                Date

Case No. (if known)   _____

227

Verification of Creditor Mailing List - (Rev. 10/05)                              2003 USBC, Central District of California

<div align="center">

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

</div>

Name      **MICHAEL A YOUNGE**
Address   **THE LAW OFFICE OF MICHAEL A YOUNGE**
          **8141 EAST KAISER BLVD**
          **SUITE 200**
          **ANAHEIM HILLS**
          **CA 92808**
Telephone **714-685-1170**

☑ Attorney for Debtor(s)
☐ Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:  BILLIE RENE POWERS | Case No.: |
| | Chapter:          **11** |

<div align="center">

## VERIFICATION OF CREDITOR MAILING LIST

</div>

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ **2** _____ sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 2 - 10 - 10

_____
BILLIE RENE POWERS,Debtor

_____
MICHAEL A YOUNGE, Attorney (if applicable)

BAYVIEW LOAN SERVICING, LLC
PO BOX 3042
MILWAUKEE, WI 53201-3042

FREMONT INVESTMENT & LOAN
PO BOX 25100
SANTA ANA, CA 92799-5100

INDY MAC BANK
PO BOX 78826
PHOENIX, AZ 85062-8826

BILLIE RENE POWERS
40701 ORTEGA HWY
SAN JUAN CAPISTRANO, CA 92675

MICHAEL A YOUNGE
THE LAW OFFICE OF MICHAEL A YOUNGE
8141 EAST KAISER BLVD
SUITE 200
ANAHEIM HILLS

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 19 of 211   Page ID #:416
Case 8:10-bk-11637-RK   Doc 1-1   Filed 02/10/10   Entered 02/10/10 11:32:58   Desc
Ntc of Case Deficient 521   Page 1 of 1

| United States Bankruptcy Court<br>Central District Of California | |
|---|---|
| In re:<br>Billie Rene Powers | CHAPTER NO.:  11 |
| | CASE NO.: 8:10−bk−11637−RK |

## NOTICE OF CASE DEFICIENCY
## UNDER 11 U.S.C. § 521(a)(1) AND BANKRUPTCY RULE 1007

**To Debtor and Debtor's Attorney of Record,**

**Pursuant to F.R.B.P. 1007, you must file the following documents within 14 days from the date of the filing of your petition. Your case may be dismissed if you fail to do so.**

## Schedule C
## Schedule E
## Schedule F
## Schedule B
## Schedule G
## Statement − Form 22B
## Schedule H
## Schedule I
## Schedule J
## Stmt. of Fin. Affairs

**Even if the indicated document are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007, within 14 days after you filed the petition, **YOU MUST EITHER:**

(1)     File the above−referenced documents and the proper number of copies [Local Bankruptcy Rule 1002−1]:

            Chapter 11     1 Original and 3 Copies

**OR**

(2)     File and serve a motion for an order extending the time to file the required document(s).

 IF YOU DO NOT COMPLY, in a timely manner with either of the above alternatives, your case may be the subject of an order to show cause to dismiss the case. Motion for extension of time to file schedules and other papers shall comply with Local Bankruptcy Rule 1007−1, and shall be supported by admissible evidence demonstrating cause for the requested extension.

**BY ORDER OF THE COURT**
Dated: <u>February 10, 2010</u>

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Cynthia Beezer</u>**
    **Deputy Clerk**

DEF − Revised 12/2009

1 /

# United States Bankruptcy Court
# Central District Of California

| In re: | CHAPTER NO.:  11 |
| Billie Rene Powers | CASE NO.: 8:10−bk−11637−RK |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b);
Local Rule 1002−1(g)]
☑ Statistical Summary of Certain Liabilities
☑ Debtor's Certification of Employment Income

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash−flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash−flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

        Chapter 11     1 Original and 3 Copies

**Please return the original or copy of this form with all required items to the following location:**

        411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: <u>February 10, 2010</u>

        **KATHLEEN J. CAMPBELL, CLERK OF COURT**

        **By: <u>Cynthia Beezer</u>**
        **Deputy Clerk**

ccdn − Revised 12/2009                                                1 /

# EXHIBIT "Z"

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name:  **MICHAEL A YOUNGE**

Street Address: **8141 EAST KAISER BLVD**

**SUITE 200**

**ANAHEIM HILLS**

**CA 92808**

Filer's Telephone No.:  **714-685-1170**

Atty Name (if applicable):  **MICHAEL A YOUNGE**

CA Bar No. (if applicable):  **170929**

Atty Fax No. (if applicable): **714-685-1172**

In re:  **BILLIE RENE POWERS**

Case No.:  **8:10-bk-11637**

Chapter 7 _____  11 **X**  13 _____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?  Yes **X**  No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A **X**  B **X**  C **X**  D **X**  E **X**  F **X**  G **X**  H **X**  I **X**  J **X**

Statement of Social Security  Number(s) _____          Statement of Financial Affairs **X**

Statement of Intentions _____          Other _____

**LIST OF 20 LARGEST CREDITORS; SUMMARY OF SCHEDULES; STATEMENT OF CURRENT MONTHLY INCOME; STATEMENT OF NET MONTHLY INCOME; DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME**

**NOTE:**  IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I, **BILLIE RENE POWERS**, the person(s) who subscribed to the foregoing Amended Schedule do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 2/23/2010

**BILLIE RENE POWERS**
Debtor Signature

**\*\*FOR COURT USE ONLY\*\***

**\*\*SEE REVERSE SIDE\*\***

B-1008 Revised November 2003

Form B4 (Official Form 4) - (12/07)                                                     2007 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:   BILLIE RENE POWERS                                    CHAPTER:   11

Debtor(s).   CASE NO.:

## Form 4.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BAYVIEW LOAN SERVICING, LLC PO BOX 3042 MILWAUKEE, WI 53201-3042 | | Second Lien on Residence | | $32,000.00 SECURED VALUE: |
| SLS PO BOX 25100 SANTA ANA, CA 92799-5100 | | First Lien on Residence | | $95,000.00 SECURED VALUE: $265,000.00 |
| ONE WEST BANK 460 SIERRA MADRE VILLA #101 PASADENA, CA 91107 | | First Lien on Residence | | $32,578.00 SECURED VALUE: $425,000.00 |
| ONE WEST BANK 460 SIERRA MADRE VILLA #101 PASADENA, CA 91107 | | Second Lien on Residence | | $114,771.00 SECURED VALUE: |
| BANK OF AMERICA 450 AMERICAN ST SV416 SIMI VALLEY, CA 93065 | | First Lien on Residence | | $730,000.00 SECURED VALUE: $600,000.00 |
| VAL CHRIS INVESTMENTS 2601 MAIN STREET IRVINE, 92614 | | Second Lien on Residence | | $175,000.00 SECURED VALUE: |

Form B4 (Official Form 4) - Continued (12/07)                                                 2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:  **BILLIE RENE POWERS**                                    Debtor(s). | CHAPTER:    **11**<br>CASE NO.: |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| COUNTY OF SAN DIEGO<br>1600 PACIFIC HWY RM 103<br>SAN DIEGO, CA 92101-2480 | | | | $2,107.00 |
| COUNTY OF SAN DIEGO<br>1600 PACIFIC HWY RM 103<br>SAN DIEGO, CA 92101-2480 | | | | $2,788.00 |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form B6 - Summary (12/07)                                                    2007 USBC, Central District of California

## United States Bankruptcy Court
## Central District of California

| In re **BILLIE RENE POWERS** | Case No.: | |
| Debtor. | | (if known) |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | YES | 1 | $ 1,417,000.00 | | |
| B - | Personal Property | YES | 2 | $ 6,600.00 | | |
| C - | Property Claimed as Exempt | YES | 1 | | | |
| D - | Creditors Holding Secured Claims | YES | 2 | | $ 2,479,529.00 | |
| E - | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 4,895.00 | |
| F - | Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 0.00 | |
| G - | Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - | Codebtors | YES | 1 | | | |
| I - | Current Income of Individual Debtor(s) | YES | 2 | | | $ 11,050.00 |
| J - | Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 14,452.00 |
| | TOTAL | | 14 | $ 1,423,600.00 | $ 2,484,424.00 | |

Form B6A - (12/07)                                                                    2007 USBC, Central District of California

| In re  BILLIE RENE POWERS | Case No.: | |
|---|---|---|
| Debtor. | | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| CONDOMINIUM 445 ISLAND #331 SAN DIEGO, CA 92101 | Fee Owner | | $ 468,000.00 | $ 519,000.00 |
| CONDOMINIUM 445 ISLAND #723 SAN DIEGO, CA 92101 | Fee Owner | | $ 349,000.00 | $ 379,000.00 |
| SINGLE FAMILY RESD 40701 ORTEGA HWY SAN JUAN CAPISTRANO CA 92530 | Fee Owner | | $ 600,000.00 | $1,730,000.00 |
| | | Total ➤ | $1,417,000.00 | |

(Report also on Summary of Schedules.)

Form B6B - (12/07)                                                                                      2007 USBC, Central District of California

| In re  **BILLIE RENE POWERS** | | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.Cash on hand | X | | | |
| 2.Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.Household goods and furnishings, including audio, video, and computer equipment. | | **HOUSEHOLD FURNISHINGS** | | 800.00 |
| 5.Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.Wearing apparel. | | **CLOTHING** | | 200.00 |
| 7.Furs and jewelry. | X | | | |
| 8.Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.Annuities.  Itemize and name each issuer. | X | | | |
| 11.Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.Stock and interests in incorporated and unincorporated businesses. Itemize. | | **RANCHO SONATA, LLC** | | 0.00 |
| 14.Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.Accounts receivable. | X | | | |
| 17.Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | **CHILD SUPPORT** | | 600.00 |
| 18.Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |

Form B6B - (12/07)                                                                 2007 USBC, Central District of California

| In re **BILLIE RENE POWERS** | | Case No.: | |
| | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19.Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22.Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 TOYOTA FJ CRUISER** | | **5,000.00** |
| 26.Boats, motors, and accessories. | X | | | |
| 27.Aircraft and accessories. | X | | | |
| 28.Office equipment, furnishings, and supplies. | X | | | |
| 29.Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30.Inventory. | X | | | |
| 31.Animals. | X | | | |
| 32.Crops - growing or harvested.  Give particulars. | X | | | |
| 33.Farming equipment and implements. | X | | | |
| 34.Farm supplies, chemicals, and feed. | X | | | |
| 35.Other personal property of any kind not already listed.  Itemize. | X | | | |

_1_   continuation sheets attached                                       **$  6,600.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C - (12/07)                                                    2007 USBC, Central District of California

| In re | **BILLIE RENE POWERS** | | Case No.: | |
|-------|------------------------|---------|-----------|--------------|
| | | Debtor. | | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                           $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|--------------------------|--------------------------------------|----------------------------|-------------------------------------------------------|
| **2007 TOYOTA FJ CRUISER** | **C.C.P. § 703.140(b)(2)** | 3,300.00 | 5,000.00 |
| **CLOTHING** | **C.C.P. § 703.140(b)(5)** | 200.00 | 200.00 |
| **HOUSEHOLD FURNISHINGS** | **C.C.P. § 703.140(b)(5)** | 800.00 | 800.00 |

Form B6D - (12/07)                                                                 2007 USBC, Central District of California

| In re | BILLIE RENE POWERS | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  XXXXXX17102<br>**BANK OF AMERICA**<br>**450 AMERICAN ST SV416**<br>**SIMI VALLEY, CA 93065** | | | 07/01/2007<br>**First Lien on Residence**<br>**SINGLE FAMILY RESIDENCE**<br><br>**Value $600,000.00** | | | | 1,330,000.00 | 730,000.00 |
| Last four digits of ACCOUNT NO.  9349<br>**BAYVIEW LOAN SERVICING, LLC**<br>**PO BOX 3042**<br>**MILWAUKEE, WI 53201-3042** | | | 01/01/2007<br>**Second Lien on Residence**<br>**CONDO #723**<br><br>**Value $0.00** | | | | 32,000.00 | 32,000.00 |
| Last four digits of ACCOUNT NO.  XXXXX4993<br>**ONE WEST BANK**<br>**460 SIERRA MADRE VILLA #101**<br>**PASADENA, CA 91107** | | | 01/01/2007<br>**Second Lien on Residence**<br>**CONDO #331**<br><br>**Value $0.00** | | | | 114,771.00 | 114,771.00 |
| Last four digits of ACCOUNT NO.  4811<br>**ONE WEST BANK**<br>**460 SIERRA MADRE VILLA #101**<br>**PASADENA, CA 91107** | | | 01/01/2007<br>**First Lien on Residence**<br>**CONDO #331**<br><br>**Value $425,000.00** | | | | 457,578.00 | 32,578.00 |
| Last four digits of ACCOUNT NO.  5730<br>**SLS**<br>**PO BOX 25100**<br>**SANTA ANA, CA 92799-5100** | | | 01/01/2007<br>**First Lien on Residence**<br>**CONDO #723**<br><br>**Value $265,000.00** | | | | 360,000.00 | 95,000.00 |

1 continuation sheets attached



| | Subtotal (Total of this page) | ➤ | $ 2,294,349.00 | $1,004,349.00 |
|---|---|---|---|---|
| | Total (Use only on last page) | ➤ | $ | $ |
| | | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6D - (12/07)                                                        2007 USBC, Central District of California

| In re | BILLIE RENE POWERS | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  H-4782 VAL CHRIS INVESTMENTS 2601 MAIN STREET IRVINE, 92614  THOMAS PEPPER TRUST 503 36th STREET NEWPORT BEACH CA 92663 | | | 10/01/2008 Second Lien on Residence SINGLE FAMILY RESIDENCE Value $0.00 | | | | 175,000.00 | 175,000.00 |
| Last four digits of ACCOUNT NO.  #723 WASSERMAN KORNHEISER 7955 RAYTHEON ROAD SAN DIEGO, CA 92111 | | | 02/01/2010 Statutory Lien UNIT 723 Value $0.00 | | | | 5,362.00 | 0.00 |
| Last four digits of ACCOUNT NO.  #331 WASSERMAN KORNHEISER 7955 RAYTHEON ROAD SAN DIEGO, CA 92111 | | | 02/01/2010 Statutory Lien UNIT 331 Value $0.00 | | | | 4,818.00 | 0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal(s) (Total(s) of this page) ➤ | $  185,180.00 | $  175,000.00 |
|---|---|---|---|
| | Total(s) (Use only on last page) ➤ | $  2,479,529.00 | $1,179,349.00 |
| | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

| Form B6E- (Rev. 12/07) | | 2007 USBC, Central District of California |
|---|---|---|
| In re   **BILLIE RENE POWERS**<br><br>Debtor. | Case No.: | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals:** Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1 continuation sheets attached

Form B6E- (Rev. 12/07)                                                2007 USBC, Central District of California

| In re   **BILLIE RENE POWERS** | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units

### Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  535-085-12-23<br>**COUNTY OF SAN DIEGO**<br>**1600 PACIFIC HWY RM 103**<br>**SAN DIEGO, CA 92101-2480** | | | 01/01/2010<br>**FIRST INSTALMENT FOR**<br>**2010 PROPERTY TAXES**<br>**#331** | | | | 2,788.00 | 2,788.00 | $0.00 |
| Last four digits of ACCOUNT NO.  535-085-15-19<br>**COUNTY OF SAN DIEGO**<br>**1600 PACIFIC HWY RM 103**<br>**SAN DIEGO, CA 92101-2480** | | | 01/01/2010<br>**FIRST INSTALMENT**<br>**2010 PROPERTY TAXES**<br>**#723** | | | | 2,107.00 | 2,107.00 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ►<br>(Totals of this page) | $ 4,895.00 | $ 4,895.00 | $ 0.00 |
| Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 4,895.00 | | |
| Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 4,895.00 | $ 0.00 |

Form B6F (Official Form 6F)  - (Rev. 12/07)                                                 2007 USBC, Central District of California

| In re | **BILLIE RENE POWERS** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☑   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | |

<u>0</u>   Continuation sheets attached

|  | | |
|---|---|---|
| Subtotal > | $ | 0.00 |
| Total > | $ | 0.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6G - (12/07)                                                              2007 USBC, Central District of California

| In re | **BILLIE RENE POWERS** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Form B6H - (12/07)                                                                     2007 USBC, Central District of California

| In re    **BILLIE RENE POWERS**                     Debtor. | Case No.:                    (If known) |

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

Form B6I - (Rev. 12/07)                                                                      2007 USBC, Central District of California

| In re   **BILLIE RENE POWERS** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   **DIVORCED** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | **RELATIONSHIP(S)** | **AGE(S)** |
| | Daughter | 16 |
| | Son | 14 |
| | Daughter | 5 |

| Employment: | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | **Real Estate Agent** | |
| Name of Employer | **Paul Leveque** | |
| How long employed | **3 years** | |
| Address of Employer | **4 Canal Circle** <br> **Newport Beach, CA 92663** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 10,000.00 | $ |
| 2. Estimate monthly overtime | $ | 0.00 | $ |
| 3. **SUBTOTAL** | $ | 10,000.00 | $ |
| 4. **LESS PAYROLL DEDUCTIONS** | | | |
| a. Payroll taxes and social security | $ | 500.00 | $ |
| b. Insurance | $ | 0.00 | $ |
| c. Union dues | $ | 0.00 | $ |
| d. Other (specify) _____ | $ | 0.00 | $ |
| 5. **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 500.00 | $ |
| 6. **TOTAL NET MONTHLY TAKE HOME PAY** | $ | 9,500.00 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ |
| 8. Income from real property | $ | 0.00 | $ |
| 9. Interest and dividends | $ | 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 1,550.00 | $ |
| 11. Social security or other government assistance (Specify) _____ | $ | 0.00 | $ |
| 12. Pension or retirement income | $ | 0.00 | $ |
| 13. Other monthly income (Specify) _____ | $ | 0.00 | $ |
| 14. **SUBTOTAL OF LINES 7 THROUGH 13** | $ | 1,550.00 | $ |
| 15. **AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 11,050.00 | $ |
| 16. **COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15) | | $ 11,050.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

Form B6I - (Rev. 12/07)                                          2007 USBC, Central District of California

| In re   BILLIE RENE POWERS | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**NONE**

Form B6J - (Rev. 12/07)                                                                                   2007 USBC, Central District of California

| In re  BILLIE RENE POWERS | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 6,200.00 |
| a. Are real estate taxes included? | Yes ✓  No | | |
| b. Is property insurance included? | Yes ✓  No | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 250.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 79.00 |
| d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 500.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 123.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other  **Condo Unit #331** | | $ | 4,200.00 |
| **Condo Unit #723** | | $ | 2,800.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 14,452.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| 20. STATEMENT OF MONTHLY NET INCOME | | | |
|---|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | | $ | 11,050.00 |
| b. Average monthly expenses from Line 18 above | | $ | 14,452.00 |
| c. Monthly net income (a. minus b.) | | $ | -3,402.00 |

Official Form B6 - Statistical Summary (12/07)                                    2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re BILLIE RENE POWERS | CHAPTER:  11 |
|---|---|
| Debtor. | CASE NO.: |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  4,895.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  0.00 |
| Student Loan Obligations (from Schedule F) | $  0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $  0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $  0.00 |
| TOTAL | $  4,895.00 |

State the following:

| Average Income (from Schedule I, Line 16) | $  11,050.00 |
|---|---|
| Average Expenses (from Schedule J, Line 18) | $  14,452.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $  0.00 |

State the following:

| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  1,179,349.00 |
|---|---|---|
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $  4,895.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  0.00 |
| 4. Total from Schedule F | | $  0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  1,179,349.00 |

Form B6 - Declaration(Rev. 12/07)                                          2007 USBC, Central District of California

| In re  BILLIE RENE POWERS | Case No.: |
|---|---|
| Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____16_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 2/23/2010                              Signature: _Billie Rene' Powers_
                                                    BILLIE RENE POWERS
                                                              Debtor
                                          [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP
### (NOT APPLICABLE)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Statement of Financial Affairs (Form 7) - Page 1 - (Rev. 12/07)                                    2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
### Central District of California

| In re   BILLIE RENE POWERS | Case No.: |
|---|---|
| Debtor. | (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **61,026.00** | **SELF EMPLOYMENT** | **2009** |

### 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **12,000.00** | **SELF EMPLOYMENT** | **2008** |

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 2 - (Rev. 12/07)                    2007 USBC, Central District of California

None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90**
☑  **days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that
were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a
plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13
must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑  benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the
☐  filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **GASLAMP v POWERS** | **CIVIL ACTION** | **SAN DIEGO SUPERIOR COURT** | **PENDING** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑  immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☐  foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether
or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **THOMAS PEPPERS TRUST 503 36TH ST NEWPORT BEACH, CA 92663** | 10/15/2009 | **SINGLE FAMILY RESD** |

Statement of Financial Affairs (Form 7) - Page 3 - (Rev. 12/07)          2007 USBC, Central District of California

### 6.  Assignments and receiverships

None
☑
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

None
☑
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND ADDRESS<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
☑
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON<br>OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR,<br>IF ANY | DATE<br>OF GIFT | DESCRIPTION<br>AND VALUE OF<br>GIFT |
|---|---|---|---|

### 8.  Losses

None
☑
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE OF<br>PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **IN CHARGE ED FOUNDATION** | **11-10-2009** | **35** |

Statement of Financial Affairs (Form 7) - Page 4 - (Rev. 12/07)                    2007 USBC, Central District of California

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page 5 - (Rev. 12/07)                    2007 USBC, Central District of California

## 14. Property held for another person

None    List all property owned by another person that the debtor holds or controls.

☑

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the

☑       debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also
        any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,

☐       California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
        immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
        who resides or resided with the debtor in the community property state.

NAME

**WILLIAM LYONS**

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of
hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium,
including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None    a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that

☑       it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of
        the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of

☑       Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 6 - (Rev. 12/07)                                        2007 USBC, Central District of California

None  c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☑          respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party
           to the proceeding, and the docket number.

NAME  AND ADDRESS              DOCKET NUMBER                    STATUS OR
OF GOVERNMENTAL UNIT                                           DISPOSITION

## 18.  Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☑          and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
           executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
           other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
           or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
           preceding the commencement of this case.

      *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
      and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
      the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

      *If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and
      beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
      equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None  b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑          U.S.C. § 101.

NAME _____      ADDRESS _____

•   •   •   •   •   •   •   •   •

Case 8:10-bk-11637-RK    Doc 8    Filed 02/24/10    Entered 02/24/10 05:43:40    Desc
Main Document       Page 27 of 36

Statement of Financial Affairs (Form 7) - Page 7 - (Rev. 12/07)                    2007 USBC, Central District of California

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date ___2/23/2010___          Signature
                              of Debtor   _____
                                          BILLIE RENE POWERS

Form B22B (Chapter11) - (1/08)                                              2008 USBC, Central District of California

| In re  **BILLIE RENE POWERS** | Case No.: |
|---|---|
| Debtor. | (if known) |

## CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | **Part I. CALCULATION OF CURRENT MONTHLY INCOME** | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☑ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ **Married, not filing jointly. Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ **Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $10,000.00 | $ |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross Receipts — $ 0.00<br>b. Ordinary and necessary business expenses — $ 0.00<br>c. Business income — Subtract Line b from Line a | $0.00 | $ |
| 4 | **Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><br>a. Gross Receipts — $ 0.00<br>b. Ordinary and necessary operating expenses — $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $0.00 | $ |
| 5 | **Interest, dividends, and royalties.** | $0.00 | $ |
| 6 | **Pension and retirement income.** | $0.00 | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | $1,550.00 | $ |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ — Spouse $ | $ | $ |

Form B22B (Chapter11) - (1/08)                                    2008 USBC, Central District of California

| | | | | |
|---|---|---|---|---|
| 9 | **Income from all other sources.** Specify source and amount. if necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | |
| | a. | $ | | |
| | | | $0.00 | $ |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | $11,550.00 | $ |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10. Column A. | | $ 11,550.00 | |

| | Part II: VERIFICATION |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*  Date: _8/23/2010_     Signature: _Billie Rene Powers_  **BILLIE RENE POWERS,** (Debtor) |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re   **BILLIE RENE POWERS**                                Case No.

　　　 Debtor.                                                  Chapter     **11**

### STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor |
|---|---|
| Six months ago | $5,100.00 |
| Five months ago | $5,100.00 |
| Four months ago | $5,100.00 |
| Three months ago | $5,100.00 |
| Two months ago | $5,100.00 |
| Last month | $5,100.00 |
| Income from other sources | $0.00 |
| Total net income for six months preceding filing | $ 30,600.00 |
| **Average Monthly Net Income** | $ 5,100.00 |

Attached are all payment advices received by the undersigned debtor prior to the petition date, I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: 2/23/2010

_Billie Rene Powers_
**BILLIE RENE POWERS**
Debtor

February 2006                                                    2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| --- | --- |
| In re<br>**BILLIE RENE POWERS**<br><br>Debtor. | CHAPTER:  **11**<br><br>CASE NO.: |

## DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, **BILLIE RENE POWERS**_____, the debtor in this case, declare under penalty
       *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment
       income for the 60-day period prior to the date of the filing of my bankruptcy petition.
       *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☑    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and
       received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty
       *(Print Name of Joint Debtor, if any)*

of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment
       income for the 60-day period prior to the date of the filing of my bankruptcy petition.
       *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and
       received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  2/23/2010          Signature  *Billie Rene Powers*
                                    **BILLIE RENE POWERS**
                                    *Debtor*

Date  _____          Signature  _____

                                    *Joint Debtor (if any)*

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)                                    1998 USBC, Central District of California

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **BILLIE RENE POWERS** | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
| Debtor. | |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 600.00 |
| Balance Due | $ | 4,400.00 |

2. The source of compensation paid to me was:

   ☐ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
      **None**

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)                                1998 USBC, Central District of California

| In re | **BILLIE RENE POWERS** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

2-23-10                          *Michael A Younge*
Date                             Signature of Attorney

**THE LAW OFFICE OF MICHAEL A YOUNGE**
Name of Law Firm

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was (were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 2-23-10

Michael A Young
Print or Type Name

Michael A young
Signature

(SEE ATTACHED MAILING LIST.)

B-1008 Revised November 2003

BILLIE RENE POWERS
40701 ORTEGA HWY
SAN JUAN CAPISTRANO, CA 92675

MICHAEL A YOUNGE
THE LAW OFFICE OF MICHAEL A YOUNGE
8141 EAST KAISER BLVD
SUITE 200
ANAHEIM HILLS

BANK OF AMERICA
450 AMERICAN ST SV416
SIMI VALLEY, CA 93065

BAYVIEW LOAN SERVICING, LLC
PO BOX 3042
MILWAUKEE, WI 53201-3042

COUNTY OF SAN DIEGO
1600 PACIFIC HWY RM 103
SAN DIEGO, CA 92101-2480

ONE WEST BANK
460 SIERRA MADRE VILLA #101
PASADENA, CA 91107

SLS
PO BOX 25100
SANTA ANA, CA 92799-5100

THOMAS PEPPER TRUST
503  36th STREET
NEWPORT BEACH
CA 92663

VAL CHRIS INVESTMENTS
2601 MAIN STREET
IRVINE, 92614

WASSERMAN KORNHEISER
7955 RAYTHEON ROAD
SAN DIEGO, CA 92111

# EXHIBIT "AA"

1 │ PETER C. ANDERSON
  │ United States Trustee
2 │ **Michael J. Hauser, (State Bar No. 140165)**
  │ **Attorney for the U.S. Trustee**
3 │ OFFICE OF THE UNITED STATES TRUSTEE
  │ Ronald Reagan Federal Building and U.S. Courthouse
4 │ 411 West Fourth Street, Suite 9041
  │ Santa Ana,  CA 92701-8000
5 │ Telephone: (714) 338-3400
  │ Facsimile: (714) 338-3421
6 │ Email: michael.hauser@usdoj.gov

7

8
  │                UNITED STATES BANKRUPTCY COURT
9 │                CENTRAL DISTRICT OF CALIFORNIA
  │                     SANTA ANA DIVISION
10

11
  │ IN RE:                        )   CHAPTER 11
12 │                              )
  │                              )   CASE NUMBER: **8:10-bk-11637-RK**
13 │                              )
  │ **BILLIE RENE POWERS,**       )   NOTICE OF MOTION AND MOTION
14 │                              )   BY UNITED STATES TRUSTEE TO
  │                              )   DISMISS CASE PURSUANT TO
15 │                              )   11 U.S.C. §1112(b); AND
  │                              )   REQUEST FOR JUDGEMENT FOR
16 │                              )   UNPAID QUARTERLY FEES;
  │                              )   DECLARATION OF MARILYN
17 │                              )   SORENSEN;  EXHIBITS
  │                              )
18 │                              )
  │                              )   DATE: **June 2, 2010**
19 │                              )   TIME: **10:30 a.m.**
  │ _____Debtor._____)   CTRM: **"5D"**
20

21 │     TO THE HONORABLE ROBERT N. KWAN, DEBTOR, DEBTOR'S COUNSEL,

22 │ AND OTHER PARTIES IN INTEREST:

23 │ 1.   **NOTICE IS HEREBY GIVEN** that on the above date and time and

24 │      in the indicated courtroom, the United States Trustee for

25 │      Region 16 (hereafter "U.S. Trustee") will move, and does

26 │      hereby move this Court for an Order dismissing this case on

27 │      the grounds set forth below.  In addition, the U.S. Trustee

28 │      hereby requests that this Court grant judgment in favor of

MOD.serial/compliance                271

1      the United States Trustee for any unpaid quarterly fees due

2      and payable to the U.S. Trustee at the time of the hearing

3      of this motion.

4  2.    If you wish to oppose this Motion, you must **file a written**

5      **response** with the Bankruptcy Court and serve a copy of it upon

6      the U.S. Trustee at the address set forth in the upper left-

7      hand corner of this document, upon the Debtor and the Debtor's

8      attorney **no less than fourteen (14) days** prior to the above

9      hearing date.  If you fail to file a written response to this

10      Motion within such time period, the Court may treat such

11      failure as a waiver of your right to oppose the Motion and may

12      grant the requested relief. *Local Bankruptcy Rule 9013-1(f)*

13      *and (h).*

14

15                        Respectfully Submitted,

16                        OFFICE OF THE UNITED STATES TRUSTEE

17  Dated: May 3, 2010          /s/ Michael J. Hauser

18                        MICHAEL J. HAUSER
                            Attorney for the U.S. Trustee

19

20

21

22

23

24

25

26

27

28

MOD.serial/compliance        272   - 2 -

1

2                                        **I.**

3                               **INTRODUCTION**

4         The U.S. Trustee seeks to dismiss this case pursuant to 11

5   U.S.C. § 1112(b) for cause. The Debtor is a serial filer who has

6   filed four bankruptcy cases since February 2009.  Additionally,

7   the Debtor has failed to comply with any of the U.S. Trustee's

8   Notice of Requirements and failed to attend her 341 meeting.

9   Accordingly, this case should be dismissed.

10                                       **II.**

11                            **STATEMENT OF FACTS**

12        1.   This Court has jurisdiction of this matter under 28

13  U.S.C. § 1334(a) and (b), 28 U.S.C. 157(a) and (b)(1) and 28

14  U.S.C. § 151. This is a core proceeding under 28 U.S.C.

15  §157 (b)(2)(A) and (B).  This motion is filed pursuant to 11

16  U.S.C. § 1112(b).

17        2.   On February 10, 2010, Billie Rene Powers (the "Debtor")

18  commenced the instant case by filing a skeletal voluntary chapter

19  11 petition along with her Schedules A and D.  **See Bankruptcy**

20  **Petition and Schedules A and D annexed as Exhibit "A" and the**

21  **Chapter 11 PACER Docket annexed as Exhibit "B."**  On February 24,

22  2010, Debtor filed the remaining schedules, Statement of

23  Financial Affairs ("SOFA"), and other related bankruptcy

24  documents.[1]  **See Exhibit "C."**

25  ─────────────────────────

26    1. The U.S. Trustee requests that the Court take judicial notice
    of its own files in this case and Debtor's prior bankruptcy cases
27  pursuant to FRE 201 which is applicable in bankruptcy cases through
    FRBP 9017, including the following documents:   Debtor's Skeletal
28  Petition and Schedules A and D, filed with this Court on February
    10, 2010 and attached hereto at Exhibit A.

MOD.serial/compliance                    273    - 3 -

1      3.   The Debtor previously filed a chapter 7 case on February

2   17, 2009 (case # 8:09-bk-11245-RK).   *See* **Chapter 7 Docket annexed**

3   **as Exhibit "D."**   The Debtor received a discharge in that case on

4   June 23, 2009.

5      4.   Just a few months after receiving her chapter 7

6   discharge, the Debtor filed a chapter 13 case on November 11,

7   2009 (case # 8:09-bk-22500-RK).   While the Debtor obtained the

8   benefits of the automatic stay in that case, she failed to file

9   schedules and the case was dismissed on December 17, 2009. *See*

10  **PACER Docket annexed as Exhibit "E."**

11     5.   Just days later, the Debtor filed another chapter 13

12  case (case # 8:09-bk-24448-RK).   Once again the Debtor failed to

13  file schedules and the case was dismissed on January 21, 2010.

14  *See* **PACER docket annexed as Exhibit "F."**   As noted above in ¶ 2.,

15  the Debtor then proceeded to filed the instant case just twenty

16  days later on February 10, 2010.

17     6.   To date, the Debtor has not complied with the U.S.

18  Trustee's Notice of Requirements including failing to provide

19  proof that debtor-in-possession ("DIP") accounts have been opened

20  and failing to provide evidence of insurance on the real

21  properties listed on her schedule A. *See* **Sorensen Dec. at ¶6.**

22     7.   Debtor and Debtor's counsel failed to attend the 341

23  meeting on March 29, 2010.   *See* **Sorensen Dec. at ¶6.**

24                          III.

25                 **POINTS AND AUTHORITIES**

26     The U.S. Trustee respectfully submits the following

27  memorandum of points and authorities in support of his motion to

28  dismiss this case pursuant to 11 U.S.C. §1112(b).  Under 11

MOD.serial/compliance              - 4 -

1  U.S.C. § 1112(b)(1), the Court may dismiss a case if a movant

2  establishes "cause."

3      **(1)   The Debtor has Engaged in Serial Filing**

4      Although section 1112(b) does not explicitly require that

5  cases be filed in "good faith," courts have overwhelmingly held

6  that a lack of good faith in filing a chapter 11 petition

7  establishes cause for dismissal.  *In re Marsch*, 36 F.3d 825, 828

8  (9th Cir. 1994)(citations omitted)).  Courts have implied that

9  limitations exist to deter filings that seek to achieve

10  objectives outside the legitimate scope of the bankruptcy laws

11  and have dismissed cases filed for a variety of tactical reasons

12  unrelated to reorganization.  *Id.* (citations omitted).  Courts

13  have found bad faith in instances where debtors have filed

14  multiple bankruptcies to delay foreclosure proceedings.  *See*

15  *e.g., In re Casse*, 219 B.R. 657 (Bankr. E.D.N.Y 1998), *aff'd*, 198

16  F.3d 327 (2nd Cir. 1999).

17      Here, the Debtor is a serial filer who has filed four

18  bankruptcy cases since February 2009.  As set forth above, after

19  receiving a chapter 7 discharge in her February 2009 case, the

20  Debtor proceeded to file two chapter 13 cases in which she failed

21  to file schedules resulting in the dismissal of the cases. In the

22  current case, Debtor did not comply with the U.S. Trustee's

23  notice of requirements, and Debtor and Debtor's counsel did not

24  attend the scheduled 341 meeting.

25      The Debtor's conduct flies in the face of the most basic

26  tenets of bankruptcy law.  The Supreme Court has held that

27  bankruptcy is a privilege not a right, afforded only to honest

28  debtors. *Grogan v. Garner*, 498 U.S. 279, 286-87 (1991).

MOD.serial/compliance                           - 5 -

1  Additionally, Bankruptcy Court is a court of equity, and it is

2  axiomatic that one who seeks equity must come before this Court

3  with clean hands.   Accordingly, the Debtor's conduct requires

4  that this court dismiss Debtor's case for cause under § 1112.

5       **(2)   Debtor's Failure to Comply with the U.S. Trustee's
             Notice of Requirements and Failure to Attend the**

6           **Scheduled 341 meeting.**

7       Under § 1112(b)(4)(H), the term "cause" includes "failure

8  timely to **provide information** or **attend meetings** reasonably

9  requested by the United States Trustee . . . ."   Local Bankruptcy

10  Rule 2015-2(b) also provides that timely compliance with the

11  reasonable requirements of the  U.S. Trustee is mandatory.   Case

12  law also provides that the Debtor-in-Possession is a fiduciary to

13  the estate and its creditors.   "If a Debtor remains in

14  possession-- that is, if a trustee is not appointed-- the

15  Debtor's directors bear essentially the same fiduciary obligation

16  to creditors as would the trustee for a Debtor out of possession.

17  *In re Commodity Future Trading Comm'n v. Weintraub*, 471 U.S. 343,

18  355, (1985) (citing *Wolf v. Weinstein*, 372 U.S. 633, 649-52 (1963)).

19  The hallmark of a trustee is accountability and segregation of

20  funds.   These rules are reflected in the requirements (for

21  example) that the Debtor-in-Possession open a separate DIP

22  account, file monthly DIP statements with the United States

23  Trustee and obtain court approval for transactions out of the

24  ordinary course of business.   *In re Nugelt, Inc.*, 142 B.R. 661

25  (Bankr. D. Del. 1992).

26      As set forth above in the statement of facts, to date, the

27  Debtor has not provided proof that DIP accounts have been opened

28  and has not provided proof of insurance on the real properties

MOD.serial/compliance

- 6 -

1  listed on her schedule A as required by the U.S. Trustee's Notice

2  of Requirements.   Furthermore, the Debtor and Debtor's counsel

3  failed to attend the scheduled 341 meeting on March 29, 2010.

4                                    IV.

5                              CONCLUSION

6

7        For each and all of the above reasons, and also based upon

   such other and further oral and/or documentary evidence as may be
8
   presented at the time of the hearing, the U.S. Trustee
9
   respectfully requests as follows:
10

11        A.    That this Court grant the U.S. Trustee's motion herein

12              and dismiss this case;

13        B.    That this Court grant judgment in favor of the United

14              States Trustee for any unpaid quarterly fees and order

15              the Debtor pay such fees forthwith; and

16        C.    That this Court order such other and further relief as

17              it deems appropriate under the circumstances.

18

19

20                            Respectfully Submitted,

21                            OFFICE OF THE UNITED STATES TRUSTEE

22  Dated: May 3, 2010          /s/ Michael J. Hauser
                                MICHAEL J. HAUSER
23                              Attorney for the U.S. Trustee

24

25

26

27

28

MOD.serial/compliance                    - 7 -

DECLARATION OF MARILYN S. SORENSEN

I, Marilyn S. Sorensen, hereby declare and state as follows:

1.    I make this declaration upon my own personal knowledge

except as to those statements made upon information and

belief.  I am employed as a Bankruptcy Analyst by the United

States Trustee ("U.S. Trustee") for Region 16 and have been

so employed for 24 years. I am responsible for supervising

the Chapter 11 case of Billie Rene Powers ("Debtor") case

number 8:10-bk-11637-RK.  This declaration is filed in

support of the United States Trustee's motion to dismiss

Debtor's case pursuant to 11 U.S.C. § 1112(b).

2.    On February 10, 2010, Debtor commenced the instant case by

filing a skeletal voluntary chapter 11 petition along with

her Schedules A and D.  **See Bankruptcy Petition and**

**Schedules A and D annexed as Exhibit "A" and the Chapter 11**

**PACER Docket annexed as Exhibit "B."**  On February 24, 2010,

Debtor filed the remaining schedules, Statement of Financial

Affairs, and other related bankruptcy documents.  **See**

**Exhibit "C."**

3.    The Debtor previously filed a chapter 7 case on February 17,

2009 (case # 8:09-bk-11245-RK).  **See Chapter 7 Docket**

**annexed as Exhibit "D."**  The Debtor received a discharge in

that case on June 23, 2009.

4.    Just a few months after receiving her chapter 7 discharge,

the Debtor filed a chapter 13 case on November 11, 2009

(case # 8:09-bk-22500-RK).  While the Debtor obtained the

benefits of the automatic stay in that case, she failed to

MOD.merial/compliance                              - 8 -

1   file schedules and the case was dismissed on December 17,

2   2009. *See* **PACER Docket annexed as Exhibit "E."**

3   5.   Just days later, the Debtor filed another chapter 13 case

4   (case # 8:09-bk-24448-RK).  Once again the Debtor failed to

5   file schedules and the case was dismissed on January 21,

6   2010. *See* **PACER docket annexed as Exhibit "F."** The Debtor

7   then proceeded to filed the instant case just twenty days

8   later on February 10, 2010.

9   6.   To date, the Debtor has not complied with the U.S. Trustee's

10   Notice of Requirements including failing to provide proof

11   that debtor-in-possession accounts have been opened and

12   failing to provide evidence of proof of insurance on the

13   real properties listed on her schedule A. Further, Debtor

14   and Debtor's counsel did not appear at the 341 meeting on

15   March 29, 2010.

16   7.   Quarterly Fees for the first quarter of 2010 are now past

17   due and fees for the second quarter of 2010 will be due at

18   the time of this hearing.

19

20   I declare under penalty of perjury and under the laws of the

21   State of California and the United States of America that the
     foregoing is true and correct, to the best of my knowledge,

22   information and belief and if called as a witness I could and

23   would completely testify thereto.

24   Executed this 3rd day of May, 2010 at Santa Ana, California.

25

26                           /s/ Marilyn S. Sorensen

27                  By:  Marilyn S. Sorensen
                         Bankruptcy Analyst

28

MOD.serial/compliance                    - 9 -

# EXHIBIT A

Form B1 (Official Form 1) (Rev. 1/08)

## United States Bankruptcy Court
## Central District of California

| Name of Debtor (if individual, enter Last, First, Middle):<br>**POWERS, BILLIE, RENE** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all):**6401** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if<br>more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**40701 ORTEGA HWY**<br>**SAN JUAN CAPISTRANO, CA**<br>ZIP CODE **92675** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**ORANGE** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7   ☐ Chapter 11   ☐ Chapter 15 Petition for<br>☐ Chapter 9   ☐ Chapter 12     Recognition of a Foreign<br>☐ Chapter 13     Main Proceeding<br>☐ Chapter 15 Petition for<br>     Recognition of a Foreign<br>     Nonmain Proceeding |

**Tax-Exempt Entity**<br>(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**<br>(Check one box)

☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available<br>for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

0001

Form B1 (Official Form 1) - (Rev. 1/08)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**BILLIE RENE POWERS** | FORM B1, Page **2** |

| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X *Michael A Younge* 2-10-10<br>(Signature of Attorney for Debtor(s))      Date<br>**MICHAEL A YOUNGE**        170929 |

| **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☒  No | **Exhibit D**<br>(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
| ☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**0002**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 71 of 211   Page ID
#:468
Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A, B and C in part   Page 4 of 43
Case 8:10-bk-11637-RK   Doc 1   Filed 02/10/10   Entered 02/10/10 11:32:58   Desc
Main Document   Page 3 of 17

Form B1 (Official Form 1) - (Rev. 1/08)                                                                    2008 USBC, Central District of California

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**BILLIE RENE POWERS** | FORM B1, Page 3 |

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor   **BILLIE RENE POWERS**

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

2-10-10
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X _____
Signature of Attorney for Debtor(s)

**MICHAEL A YOUNGE**
Printed Name of Attorney for Debtor(s)

**THE LAW OFFICE OF MICHAEL A YOUNGE**
Firm Name

**8141 EAST KAISER BLVD SUITE 200**
Address

**ANAHEIM HILLS  CA 92808**

**714-685-1170**          **714-685-1172**
Telephone Number

2-10-10          170929
Date          Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

0003

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 72 of 211   Page ID #:469

Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A, B and C in part   Page 5 of 43
Case 8:10-bk-11637-RK   Doc 1   Filed 02/10/10   Entered 02/10/10 11:32:58   Desc
Main Document   Page 4 of 17

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

8:09-bk-11245-RK, 09-24448 , 09- 22500 .

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Santa Ana , California    Billie Deni Foster

Dated:  2 - 10 - 10                                  Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004

284

F0004
F1004

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 73 of 211   Page ID #:470

Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A , B and C in part   Page 6 of 43
Case 8:10-bk-11637-RK   Doc 1   Filed 02/10/10   Entered 02/10/10 11:32:58   Desc
Main Document   Page 5 of 17

Form B4 (Official Form 4) - (12/07)                                                    2007 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: BILLIE RENE POWERS | CHAPTER: **11** |
|---|---|
| Debtor(s). | CASE NO.: |

## Form 4.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| BAYVIEW LOAN SERVICING, LLC PO BOX 3042 MILWAUKEE, WI 53201-3042 | | | | $300,000.00 SECURED VALUE: |
| FREMONT INVESTMENT & LOAN PO BOX 25100 SANTA ANA, CA 92799-5100 | | | | $300,000.00 SECURED VALUE: |
| INDY MAC BANK PO BOX 78826 PHOENIX, AZ 85062-8826 | | | | $119,000.00 SECURED VALUE: |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0005

Form B6 - Summary (12/07)                                                    2007 USBC, Central District of California

**United States Bankruptcy Court**

**Central District of California**

| In re  BILLIE RENE POWERS | Case No.: |
|---|---|
| Debtor. | (if known) |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 817,000.00 | | |
| B - Personal Property | YES | 2 | $ 1,040.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 898,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 0 | | $ 0.00 | |
| G - Executory Contracts and Unexpired Leases | NO | | | | |
| H - Codebtors | NO | | | | |
| I - Current Income of Individual Debtor(s) | YES | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 0 | | | $ 0.00 |
| TOTAL | | 6 | $ 818,040.00 | $ 898,000.00 | |

**0006**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 75 of 211   Page ID #:472
Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A, B and C in part   Page 8 of 43
Case 8:10-bk-11637-RK   Doc 1   Filed 02/10/10   Entered 02/10/10 11:32:58   Desc
Main Document   Page 7 of 17

Form B6A - (12/07)                                                    2007 USBC, Central District of California

| In re  **BILLIE RENE POWERS** | | Case No.: | |
| | Debtor. | | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **CONDO 445 ISLAND #331** | Fee Owner | | $ 468,000.00 | $ 519,000.00 |
| **CONDO 445 ISLAND #723** | Fee Owner | | $ 349,000.00 | $ 379,000.00 |
| **SINGLE FAMILY RESIDENCE** | Fee Owner | | $      0.00 | $      0.00 |

Total    ➤   | $ 817,000.00 |

(Report also on Summary of Schedules )

**0007**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 76 of 211   Page ID #:473
Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A, B and C in part     Page 9 of 43
Case 8:10-bk-11637-RK   Doc 1   Filed 02/10/10   Entered 02/10/10 11:32:58   Desc
Main Document     Page 8 of 17

Form B6D - (12/07)                                                                 2007 USBC, Central District of California

| In re | BILLIE RENE POWERS | Debtor. | Case No.: | (If known) |
|---|---|---|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.     9349 BAYVIEW LOAN SERVICING, LLC PO BOX 3042 MILWAUKEE, WI 53201-3042 | | | Second Lien on Residence CONDO 445 ISLAND #723 Value  $0.00 | | | | 30,000.00 | 300,000.00 |
| Last four digits of ACCOUNT NO.     5730 FREMONT INVESTMENT & LOAN PO BOX 25100 SANTA ANA, CA 92799-5100 | | | First Lien on Residence CONDO 445 ISLAND #723 Value  $0.00 | | | | 349,000.00 | 300,000.00 |
| Last four digits of ACCOUNT NO.     4811 INDY MAC BANK PO BOX 78826 PHOENIX, AZ 85062-8826 | | | First Lien on Residence CONDO 445 ISLAND #331 Value  $0.00 | | | | 519,000.00 | 119,000.00 |

0 continuation sheets attached

|  | | | | Subtotal (Total of this page) | > | $  898,000.00 | $  719,000.00 |
|---|---|---|---|---|---|---|---|
|  | | | | Total (Use only on last page) | > | $  898,000.00 | $  719,000.00 |
|  | | | | | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

0008

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 77 of 211   Page ID
#:474
Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A , B and C in part   Page 10 of 43
Case 8:10-bk-11637-RK   Doc 1   Filed 02/10/10   Entered 02/10/10 11:32:58   Desc
Main Document   Page 9 of 17

Form B6 - Declaration(Rev. 12/07)                                    2007 USBC, Central District of California

| In re  BILLIE RENE POWERS | Case No.: |
|---|---|
| Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 8 _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 2 - 10 - 10                               Signature: _Billie Rene Powers_
                                                          **BILLIE RENE POWERS**
                                                                    Debtor

                                            [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP
### (NOT APPLICABLE)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

0009

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **MICHAEL A YOUNGE**<br>**THE LAW OFFICE OF MICHAEL A YOUNGE**<br>**8141 EAST KAISER BLVD**<br>**SUITE 200**<br>**ANAHEIM HILLS**<br>**CA 92808**<br>Phone: **714-685-1170**       Fax: **714-685-1172**<br>California State Bar Number: **170929**<br>☐  *Attorney for:* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**BILLIE RENE POWERS**<br><br>                                      Debtor. | CASE NO.:<br><br>CHAPTER:    **11**<br><br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists       Date Filed: 2-10-10
☐ Amendments to petition, statement of affairs, schedules or lists       Date Filed: _____
☐ Other: _____       Date Filed: _____

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

    I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s) (Form B21)* and provided the executed original to my attorney.

_____       2 - 10 - 10
*Signature of Signing Party*        *Date*

**BILLIE RENE POWERS**
*Printed Name of Signing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

    I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

November 2006        This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.        **0010**

290

Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Case 8:10-bk-11637-RK   Doc 1   Filed 02/10/10   Entered 02/10/10 11:32:58   Desc
Exhibit A   B and C in part   Page 12 of 43
Main Document   Page 11 of 17

_Michael A Young_

—————————————————————        2 – 10 – 10
Signature of Attorney for Signing Party                Date

**MICHAEL A YOUNGE**
_Printed Name of Attorney for Signing Party_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

0011

291

B 201 - Notice of Available Chapters (Rev. 12/08)                                          USBC, Central District of California

Name:      **MICHAEL A YOUNGE**
Address:   **THE LAW OFFICE OF MICHAEL A YOUNGE**
           **8141 EAST KAISER BLVD**
           **SUITE 200**
           **ANAHEIM HILLS**
           **CA 92808**

Telephone:   **714-685-1170**              Fax:      **714-685-1172**

☑ Attorney for Debtor
☐ Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>BILLIE RENE POWERS | Case No.:<br><br>**NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.  **Services Available from Credit Counseling Agencies**

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days before the** bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

**0012**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 81 of 211   Page ID
#:478
Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A, B and C in part   Page 14 of 43
Case 8:10-bk-11637-RK   Doc 1   Filed 02/10/10   Entered 02/10/10 11:32:58   Desc
Main Document   Page 13 of 17

B 201 - Notice of Available Chapters (Rev. 12/08)                                                                      USBC, Central District of California

**2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

0013

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 82 of 211   Page ID #:479
Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A   B and C in part   Page 15 of 43
Case 8:10-bk-11637-RK   Doc 1   Filed 02/10/10   Entered 02/10/10 11:32:58   Desc
Main Document   Page 14 of 17

B 201 - Notice of Available Chapters (Rev. 12/08)                    USBC, Central District of California

## Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

**MICHAEL A YOUNGE** _____          _Michael A Younge_  2-10-10
Printed Name of Attorney                                Signature of Attorney          Date

Address:

**THE LAW OFFICE OF MICHAEL A YOUNGE**
**8141 EAST KAISER BLVD**
**SUITE 200**
**ANAHEIM HILLS**
**CA 92808**
**714-685-1170** _____

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**BILLIE RENE POWERS** _____     X _Billie Rene Powers_  2-10-10
Printed Name(s) of Debtor                               BILLIE RENE POWERS
                                                        Signature of Debtor          Date

Case No. (if known) _____

**0014**

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **MICHAEL A YOUNGE**
Address     **THE LAW OFFICE OF MICHAEL A YOUNGE**
            **8141 EAST KAISER BLVD**
            **SUITE 200**
            **ANAHEIM HILLS**
            **CA 92808**
Telephone   **714-685-1170**

☑ Attorney for Debtor(s)
☐ Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | | |
|---|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>BILLIE RENE POWERS | Case No.: | |
| | Chapter: | 11 |
| | | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____2_____ sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 2 - 10 - 10                        *[signature]*
                                         BILLIE RENE POWERS,Debtor

*[signature]*
MICHAEL A YOUNGE, Attorney (if applicable)

**0015**

BAYVIEW LOAN SERVICING, LLC
PO BOX 3042
MILWAUKEE, WI 53201-3042

FREMONT INVESTMENT & LOAN
PO BOX 25100
SANTA ANA, CA 92799-5100

INDY MAC BANK
PO BOX 78826
PHOENIX, AZ 85062-8826

**0016**

```
BILLIE RENE POWERS
40701 ORTEGA HWY
SAN JUAN CAPISTRANO, CA 92675

MICHAEL A YOUNGE
THE LAW OFFICE OF MICHAEL A YOUNGE
8141 EAST KAISER BLVD
SUITE 200
ANAHEIM HILLS
```

0017

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 86 of 211   Page ID #:483
Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Case 8:10-bk-11637-RK   Exhibit A-1 B and C   Page 19 of 43   Entered 02/10/10 11:32:58   Desc
Ntc of Case Deficient 521   Page 1 of 1

## United States Bankruptcy Court
## Central District Of California

| | | |
|---|---|---|
| In re:<br>Billie Rene Powers | CHAPTER NO.:  11 | |
| | CASE NO.: 8:10−bk−11637−RK | |

## NOTICE OF CASE DEFICIENCY
## UNDER 11 U.S.C. § 521(a)(1) AND BANKRUPTCY RULE 1007

**To Debtor and Debtor's Attorney of Record,**

Pursuant to F.R.B.P. 1007, you must file the following documents within 14 days from the date of the filing of your petition. Your case may be dismissed if you fail to do so.

**Schedule C**
**Schedule E**
**Schedule F**
**Schedule B**
**Schedule G**
**Statement − Form 22B**
**Schedule H**
**Schedule I**
**Schedule J**
**Stmt. of Fin. Affairs**

**Even if the indicated document are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007, within 14 days after you filed the petition, **YOU MUST EITHER:**

(1)   File the above−referenced documents and the proper number of copies [Local Bankruptcy Rule 1002−1]:

Chapter 11     1 Original and 3 Copies

**OR**

(2)   File and serve a motion for an order extending the time to file the required document(s).

IF YOU DO NOT COMPLY, in a timely manner with either of the above alternatives, your case may be the subject of an order to show cause to dismiss the case. Motion for extension of time to file schedules and other papers shall comply with Local Bankruptcy Rule 1007−1, and shall be supported by admissible evidence demonstrating cause for the requested extension.

**BY ORDER OF THE COURT**
Dated: February 10, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

By: **Cynthia Beezer**
    **Deputy Clerk**

DEF − Revised 12/2009                                                                                    1 /

**0018**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 87 of 211   Page ID
#:484
Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A , B and C in part   Page 20 of 43
Case 8:10-bk-11637-RK   Doc 1-2   Filed 02/10/10   Entered 02/10/10 11:32:58   Desc
Case Com Def Notice   Page 1 of 1

# United States Bankruptcy Court
## Central District Of California

| In re:<br>Billie Rene Powers | CHAPTER NO.:  11 |
|---|---|
| | CASE NO.: 8:10–bk–11637–RK |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b);
Local Rule 1002–1(g)]
☑ Statistical Summary of Certain Liabilities
☑ Debtor's Certification of Employment Income

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash–flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash–flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

      Chapter 11   1 Original and 3 Copies

**Please return the original or copy of this form with all required items to the following location:**

      411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: <u>February 10, 2010</u>

                                     **KATHLEEN J. CAMPBELL, CLERK OF COURT**

                                     **By: <u>Cynthia Beezer</u>**
                                     **Deputy Clerk**

ccdn – Revised 12/2009

1 /

**0019**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 88 of 211   Page ID
#:485
Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A   B and C in part   Page 21 of 43

# EXHIBIT B

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 89 of 211   Page ID #:486
CM/ECF - U.S. Bankruptcy Court (v3.2 - LIVE)   Page 1 of 3
Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A ' B and C in part   Page 22 of 43

**PlnDue, DsclsDue, Incomplete, PRVDISM, PRVDISCH**

**U.S. Bankruptcy Court**
**Central District Of California (Santa Ana)**
**Bankruptcy Petition #: 8:10-bk-11637-RK**

*Date filed:*  02/10/2010

*Assigned to:* Robert N. Kwan
Chapter 11
Voluntary
Asset

| | |
|---|---|
| ***Debtor*** | represented by **Michael A Younge** |
| **Billie Rene Powers** | 8141 E Kaiser Blvd Ste 200 |
| 40701 Ortega Hwy | Anaheim Hills, CA 92808 |
| San Juan Capistrano, CA 92675 | 714-685-1170 |
| SSN / ITIN: xxx-xx-6401 | Fax : 714-276-1443 |
| | Email: youngelaw@aol.com |
| | |
| ***U.S. Trustee*** | represented by **Michael J Hauser** |
| **United States Trustee (SA)** | 411 W Fourth St #9041 |
| 411 W Fourth St., Suite 9041 | Santa Ana, CA 92701 |
| Santa Ana, CA 92701-4593 | 714-338-3417 |
| | Fax : 714-338-3421 |
| | Email: |
| | michael.hauser@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 02/10/2010 | 1 | Chapter 11 Voluntary Petition. Fee Amount $1039 Filed by Billie Rene Powers Schedule B due 02/24/2010. Schedule C due 02/24/2010. Schedule E due 02/24/2010. Schedule F due 02/24/2010. Schedule G due 02/24/2010. Schedule H due 02/24/2010. Schedule I due 02/24/2010. Schedule J due 02/24/2010. Statement of Financial Affairs due 02/24/2010. List of Equity Security Holders due 02/24/2010. Statement - Form 22B Due: 02/24/2010. Disclosure of Compensation of Attorney for Debtor due 02/24/2010. Statistical Summary due 02/24/2010. Debtor Certification of Employment Income due by 02/24/2010. Incomplete Filings due by 02/24/2010. (Younge, Michael) CORRECTION: Deficient for Section 316 Incomplete Filings due 2/24/2010. Modified on 2/11/2010 (Festejo, Henjie). (Entered: 02/10/2010) |
| | | Receipt of Voluntary Petition (Chapter 11)(8:10-bk-11637) [misc,volp11] (1039.00) Filing Fee. Receipt number 12761956. |

**0020**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 90 of 211   Page ID #:487
Case 8:10-bk-11637-RK   Doc 1521   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A   B and C in part   Page 23 of 43

| | | |
|---|---|---|
| 02/10/2010 | | Fee amount 1039.00. (U.S. Treasury) (Entered: 02/10/2010) |
| 02/10/2010 | 2 | Statement of Social Security Number(s) Form B21 Filed by Debtor Billie Rene Powers. (Younge, Michael) (Entered: 02/10/2010) |
| 02/10/2010 | 3 | Certificate of Credit Counseling Filed by Debtor Billie Rene Powers. (Younge, Michael) (Entered: 02/10/2010) |
| 02/16/2010 | 4 | Meeting of Creditors 341(a) meeting to be held on 3/16/2010 at 11:00 AM at RM 1-159, 411 W Fourth St., Santa Ana, CA 92701. Last day to oppose discharge or dischargeability is 5/17/2010. (Beezer, Cynthia) (Entered: 02/16/2010) |
| 02/18/2010 | 5 | BNC Certificate of Notice (RE: related document(s) 4 Meeting of Creditors Chapter 11 & 12) No. of Notices: 10. Service Date 02/18/2010. (Admin.) (Entered: 02/18/2010) |
| 02/20/2010 | 6 | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor Billie Rene Powers) No. of Notices: 4. Service Date 02/20/2010. (Admin.) (Entered: 02/20/2010) |
| 02/20/2010 | 7 | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 11) filed by Debtor Billie Rene Powers) No. of Notices: 4. Service Date 02/20/2010. (Admin.) (Entered: 02/20/2010) |
| 02/23/2010 | | Receipt of Certification Fee - $27.00 by 10. Receipt Number 80027195. (admin) (Entered: 02/24/2010) |
| 02/23/2010 | | Receipt of Photocopies Fee - $6.00 by 10. Receipt Number 80027195. (admin) (Entered: 02/24/2010) |
| 02/24/2010 | 8 | Schedule A , Schedule B , Schedule C , Schedule D , Schedule E , Schedule F , Schedule G , Schedule H , Schedule I , Schedule J , Statement of Financial Affairs , Chapter 11 Statement of Current Monthly Income (Form 22B), List of creditors holding 20 largest unsecured claims , Disclosure of Compensation of Attorney for Debtor , Summary of Schedules , Debtor's Certification of Employment Income Filed by Debtor Billie Rene Powers. (Younge, Michael) (Entered: 02/24/2010) |
| 02/24/2010 | 9 | Statistical Summary of Certain Liabilities Filed by Debtor Billie Rene Powers. (Younge, Michael) (Entered: 02/24/2010) |
| | | Request for special notice Filed by Creditor Specialized Loan |

**0021**

Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A   B and C in part   Page 24 of 43

| 02/24/2010 | 10 | Servicing, LLC. (Lozano, Joe) (Entered: 02/24/2010) |
|---|---|---|
| 03/16/2010 | 11 | Notice *of Debtor's Failure to Appear at 341(a) meeting and Notice of Continuance* Filed by U.S. Trustee United States Trustee (SA) (RE: related document(s) 4 Meeting of Creditors 341). (Hauser, Michael) (Entered: 03/16/2010) |
| 03/19/2010 | 12 | Notice *of Change in Date and Time of 341(a) meeting* Filed by U.S. Trustee United States Trustee (SA). (Hauser, Michael) (Entered: 03/19/2010) |
| 03/22/2010 | 13 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Ramesh Singh on behalf of Courtesy NEF. (Singh, Ramesh) (Entered: 03/22/2010) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/29/2010 10:55:02 | | |
| **PACER Login:** xt0278 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 8:10-bk-11637-RK Fil or Ent: filed To: 3/29/2010 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** 2 | **Cost:** | 0.16 |

0022

303

# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name:  **MICHAEL A YOUNGE**

Street Address:  **8141 EAST KAISER BLVD**

**SUITE 200**

**ANAHEIM HILLS**

**CA 92808**

Filer's Telephone No.:  **714-685-1170**

Atty Name (if applicable):  **MICHAEL A YOUNGE**

CA Bar No. (if applicable):  **170929**

Atty Fax No. (if applicable):  **714-685-1172**

In re:  **BILLIE RENE POWERS**

Case No.:  **8:10-bk-11637**

Chapter 7 ___  11 **X**  13 ___

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?  Yes **X**  No ___

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A **X**  B **X**  C **X**  D **X**  E **X**  F **X**  G **X**  H **X**  I **X**  J **X**

Statement of Social Security Number(s) ___     Statement of Financial Affairs **X**

Statement of Intentions ___     Other ___

LIST OF 20 LARGEST CREDITORS; SUMMARY OF SCHEDULES; STATEMENT OF CURRENT MONTHLY INCOME; STATEMENT OF NET MONTHLY INCOME; DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I, **BILLIE RENE POWERS**, the person(s) who subscribed to the foregoing Amended Schedule do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 2/23/2010

**BILLIE RENE POWERS**
Debtor Signature

**\*\*FOR COURT USE ONLY\*\***

**\*\*SEE REVERSE SIDE\*\***

**0023**

B-1008 Revised November 2003

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 94 of 211   Page ID #:491

Case 8:10-bk-11637-RK    Doc 15-1    Filed 05/03/10    Entered 05/03/10 15:02:57    Desc
Exhibit A   B and C in part    Page 27 of 43
Case 8:10-bk-11637-RK    Doc 8    Filed 02/24/10    Entered 02/24/10 05:43:40    Desc
Main Document    Page 2 of 36

Form B4 (Official Form 4) - (12/07)                                         2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|

In re:   BILLIE RENE POWERS

Debtor(s).

CHAPTER:   11

CASE NO.:

## Form 4.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BAYVIEW LOAN SERVICING, LLC PO BOX 3042 MILWAUKEE, WI 53201-3042 | | Second Lien on Residence | | $32,000.00 SECURED VALUE: |
| SLS PO BOX 25100 SANTA ANA, CA 92799-5100 | | First Lien on Residence | | $95,000.00 SECURED VALUE: $265,000.00 |
| ONE WEST BANK 460 SIERRA MADRE VILLA #101 PASADENA, CA 91107 | | First Lien on Residence | | $32,578.00 SECURED VALUE: $425,000.00 |
| ONE WEST BANK 460 SIERRA MADRE VILLA #101 PASADENA, CA 91107 | | Second Lien on Residence | | $114,771.00 SECURED VALUE: |
| BANK OF AMERICA 450 AMERICAN ST SV416 SIMI VALLEY, CA 93065 | | First Lien on Residence | | $730,000.00 SECURED VALUE: $600,000.00 |
| VAL CHRIS INVESTMENTS 2601 MAIN STREET IRVINE, 92614 | | Second Lien on Residence | | $175,000.00 SECURED VALUE: |

0024

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 95 of 211   Page ID #:492

Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A   B and C in part   Page 28 of 43
Case 8:10-bk-11637-RK   Doc 8   Filed 02/24/10   Entered 02/24/10 05:43:40   Desc
Main Document   Page 3 of 36

Form B4 (Official Form 4) - Continued (12/07)                                                          2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

in re:   BILLIE RENE POWERS

CHAPTER:   11

CASE NO.:

Debtor(s).

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| COUNTY OF SAN DIEGO 1600 PACIFIC HWY RM 103 SAN DIEGO, CA 92101-2480 | | | | $2,107.00 |
| COUNTY OF SAN DIEGO 1600 PACIFIC HWY RM 103 SAN DIEGO, CA 92101-2480 | | | | $2,788.00 |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0025

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 96 of 211   Page ID #:493
Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A, B and C in part   Page 29 of 43
Case 8:10-bk-11637-RK   Doc 8   Filed 02/24/10   Entered 02/24/10 05:43:40   Desc
Main Document   Page 4 of 36

Form B6 - Summary (12/07)                                     2007 USBC, Central District of California

### United States Bankruptcy Court
### Central District of California

| In re  **BILLIE RENE POWERS** | Case No.: |
|---|---|
| Debtor. | (if known) |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | YES | 1 | $ 1,417,000.00 | | |
| B - | Personal Property | YES | 2 | $ 6,600.00 | | |
| C - | Property Claimed as Exempt | YES | 1 | | | |
| D - | Creditors Holding Secured Claims | YES | 2 | | $ 2,479,529.00 | |
| E - | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 4,895.00 | |
| F - | Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 0.00 | |
| G - | Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - | Codebtors | YES | 1 | | | |
| I - | Current Income of Individual Debtor(s) | YES | 2 | | | $ 11,050.00 |
| J - | Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 14,452.00 |
| | TOTAL | | 14 | $ 1,423,600.00 | $ 2,484,424.00 | |

0026

Case 8:10-bk-11637-RK    Doc 15-1    Filed 05/03/10    Entered 05/03/10 15:02:57    Desc
Exhibit A    B and C in part    Page 30 of 43
Case 8:10-bk-11637-RK    Doc 8    Filed 02/24/10    Entered 02/24/10 05:43:40    Desc
Main Document    Page 5 of 36

Form B6A - (12/07)                                                    2007 USBC, Central District of California

| In re   BILLIE RENE POWERS | | Case No.: | |
| | Debtor. | | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| CONDOMINIUM 445 ISLAND #331 SAN DIEGO, CA 92101 | Fee Owner | | $ 468,000.00 | $ 519,000.00 |
| CONDOMINIUM 445 ISLAND #723 SAN DIEGO, CA 92101 | Fee Owner | | $ 349,000.00 | $ 379,000.00 |
| SINGLE FAMILY RESD 40701 ORTEGA HWY SAN JUAN CAPISTRANO CA 92530 | Fee Owner | | $ 600,000.00 | $1,730,000.00 |

Total   ➤   $1,417,000.00

(Report also on Summary of Schedules.)

**0027**

Form B6B - (12/07)                                                       2007 USBC, Central District of California

| In re  **BILLIE RENE POWERS** | | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD FURNISHINGS | | 800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING | | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | RANCHO SONATA, LLC | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | CHILD SUPPORT | | 600.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

0028

Form B6B - (12/07)                                                              2007 USBC, Central District of California

| In re BILLIE RENE POWERS | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19.Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22.Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 TOYOTA FJ CRUISER | | 5,000.00 |
| 26.Boats, motors, and accessories. | X | | | |
| 27.Aircraft and accessories. | X | | | |
| 28.Office equipment, furnishings, and supplies. | X | | | |
| 29.Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30.Inventory. | X | | | |
| 31.Animals. | X | | | |
| 32.Crops - growing or harvested.  Give particulars. | X | | | |
| 33.Farming equipment and implements. | X | | | |
| 34.Farm supplies, chemicals, and feed. | X | | | |
| 35.Other personal property of any kind not already listed.  Itemize. | X | | | |

_____1_____   continuation sheets attached                                    $  6,600.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

0029

Case 8:10-bk-11637-RK    Doc 15-1    Filed 05/03/10    Entered 05/03/10 15:02:57    Desc
Exhibit A    B and C in part    Page 33 of 43
Case 8:10-bk-11637-RK    Doc 8    Filed 02/24/10    Entered 02/24/10 05:43:40    Desc
Main Document    Page 8 of 36

Form B6C - (12/07)                                                    2007 USBC, Central District of California

| In re  BILLIE RENE POWERS | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                         $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2007 TOYOTA FJ CRUISER | C.C.P. § 703.140(b)(2) | 3,300.00 | 5,000.00 |
| CLOTHING | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| HOUSEHOLD FURNISHINGS | C.C.P. § 703.140(b)(5) | 800.00 | 800.00 |

**0030**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 101 of 211   Page ID #:498

Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A     B and C in part     Page 34 of 43
Case 8:10-bk-11637-RK   Doc 8   Filed 02/24/10   Entered 02/24/10 05:43:40   Desc
Main Document     Page 9 of 36

Form B6D - (12/07)                                                                                    2007 USBC, Central District of California

| In re | BILLIE RENE POWERS | | Case No.: | |
|-------|--------------------|--|-----------|--|
|       |         | Debtor. |          | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.   XXXXXX17102<br>BANK OF AMERICA<br>450 AMERICAN ST SV416<br>SIMI VALLEY, CA 93065 | | | 07/01/2007<br>First Lien on Residence<br>SINGLE FAMILY RESIDENCE<br><br>Value $600,000.00 | | | | 1,330,000.00 | 730,000.00 |
| Last four digits of ACCOUNT NO.   9349<br>BAYVIEW LOAN SERVICING, LLC<br>PO BOX 3042<br>MILWAUKEE, WI 53201-3042 | | | 01/01/2007<br>Second Lien on Residence<br>CONDO  #723<br><br>Value $0.00 | | | | 32,000.00 | 32,000.00 |
| Last four digits of ACCOUNT NO.   XXXXX4993<br>ONE WEST BANK<br>460 SIERRA MADRE VILLA #101<br>PASADENA, CA 91107 | | | 01/01/2007<br>Second Lien on Residence<br>CONDO #331<br><br>Value $0.00 | | | | 114,771.00 | 114,771.00 |
| Last four digits of ACCOUNT NO.   4811<br>ONE WEST BANK<br>460 SIERRA MADRE VILLA #101<br>PASADENA, CA 91107 | | | 01/01/2007<br>First Lien on Residence<br>CONDO #331<br><br>Value $425,000.00 | | | | 457,578.00 | 32,578.00 |
| Last four digits of ACCOUNT NO.   5730<br>SLS<br>PO BOX 25100<br>SANTA ANA, CA 92799-5100 | | | 01/01/2007<br>First Lien on Residence<br>CONDO  #723<br><br>Value $265,000.00 | | | | 360,000.00 | 95,000.00 |

_1_ continuation sheets attached

|  | Subtotal (Total of this page) > | $   2,294,349.00 | $1,004,349.00 |
|--|--|--|--|
|  | Total (Use only on last page) | $ | $ |
|  |  | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Related Data.) |

00631

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 102 of 211   Page ID #:499

Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A   B and C in part   Page 35 of 43
Case 8:10-bk-11637-RK   Doc 8   Filed 02/24/10   Entered 02/24/10 05:43:40   Desc
Main Document   Page 10 of 36

Form B6D - (12/07)                                                      2007 USBC, Central District of California

| in re   BILLIE RENE POWERS | Debtor. | Case No.: | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.   H-4782 VAL CHRIS INVESTMENTS 2601 MAIN STREET IRVINE, 92614  THOMAS PEPPER TRUST 503  36th STREET NEWPORT BEACH CA 92663 | | | 10/01/2008 Second Lien on Residence SINGLE FAMILY RESIDENCE  Value  $0.00 | | | | 175,000.00 | 175,000.00 |
| Last four digits of ACCOUNT NO.   #723 WASSERMAN KORNHEISER 7955 RAYTHEON ROAD SAN DIEGO, CA 92111 | | | 02/01/2010 Statutory Lien UNIT 723  Value  $0.00 | | | | 5,362.00 | 0.00 |
| Last four digits of ACCOUNT NO.   #331 WASSERMAN KORNHEISER 7955 RAYTHEON ROAD SAN DIEGO, CA 92111 | | | 02/01/2010 Statutory Lien UNIT 331  Value  $0.00 | | | | 4,818.00 | 0.00 |

Sheet no. 1 of 1 continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

Subtotal(s)
(Total(s) of this page)     ➤   $   185,180.00   $   175,000.00

Total(s)
(Use only on last page)     ➤   $   2,479,529.00   $1,179,349.00

(Report total also
on Summary of
Schedules)

(If applicable, report
also on Statistical
Summary of Certain
Liabilities and
Related Data.)

**0032**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 103 of 211   Page ID #:500

Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A - B and 6-in part   Page 360 of 413
Case 8:10-bk-11637-RK   Doc 8   Filed 02/24/10   Entered 02/24/10 05:43:40   Desc
Main Document   Page 11 of 36

Form B6E- (Rev. 12/07)                                                                2007 USBC, Central District of California

| In re | BILLIE RENE POWERS | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals:** Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  continuation sheets attached

**0033**

Form B6E- (Rev. 12/07)                                                      2007 USBC, Central District of California

| In re   BILLIE RENE POWERS | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.   535-085-12-23<br>COUNTY OF SAN DIEGO<br>1600 PACIFIC HWY RM 103<br>SAN DIEGO, CA 92101-2480 | | | 01/01/2010<br>FIRST INSTALMENT FOR 2010 PROPERTY TAXES #331 | | | | 2,788.00 | 2,788.00 | $0.00 |
| Last four digits of ACCOUNT NO.   535-085-15-19<br>COUNTY OF SAN DIEGO<br>1600 PACIFIC HWY RM 103<br>SAN DIEGO, CA 92101-2480 | | | 01/01/2010<br>FIRST INSTALMENT 2010 PROPERTY TAXES #723 | | | | 2,107.00 | 2,107.00 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▸<br>(Totals of this page)   $ 4,895.00   $ 4,895.00   $ 0.00

Total ▸<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 4,895.00

Total ▸<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ 4,895.00   $ 0.00



0034

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 105 of 211   Page ID
#:502
Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A, B and C in part   Page 38 of 43
Case 8:10-bk-11637-RK   Doc 8   Filed 02/24/10   Entered 02/24/10 05:43:40   Desc
Main Document   Page 13 of 36

Form B6F (Official Form 6F) - (Rev. 12/07)                                       2007 USBC, Central District of California

| In re | **BILLIE RENE POWERS** | | Case No.: | |
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | |

0   Continuation sheets attached

|  | | |
|---|---|---|
| Subtotal ► | $ | 0.00 |
| Total ► | $ | 0.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**0035**

Form B6G - (12/07)                                                      2007 USBC, Central District of California

| In re   BILLIE RENE POWERS                    Debtor. | Case No.:                          (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**0036**

*Form B6H - (12/07)*                                            **2007 USBC, Central District of California**

| In re | **BILLIE RENE POWERS** | | Case No.: | |
|-------|------------------------|--------|-----------|---------------|
| | | Debtor. | | (If known) |

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
| | |

0037

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 108 of 211   Page ID #:505
Case 8:10-bk-11637-RK   Doc 15-1   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit A - B and C in part   Page 41 of 43
Case 8:10-bk-11637-RK   Doc 8   Filed 02/24/10   Entered 02/24/10 05:43:40   Desc
Main Document   Page 16 of 36

Form B6I - (Rev. 12/07)                                                    2007 USBC, Central District of California

| In re | BILLIE RENE POWERS | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: DIVORCED | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) | AGE(S) |
| | Daughter | 16 |
| | Son | 14 |
| | Daughter | 5 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Real Estate Agent | |
| Name of Employer | Paul Leveque | |
| How long employed | 3 years | |
| Address of Employer | 4 Canal Circle Newport Beach, CA 92663 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 10,000.00 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 10,000.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 500.00 | $ |
| b. Insurance | $ 0.00 | |
| c. Union dues | $ 0.00 | |
| d. Other (specify) _____ | $ 0.00 | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 500.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 9,500.00 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 1,550.00 | $ |
| 11. Social security or other government assistance (Specify) _____ | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify) _____ | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,550.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 11,050.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 11,050.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

**0038**

Form B6I - (Rev. 12/07)                                                                                                2007 USBC, Central District of California

| In re   **BILLIE RENE POWERS** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

**0039**

Form B6J - (Rev. 12/07)                                                                                                        2007 USBC, Central District of California

| In re  **BILLIE RENE POWERS** | Case No.: | |
|---|---|---|
| Debtor. | | (If known) |

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 6,200.00 |
| a. Are real estate taxes included?      Yes ✓      No | | | |
| b. Is property insurance included?      Yes ✓      No | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 250.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 79.00 |
| d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 500.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 123.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other  Condo Unit #331 | | $ | 4,200.00 |
| Condo Unit #723 | | $ | 2,800.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 14,452.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 11,050.00 |
| b. Average monthly expenses from Line 18 above | $ | 14,452.00 |
| c. Monthly net income (a. minus b.) | $ | -3,402.00 |

**0040**

Case 8:10-bk-11637-RK    Doc 15-2    Filed 05/03/10    Entered 05/03/10 15:02:57    Desc
Exhibit C cont.    D    E and F    Page 1 of 35
Case 8:10-bk-11637-RK    Doc 8    Filed 02/24/10    Entered 02/24/10 05:43:40    Desc
Main Document    Page 19 of 36

Official Form B6 - Statistical Summary (12/07)                                    2007 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re BILLIE RENE POWERS | CHAPTER:  11 |
|---|---|
| Debtor. | CASE NO.: |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   4,895.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $   0.00 |
| TOTAL | $   4,895.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   11,050.00 |
| Average Expenses (from Schedule J, Line 18) | $   14,452.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $   0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   1,179,349.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   4,895.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   1,179,349.00 |

0041

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 112 of 211   Page ID #:509

Case 8:10-bk-11637-RK   Doc 15-2   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit C cont.   D   E and F   Page 2 of 35
Case 8:10-bk-11637-RK   Doc 8   Filed 02/24/10   Entered 02/24/10 05:43:40   Desc
Main Document   Page 20 of 36

Form B6 - Declaration(Rev. 12/07)                                                    2007 USBC, Central District of California

| In re  BILLIE RENE POWERS | Case No.: |
| Debtor. | (If known) |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **16** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  _2/23/2010_                     Signature:  _Billie Rene Powers_

BILLIE RENE POWERS
                                                                                Debtor
[If joint case, both spouses must sign]


### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.                                                                                                0042

324

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 113 of 211   Page ID #:510

Case 8:10-bk-11637-RK   Doc 15-2   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit C cont.   D, E and F   Page 32 of 35
Case 8:10-bk-11637-RK   Doc 8   Filed 02/24/10   Entered 02/24/10 05:43:40   Desc
Main Document   Page 21 of 36

Statement of Financial Affairs (Form 7) - Page 1 - (Rev. 12/07)                    2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
### Central District of California

| In re | BILLIE RENE POWERS | | Case No.: | |
| | | Debtor. | | (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
| --- | --- | --- |
| 61,026.00 | **SELF EMPLOYMENT** | **2009** |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
| --- | --- | --- |
| 12,000.00 | **SELF EMPLOYMENT** | **2008** |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**0043**

Statement of Financial Affairs (Form 7) - Page 2 - (Rev. 12/07)                              2007 USBC, Central District of California

None    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90
☑    days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that
were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a
plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13
must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑    benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the
☐    filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **GASLAMP v POWERS** | **CIVIL ACTION** | **SAN DIEGO SUPERIOR COURT** | **PENDING** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑    immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☐    foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether
or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **THOMAS PEPPERS TRUST** **503 36TH ST** **NEWPORT BEACH, CA 92663** | 10/15/2009 | **SINGLE FAMILY RESD** |

**0044**

Statement of Financial Affairs (Form 7) - Page 3 - (Rev. 12/07)    2007 USBC, Central District of California

### 6.  Assignments and receiverships

None ☑  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

None ☑  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | | | |

### 7.  Gifts

None ☑  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

### 8.  Losses

None ☑  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

### 9.  Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **IN CHARGE ED FOUNDATION** | **11-10-2009** | **35** |

**0045**

Case 8:17-cv-01386-DOC-KES  Document 16-2  Filed 10/10/17  Page 116 of 211  Page ID #:513

Case 8:10-bk-11637-RK  Doc 15-2  Filed 05/03/10  Entered 05/03/10 15:02:57  Desc
Exhibit C cont.  D  E and F  Page 6 of 35

Case 8:10-bk-11637-RK  Doc 8  Filed 02/24/10  Entered 02/24/10 05:43:40  Desc
Main Document  Page 24 of 36

Statement of Financial Affairs (Form 7) - Page 4 - (Rev. 12/07)          2007 USBC, Central District of California

**10. Other transfers**

None ☑  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**0046**

Statement of Financial Affairs (Form 7) - Page 5 - (Rev. 12/07)                    2007 USBC, Central District of California

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☐  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**WILLIAM LYONS**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑  b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**0047**

Statement of Financial Affairs (Form 7) - Page 6 - (Rev. 12/07)                    2007 USBC, Central District of California

None ☑  c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
               respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party.
               to the proceeding, and the docket number.

NAME  AND ADDRESS                   DOCKET NUMBER                          STATUS OR
OF GOVERNMENTAL UNIT                                                       DISPOSITION

### 18. Nature, location and name of business

None ☑  a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
               and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
               executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
               other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
               or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
               preceding the commencement of this case.

               *If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
               and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
               the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

               *If the debtor is a corporation,* list the names, addresses,  taxpayer identification numbers, nature of the business, and
               beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
               equity securities within the **six years** immediately preceding the  commencement of this case.

|       | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN |         | NATURE OF | BEGINNING AND ENDING |
| NAME  |                                    | ADDRESS | BUSINESS  | DATES                |

None ☑  b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
               U.S.C. § 101.

NAME                                               ADDRESS

•   •   •   •   •   •   •   •   •   •

**0048**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 119 of 211   Page ID
#:516

Case 8:10-bk-11637-RK    Doc 15-2    Filed 05/03/10    Entered 05/03/10 15:02:57    Desc
Exhibit C cont.   D   E and F   Page 9 of 35
Case 8:10-bk-11637-RK    Doc 8    Filed 02/24/10    Entered 02/24/10 05:43:40    Desc
Main Document     Page 27 of 36

Statement of Financial Affairs (Form 7) - Page 7 - (Rev. 12/07)                                   2007 USBC, Central District of California

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date ___2/23/2010___                    Signature
                                        of Debtor    _____
                                                     BILLIE RENE POWERS

**0049**

Form B22B (Chapter11) - (1/08)                                    2008 USBC, Central District of California

| In re  BILLIE RENE POWERS | Case No.: |
|---|---|
| Debtor. | (if known) |

## CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☑ **Unmarried.** Complete only Column A ("Debtor's Income") for Lines 2-10.<br>b. ☐ **Married, not filing jointly.** Complete only Column A ("Debtor's Income") for Lines 2-10.<br>c. ☐ **Married, filing jointly.** Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10. | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | Column A Debtor's Income | Column B Spouse's Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $10,000.00 | $ |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross Receipts — $ 0.00<br>b. Ordinary and necessary business expenses — $ 0.00<br>c. Business income — Subtract Line b from Line a | | $0.00 | $ |
| 4 | **Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><br>a. Gross Receipts — $ 0.00<br>b. Ordinary and necessary operating expenses — $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | | $0.00 | $ |
| 5 | Interest, dividends, and royalties. | | $0.00 | $ |
| 6 | Pension and retirement income. | | $0.00 | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | | $1,550.00 | $ |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act     Debtor $ _____     Spouse $ _____ | | $ | $ |

**0050**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 121 of 211   Page ID #:518

Case 8:10-bk-11637-RK    Doc 15-2    Filed 05/03/10    Entered 05/03/10 15:02:57    Desc
Exhibit C cont.    D    E and F    Page 11 of 35

Case 8:10-bk-11637-RK    Doc 8    Filed 02/24/10    Entered 02/24/10 05:43:40    Desc
Main Document        Page 29 of 36

Form B22B (Chapter11) - (1/08)                                    2008 USBC, Central District of California

| | | | |
|---|---|---|---|
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed,** but **include all** other payments of alimony or separate maintenance. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. _____  $_____ | $0.00 | $ |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $11,550.00 | $ |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10. Column A. | $ 11,550.00 | |

### Part II: VERIFICATION

| | |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case both debtors must sign.)*<br>Date: _8/23/2010_    Signature: _Billie Rene Powers_<br>**BILLIE RENE POWERS,** (Debtor) |

0051

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 122 of 211   Page ID
#:519
Case 8:10-bk-11637-RK   Doc 15-2   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit C cont.   D   E and F   Page 12 of 35
Case 8:10-bk-11637-RK   Doc 8   Filed 02/24/10   Entered 02/24/10 05:43:40   Desc
Main Document   Page 30 of 36

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re   **BILLIE RENE POWERS**                                    Case No.

          Debtor.                                                Chapter   **11**

### STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor |
|---|---|
| Six months ago | $5,100.00 |
| Five months ago | $5,100.00 |
| Four months ago | $5,100.00 |
| Three months ago | $5,100.00 |
| Two months ago | $5,100.00 |
| Last month | $5,100.00 |
| Income from other sources | $0.00 |
| Total net income for six months preceding filing | $ 30,600.00 |
| **Average Monthly Net Income** | $ 5,100.00 |

Attached are all payment advices received by the undersigned debtor prior to the petition date, I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: 2/23/2010

_____
**BILLIE RENE POWERS**
Debtor

**0052**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 123 of 211   Page ID #:520

Case 8:10-bk-11637-RK    Doc 15-2    Filed 05/03/10    Entered 05/03/10 15:02:57    Desc
Exhibit C cont.   D   E and F   Page 13 of 35

Case 8:10-bk-11637-RK    Doc 8    Filed 02/24/10    Entered 02/24/10 05:43:40    Desc
Main Document      Page 31 of 36

February 2006                                                    2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>BILLIE RENE POWERS<br><br>Debtor. | CHAPTER:   11<br><br>CASE NO.: |
|---|---|

## DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I,  BILLIE RENE POWERS                                      , the debtor in this case, declare under penalty
          *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment
    income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☑    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and
    received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


I,  _____          , the debtor in this case, declare under penalty
          *(Print Name of Joint Debtor, if any)*

of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment
    income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    *(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and
    received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date   2/23/2010                          Signature _____
                                         **BILLIE RENE POWERS**
                                         *Debtor*

Date   _____          Signature _____

                                         *Joint Debtor (if any)*

**0053**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 124 of 211   Page ID #:521

Case 8:10-bk-11637-RK   Doc 15-2   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit C cont.   D, E and F   Page 14 of 35

Case 8:10-bk-11637-RK   Doc 8   Filed 02/24/10   Entered 02/24/10 05:43:40   Desc
Main Document   Page 32 of 36

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)                1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| BILLIE RENE POWERS | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
| Debtor. | |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 600.00 |
| Balance Due | $ | 4,400.00 |

2. The source of compensation paid to me was:

   ☐ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

      **None**

**0054**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 125 of 211   Page ID #:522

Case 8:10-bk-11637-RK   Doc 15-2   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit C cont.   D, E and F   Page 15 of 35

Case 8:10-bk-11637-RK   Doc 8   Filed 02/24/10   Entered 02/24/10 05:43:40   Desc
Main Document   Page 33 of 36

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)          1998 USBC, Central District of California

| In re   **BILLIE RENE POWERS** | Case No.: |
|---|---|
| Debtor. | (If known) |

<div style="border:1px solid">

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

2-23-10
_Date_

*Michael A Younge*
_Signature of Attorney_

THE LAW OFFICE OF MICHAEL A YOUNGE
_Name of Law Firm_

</div>

**0055**

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was (were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: _2-23-10_

_MICHAEL A YOUNG_
Print or Type Name

_Michael A young_
Signature

(SEE ATTACHED MAILING LIST.)

**0056**

BILLIE RENE POWERS
40701 ORTEGA HWY
SAN JUAN CAPISTRANO, CA 92675


MICHAEL A YOUNGE
THE LAW OFFICE OF MICHAEL A YOUNGE
8141 EAST KAISER BLVD
SUITE 200
ANAHEIM HILLS

**0057**

BANK OF AMERICA
450 AMERICAN ST SV416
SIMI VALLEY, CA 93065

BAYVIEW LOAN SERVICING, LLC
PO BOX 3042
MILWAUKEE, WI 53201-3042

COUNTY OF SAN DIEGO
1600 PACIFIC HWY RM 103
SAN DIEGO, CA 92101-2480

ONE WEST BANK
460 SIERRA MADRE VILLA #101
PASADENA, CA 91107

SLS
PO BOX 25100
SANTA ANA, CA 92799-5100

THOMAS PEPPER TRUST
503  36th STREET
NEWPORT BEACH
CA 92663

VAL CHRIS INVESTMENTS
2601 MAIN STREET
IRVINE, 92614

WASSERMAN KORNHEISER
7955 RAYTHEON ROAD
SAN DIEGO, CA 92111

**0058**

# EXHIBIT D

**CLOSED**

## U.S. Bankruptcy Court
## Central District Of California (Santa Ana)
## Bankruptcy Petition #: 8:09-bk-11245-RK

*Date filed:* 02/17/2009
*Date terminated:* 07/16/2009
*Debtor discharged:* 06/23/2009

*Assigned to:* Robert N. Kwan
Chapter 7
Voluntary
No asset

*Debtor disposition:* Standard Discharge

| | |
|---|---|
| *Debtor*<br>**Billie Rene Powers**<br>40701 Ortega Hwy<br>Lake Elsinore, CA 92530-6515<br>SSN / ITIN: xxx-xx-6401 | represented by **Walter Scott**<br>411 N Central Ave #605<br>Glendale, CA 91203<br>818-956-0227<br>Fax : 818-956-3240<br>Email: wscottatty@aol.com |

*Trustee*
**Weneta M Kosmala**
P.O. Box 16279
Irvine, CA 92623
(714) 708-8190

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

| Filing Date | # | Docket Text |
|---|---|---|
| 02/17/2009 | <u>1</u> | Chapter 7 Voluntary Petition . Receipt Number o, Fee Amount $299 Filed by Billie Rene Powers (Shimizu, Tina) (Entered: 02/17/2009) |
| 02/17/2009 | <u>2</u> | Meeting of Creditors with 341(a) meeting to be held on 04/02/2009 at 09:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Objections for Discharge due by 06/01/2009. (Shimizu, Tina) (Entered: 02/17/2009) |
| 02/17/2009 | <u>3</u> | Statement of Social Security Number(s) Form B21 Filed by Debtor Billie Rene Powers . (Shimizu, Tina) (Entered: 02/17/2009) |

**0059**

Case 8:10-bk-11637-RK   Doc 15-2   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit C cont.   D   E and F   Page 21 of 35

| | | |
|---|---|---|
| 02/17/2009 | 4 | Certificate of Credit Counseling , Exhibit D Filed by Debtor Billie Rene Powers . (Shimizu, Tina) (Entered: 02/17/2009) |
| 02/17/2009 | 5 | Notice of Requirement to Complete Course in Financial Management (BNC) . (Shimizu, Tina) (Entered: 02/17/2009) |
| 02/17/2009 | | Receipt of Chapter 7 Filing Fee - $299.00 by 12. Receipt Number 80018411. (admin) (Entered: 02/18/2009) |
| 02/19/2009 | 6 | BNC Certificate of Notice (RE: related document(s) 2 , Meeting (Chapter 7)) No. of Notices: 30. Service Date 02/19/2009. (Admin.) (Entered: 02/20/2009) |
| 02/19/2009 | 7 | BNC Certificate of Notice (RE: related document(s) 5 , Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 4. Service Date 02/19/2009. (Admin.) (Entered: 02/20/2009) |
| 03/12/2009 | 8 | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 445 Island Avenue #331, San Diego, CA 92101 . Fee Amount $150, Filed by Creditor INDYMAC FEDERAL BANK, FSB (Attachments: # 1 Legal Description# 2 Exhibit) (Hahn, Kevin) (Entered: 03/12/2009) |
| 03/12/2009 | | Receipt of Motion for Relief from Stay - Real Property(8:09-bk-11245-RK) [motion,nmrp] ( 150.00) Filing Fee. Receipt number 8568785. Fee amount 150.00. (U.S. Treasury) (Entered: 03/12/2009) |
| 03/12/2009 | | Hearing Set (RE: related document(s) 8 Motion for Relief from Stay - Real Property filed by Creditor INDYMAC FEDERAL BANK, FSB) The Hearing date is set for 4/7/2009 at 10:30 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Robert N. Kwan (Kent, Susan) (Entered: 03/17/2009) |
| 04/07/2009 | 9 | Debtor(s) DID NOT Appear. 341 Meeting of Creditors scheduled on 5/7/2009 at 04:01 PM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701 (Kosmala, Weneta) (Entered: 04/07/2009) |
| 04/07/2009 | 10 | Hearing Held - Motion Granted per Tentative (cr: mcca) (Bk Motion) (RE: related document(s) 8 Motion for Relief from Stay - Real Property)(Kent, Susan) (Entered: 04/07/2009) |
| 04/16/2009 | 11 | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Weneta M Kosmala. (Kosmala, Weneta) (Entered: 04/16/2009) |

**0060**

CM/ECF - U.S. Bankruptcy Court V3.3.2- LIVE                                        Page 3 of 4

| 04/22/2009 | <u>12</u> | Order Granting Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF) (Related Doc # <u>8</u> ) Signed on 4/22/2009 (Kent, Susan) (Entered: 04/22/2009) |
| 04/24/2009 | <u>13</u> | BNC Certificate of Service - PDF Document. (RE: related document(s) <u>12</u> Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)) No. of Notices: 6. Service Date 04/24/2009. (Admin.) (Entered: 04/25/2009) |
| 05/07/2009 | <u>14</u> | Amended Statement of related cases , Amended Statement of Financial Affairs with proof of service. Filed by Debtor Billie Rene Powers . (Nguyen, Vi) (Entered: 05/11/2009) |
| 05/12/2009 | 15 | Chapter 7 Trustee's Report of No Distribution: I, Weneta M Kosmala, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 3 months. Assets Abandoned: $ 1645940.00, Assets Exempt: Not Available, Claims Scheduled: $ 2972352.65, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment: $ 2972352.65. (Kosmala, Weneta) (Entered: 05/12/2009) |
| 06/16/2009 | <u>16</u> | Financial Management Course Certificate Filed Filed by Debtor Billie Rene Powers . (Gonsales, Otoniel) (Entered: 06/18/2009) |
| 06/23/2009 | <u>17</u> | DISCHARGE OF DEBTOR(S): Debtor (BNC) (RE: related document(s) <u>2</u> Meeting (Chapter 7)) (Beezer, Cynthia) (Entered: 06/23/2009) |
| 06/25/2009 | <u>18</u> | BNC Certificate of Service (RE: related document(s) <u>17</u> DISCHARGE OF DEBTOR - Chapter 7 (BNC)) No. of Notices: 32. Service Date 06/25/2009. (Admin.) (Entered: 06/25/2009) |
| 07/16/2009 | <u>19</u> | Bankruptcy Case Closed - DISCHARGE (Bolte, Nickie) (Entered: 07/16/2009) |

**0061**

Case 8:10-bk-11637-RK   Doc 15-2   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
CM/ECF - U.S. Bankruptcy Court (v3.2-LIVE)        Page 4 of 4
Exhibit C cont.    D    E and F    Page 23 of 35

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/29/2010 12:32:13 | | | |
| **PACER Login:** | xt0278 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:09-bk-11245-RK Fil or Ent: filed To: 3/29/2010 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

**0062**

# EXHIBIT E

CM/ECF - U.S. Bankruptcy Court (v3.2.2 LIVE)                                    Page 1 of 4
Exhibit C cont.   D   E and F   Page 25 of 35

PlnDue, DISMISSED, Incomplete, PRVDISCH

# U.S. Bankruptcy Court
## Central District Of California (Santa Ana)
### Bankruptcy Petition #: 8:09-bk-22500-RK

|  |  |
|---|---|
| *Assigned to:* Robert N. Kwan | *Date filed:* 11/11/2009 |
| Chapter 13 | *Debtor dismissed:* 12/17/2009 |

Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Failure to File
Information

**Debtor**
**Billie Rene Powers**
40701 Ortega Hwy
Lake Elsinore, CA 92675
SSN / ITIN: xxx-xx-6401

represented by **Michael A Younge**
8141 E Kaiser Blvd Ste 200
Anaheim Hills, CA 92808
714-685-1170
Fax : 714-276-1443
Email: youngelaw@aol.com

**Trustee**
**Amrane Cohen**
770 The City Dr So Ste #3300
Orange, CA 92868
714-621-0200

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

| Filing Date | # | Docket Text |
|---|---|---|
|  |  | Chapter 13 Voluntary Petition *Incomplete*. Fee Amount $274 Filed by Billie Rene Powers Section 316 Incomplete Filings due by 12/28/2009. Schedule A due 11/27/2009. Schedule B due 11/27/2009. Schedule C due 11/27/2009. Schedule F due 11/27/2009. Schedule G due 11/27/2009. Schedule H due 11/27/2009. Schedule I due 11/27/2009. Schedule J due 11/27/2009. Statement of Financial Affairs due 11/27/2009. Chapter 13 Plan due by 11/27/2009. Statement - Form 22C Due: 11/27/2009. Statistical Summary due 11/27/2009. Debtor Certification of Employment Income due by 11/27/2009. Incomplete Filings due by 11/27/2009. (Younge, Michael) |

**0063**

CM/ECF - U.S. Bankruptcy Court (v1.2.6 - LIVE)                    Page 2 of 4

Case 8:10-bk-11637-RK   Doc 15-2   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit C cont.   D   E and F   Page 26 of 35

| 11/11/2009 | 1 | CORRECTION: Statistical Information RE Schedules A,B,D,E,F,I, and J have been updated to reflect the PDF. Estimated Assets have been corrected from 0-50000 to 50000-100000 to reflect the PDF. Modified on 11/12/2009 (Sychiuco, John). (Entered: 11/11/2009) |
|---|---|---|
| 11/11/2009 | | Receipt of Voluntary Petition (Chapter 13)(8:09-bk-22500) [misc,volp13] ( 274.00) Filing Fee. Receipt number 11547601. Fee amount 274.00. (U.S. Treasury) (Entered: 11/11/2009) |
| 11/11/2009 | 2 | Certificate of Credit Counseling Filed by Debtor Billie Rene Powers. (Younge, Michael) (Entered: 11/11/2009) |
| 11/11/2009 | 3 | Statement of Social Security Number(s) Form B21 Filed by Debtor Billie Rene Powers. (Younge, Michael) (Entered: 11/11/2009) |
| 11/12/2009 | | Judge Robert N. Kwan added to case (Sychiuco, John) (Entered: 11/12/2009) |
| 11/12/2009 | 4 | Meeting of Creditors 341(a) meeting to be held on 12/29/2009 at 11:00 AM at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701.Objection 523 Complaint Due: 3/1/2010. Proofs of Claims due by 3/29/2010. Government Proof of Claim due by 5/10/2010. Confirmation hearing to be held on 2/10/2010 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. (Sychiuco, John) (Entered: 11/12/2009) |
| 11/12/2009 | 5 | ORDER to comply with bankruptcy rule 1007/3015(b) and notice of intent to dismiss case (BNC) , Case Commencement Deficiency Notice (BNC) (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Billie Rene Powers) (Sychiuco, John) (Entered: 11/12/2009) |
| 11/14/2009 | 6 | BNC Certificate of Service (RE: related document(s) 4 Meeting of Creditors Chapter 13) No. of Notices: 8. Service Date 11/14/2009. (Admin.) (Entered: 11/14/2009) |
| 11/14/2009 | 7 | BNC Certificate of Service (RE: related document(s) 5 Case Commencement Deficiency Notice(b) and notice of intent to dismiss case (Ch 7/13) (BNC)) No. of Notices: 3. Service Date 11/14/2009. (Admin.) (Entered: 11/14/2009) |
| 11/14/2009 | 8 | BNC Certificate of Service (RE: related document(s) 5 ORDER to comply with bankruptcy rule 1007/3015(b) and notice of intent to dismiss case (Ch 7/13) (BNC)) No. of Notices: 3. Service Date 11/14/2009. (Admin.) (Entered: 11/14/2009) |

**0064**

CM/ECF - U.S. Bankruptcy Court (v3.2.2-LIVE)                                    Page 3 of 4

| 11/17/2009 | 9 | Request for special notice Filed by Creditor Specialized Loan Servicing LLC. (Lozano, Joe) (Entered: 11/17/2009) |
| 12/11/2009 | 10 | Trustee's Notice to the debtor(s) that the case may be dismiss or converted at the confirmation hearing (batch) . (Cohen, Amrane) (Entered: 12/11/2009) |
| 12/17/2009 | 11 | ORDER and notice of dismissal for failure to file schedules, statements, and/or plan - **Debtor** Dismissed. All pending motions and adversary proceedings are moot and dismissed. (BNC) Signed on 12/17/2009. (Corona, Heidi) (Entered: 12/17/2009) |
| 12/19/2009 | 12 | BNC Certificate of Notice (RE: related document(s) 11 ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (Option A or Option B) (BNC)) No. of Notices: 12. Service Date 12/19/2009. (Admin.) (Entered: 12/19/2009) |
| 12/21/2009 | 13 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Ramesh Singh on behalf of Courtesy NEF. (Singh, Ramesh) (Entered: 12/21/2009) |
| 01/08/2010 | 14 | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted . (Cohen, Amrane) (Entered: 01/08/2010) |
| 02/10/2010 |  | Hearing Held on Confirmation of Plan - Case Dismissed 12/17/09 (cr: stei) (Kent, Susan) (Entered: 02/16/2010) |
| 02/23/2010 | 15 | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases) Filed by Trustee Amrane Cohen. (Cohen, Amrane) (Entered: 02/23/2010) |
| 02/23/2010 | 16 | Chapter 13 Trustee's Final Report and Account . (Cohen, Amrane) (Entered: 02/23/2010) |
| 02/23/2010 | 17 | Proof of service Filed by Trustee Amrane Cohen (RE: related document(s) 16 Chapter 13 Trustee's Final Report and Account (batch)). (Cohen, Amrane) (Entered: 02/23/2010) |
| 02/24/2010 | 18 | ORDER discharging chapter 13 panel trustee and exonerate bond liability Signed on 2/24/2010. (Steinberg, Elizabeth) (Entered: 03/03/2010) |

**0065**

Case 8:10-bk-11637-RK   Doc 15-2   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit C cont.   D   E and F   Page 28 of 35
CM/ECF - U.S. Bankruptcy Court (v3.2-2 IV)                                        Page 4 of 4

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/29/2010 12:33:09 | | | |
| **PACER Login:** | xt0278 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:09-bk-22500-RK Fil or Ent: filed To: 3/29/2010 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

**0066**

https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?806299852920984-L_991_0-1                    3/29/2010

# EXHIBIT F

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 140 of 211   Page ID
#:537
Case 8:10-bk-11637-RK   Doc 15-2   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit C cont.   D   E and F   Page 30 of 35
CM/ECF - U.S. Bankruptcy Court (v3.3.2-LIVE)                              Page 1 of 4

**PlnDue, Incomplete, PRVDISM, PRVDISCH, DISMISSED**

## U.S. Bankruptcy Court
## Central District Of California (Santa Ana)
## Bankruptcy Petition #: 8:09-bk-24448-RK

*Date filed:* 12/28/2009
*Debtor dismissed:* 01/21/2010

*Assigned to:* Robert N. Kwan
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Failure to File
Information

| **Debtor** | represented by **Michael A Younge** |
|---|---|
| **Billie Rene Powers** | 8141 E Kaiser Blvd Ste 200 |
| 40701 Ortega Hwy | Anaheim Hills, CA 92808 |
| San Juan Capistrano, CA 92675 | 714-685-1170 |
| SSN / ITIN: xxx-xx-6401 | Fax : 714-685-1172 |
| | Email: youngelaw@aol.com |

**Trustee**
**Amrane Cohen**
770 The City Dr So Ste #3300
Orange, CA 92868
714-621-0200

**U.S. Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| | | Chapter 13 Voluntary Petition *Incomplete*. Fee Amount $274 Filed by Billie Rene Powers Schedule C due 01/11/2010. Schedule F due 01/11/2010. Schedule G due 01/11/2010. Schedule H due 01/11/2010. Schedule I due 01/11/2010. Schedule J due 01/11/2010. Statement of Financial Affairs due 01/11/2010. Chapter 13 Plan due by 01/11/2010. Atty Signature Petition due 01/11/2010. Statistical Summary due 01/11/2010. Incomplete Filings due by 01/11/2010. (Younge, Michael). CORRECTION: Deficient for missing Statement of Current Monthly Income and Disposable Income Calculation Form (Form 22C) due by 1/11/2010. Debtor's Certification of Employment |

**0067**

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 141 of 211   Page ID #:538

Case 8:10-bk-11637-RK   Doc 15-2   Filed 05/03/10   Entered 05/03/10 15:02:57   Desc
Exhibit C cont.   D   E and F   Page 31 of 35

CM/ECF - U.S. Bankruptcy Court (v3.2.2 - LIVE)                                    Page 2 of 4

| | | |
|---|---|---|
| 12/28/2009 | 1 | Income due by 1/11/2010. Incomplete Filings due by 1/11/2010. Section 316 Incomplete Filings due by 2/11/2010. Modified on 12/29/2009 (Nguyen, Judy). (Entered: 12/28/2009) |
| 12/28/2009 | | Receipt of Voluntary Petition (Chapter 13)(8:09-bk-24448) [misc,volp13] ( 274.00) Filing Fee. Receipt number 12151372. Fee amount 274.00. (U.S. Treasury) (Entered: 12/28/2009) |
| 12/28/2009 | 2 | Certificate of Credit Counseling Filed by Debtor Billie Rene Powers. (Younge, Michael) (Entered: 12/28/2009) |
| 12/28/2009 | 3 | Statement of Social Security Number(s) Form B21 Filed by Debtor Billie Rene Powers. (Younge, Michael) (Entered: 12/28/2009) |
| 12/28/2009 | 4 | Meeting of Creditors with 341(a) meeting to be held on 02/11/2010 at 09:00 AM at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701. Confirmation hearing to be held on 03/23/2010 at 01:30 PM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. Proof of Claim due by 05/12/2010. (Younge, Michael) (Entered: 12/28/2009) |
| 12/31/2009 | 5 | BNC Certificate of Notice (RE: related document(s) 4 Meeting (AutoAssign Chapter 13)) No. of Notices: 8. Service Date 12/31/2009. (Admin.) (Entered: 12/31/2009) |
| 12/31/2009 | 6 | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Billie Rene Powers) No. of Notices: 4. Service Date 12/31/2009. (Admin.) (Entered: 12/31/2009) |
| 12/31/2009 | 7 | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Billie Rene Powers) No. of Notices: 4. Service Date 12/31/2009. (Admin.) (Entered: 12/31/2009) |
| 01/06/2010 | 8 | Order Reassigning Bankruptcy Case from Judge Theodor C. Albert to Judge Robert N. Kwan pursuant to General Order 99-02 (Prior Related Case/Proceeding) - Signed on 1/6/2010. (Ngo, Kim) (Entered: 01/07/2010) |
| 01/07/2010 | | Judge Robert N. Kwan added to case. Involvement of Judge Theodor C. Albert Terminated (Ngo, Kim) (Entered: 01/07/2010) |
| 01/07/2010 | 9 | Notice of reassignment of case from Judge Theodor C. Albert to Judge Robert N. Kwan (BNC) (Ngo, Kim) (Entered: 01/07/2010) |

**0068**

| | | |
|---|---|---|
| 01/07/2010 | 10 | Notice to creditors re: Notice Rescheduling the Hearing for Confirmation of Plan; The hearing will now be held on 4/14/2010 at 1:30 p.m. in courtroom 5D (BNC-PDF) (Ngo, Kim) (Entered: 01/07/2010) |
| 01/09/2010 | 11 | BNC Certificate of Notice (RE: related document(s) 9 Notice of reassignment of case (BNC)) No. of Notices: 9. Service Date 01/09/2010. (Admin.) (Entered: 01/09/2010) |
| 01/09/2010 | 12 | BNC Certificate of Notice - PDF Document. (RE: related document(s) 10 Notice to creditors (BNC-PDF)) No. of Notices: 9. Service Date 01/09/2010. (Admin.) (Entered: 01/09/2010) |
| 01/12/2010 | 13 | Request for special notice Filed by Creditor Specialized Loan Servicing, LLC. (Lozano, Joe) (Entered: 01/12/2010) |
| 01/21/2010 | 14 | ORDER and notice of dismissal for failure to file schedules, statements, and/or plan - **Debtor** Dismissed. All pending motions and adversary proceedings are moot and dismissed. (BNC) Signed on 1/21/2010. (Corona, Heidi) (Entered: 01/21/2010) |
| 01/23/2010 | 15 | BNC Certificate of Notice (RE: related document(s) 14 ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (Option A or Option B) (BNC)) No. of Notices: 11. Service Date 01/23/2010. (Admin.) (Entered: 01/23/2010) |
| 02/04/2010 | 16 | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted . (Cohen, Amrane) (Entered: 02/04/2010) |
| 02/06/2010 | 17 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Ramesh Singh on behalf of Courtesy NEF. (Singh, Ramesh) (Entered: 02/06/2010) |
| 03/24/2010 | 19 | ORDER discharging chapter 13 panel trustee and exonerate bond liability Signed on 3/24/2010. (Mccall, Audrey) (Entered: 03/26/2010) |
| 03/25/2010 | 18 | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases) Filed by Trustee Amrane Cohen. (Cohen, Amrane) (Entered: 03/25/2010) |

**PACER Service Center**

**0069**

| Transaction Receipt | | | |
|---|---|---|---|
| 03/29/2010 12:33:55 | | | |
| **PACER Login:** | xt0278 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:09-bk-24448-RK Fil or Ent: filed To: 3/29/2010 Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

**0070**

https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?806295852920984-L_991_0-1          3/29/2010

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 144 of 211   Page ID #:541
Case 8:10-bk-11637-RK    Doc 15-2    Filed 05/03/10    Entered 05/03/10 15:02:57    Desc
Exhibit C cont.   D   E and F   Page 34 of 35

| In re:<br>    BILLIE RENE POWERS                                         Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:10-bk-11637-RK |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
411 WEST FOURTH ST., #9041, SANTA ANA, CA  92701

The foregoing document described **NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE PURSUANT TO 11 U.S.C. SECTION 1112(b; AND REQUEST FOR JUDGMENT FOR UNPAID QUARTERLY FEES DECLARATION OF MARILYN SORENSEN; AND EXHIBITS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ( "LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **MAY 3, 2010**, checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael A Younge    youngelaw@aol.com

                    Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **MAY 3, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Billie Rene Powers, 40701 Ortega Hwy, San Juan Capistrano, CA 92675

                    Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **MAY 3, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Robert N. Kwan–Bin outside Rm. 5097

_____Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| MAY 3, 2010 | TARI KING | /s/ Tari King |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Case 8:17-cv-01386-DOC-KES   Document 16-2   Filed 10/10/17   Page 145 of 211   Page ID #:542

Case 8:10-bk-11637-RK    Doc 15-2    Filed 05/03/10    Entered 05/03/10 15:02:57    Desc
Exhibit C cont.    D    E and F    Page 35 of 35

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

RONALD REAGAN FEDERAL BUILDING and UNITED STATES COURTHOUSE
411 West Fourth Street, Suite 2074
Santa Ana, CA 92701-4593

DEBTOR'S INFORMATION:                  BANKRUPTCY NO. **8:10-bk-11637-RK**
**BILLIE RENE POWERS**                 CHAPTER 11

Notice is hereby given that a hearing in this case will be held at:

DATE:      JUNE 2, 2010
TIME:      10:30 A.M.
LOCATION: RONALD REAGAN FEDERAL BUILDING
          and UNITED STATES COURTHOUSE
          411 West Fourth Street, Room "5D"
          Santa Ana, CA 92701-4593

To consider and act upon the following:

**NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE PURSUANT TO 11 U.S.C. §1112(b); AND REQUEST FOR JUDGMENT FOR UNPAID QUARTERLY FEES; DECLARATION OF MARILYN SORENSEN; EXHIBITS**

Objections to the above shall be made in writing and filed with the Court and served upon the U.S. Trustee at least **fourteen (14) days** prior to the hearing date.  Any objections not filed and served may be deemed waived.  <u>See</u> Local Bankruptcy Rule 9013-1(f) and (h).

For further information, please refer to the Court file or contact the Office of the U.S. Trustee.

Dated: _____

                              KATHLEEN J. CAMPBELL
                              Clerk of Court

# EXHIBIT "BB"

1  PETER C. ANDERSON
   United States Trustee
2  Michael Hauser (Bar No. 140165)
   Attorney for the U.S. Trustee
3  Ronald Reagan Federal Building
   411 West Fourth Street, Suite 9041
4  Santa Ana, CA  92701-8000
   Telephone: (714) 338-3400
5  Facsimile: (714) 338-3421
   Email:   Michael.Hauser@usdoj.gov
6

```
FILED & ENTERED

      JUN 16 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent      DEPUTY CLERK
```

7

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        SANTA ANA DIVISION

11 In re:                              CASE NUMBER:  8:10-bk-11637-RK

12 BILLIE RENE POWERS                  CHAPTER 11
                              Debtor.
13                                     ORDER DISMISSING CASE

14

15                                     DATE:   JUNE 2, 2010
                                       TIME:   10:30 A.M.
16                                     CTRM:   5A

17

18        A hearing on the U.S. Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1112(b)

19 was held by the Court on June 2, 2010 at 10:30 a.m.  Michael Hauser appeared on behalf of the

20 United States Trustee.   All other appearances are as reflected on the record.

21        Based upon all pleadings and papers on file in this matter and this Court's tentative ruling:

22        //

23        //

24        //

25

26

27

28

1      IT IS HEREBY ORDERED THAT this case is dismissed.

2      IT IS FURTHER ORDERED THAT the U.S. Trustee is granted a judgment in the amount

3 of $650.00 for U.S. Trustee quarterly fees due and owing.

4                    ###

DATED: June 16, 2010

United States Bankruptcy Judge

| In re:  BILLIE RENE POWERS | CHAPTER  11 |
|---|---|
| Debtor | CASE NUMBER: 8:10-bk-11637-RK |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **JUNE 16, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Michael J Hauser    michael.hauser@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Younge    youngelaw@aol.com

&#9633;  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid to the following person(s) and/or entity(ies) at the address(es) indicated below:

Billie Rene Powers, 40701 Ortega Hwy, San Juan Capistrano, CA 92675

&#9633;  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

&#9633;  Service information continued on attached page

# EXHIBIT "CC"

DISMISSED, CLOSED

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:10-bk-19648-RK

| | |
|---|---|
| | *Date filed:*  07/14/2010 |

Assigned to: Robert N. Kwan
Chapter 11
Voluntary
No asset

*Date terminated:*  11/30/2010
*Debtor dismissed:*  11/04/2010
*341 meeting:*  08/19/2010
*Deadline for objecting to discharge:*  10/18/2010

*Debtor disposition:*  Dismissed for Other Reason

| **Debtor**<br>**Billie Rene Powers**<br>40701 Ortega Hwy<br>San Juan Capistrano, CA 92675<br>ORANGE-CA<br>SSN / ITIN: xxx-xx-6401 | represented by | **Michael A Younge**<br>180 N Riverview Dr Ste 210<br>Anaheim Hills, CA 92808<br>714-242-4027<br>Fax : 714-282-1401<br>Email: youngelaw@aol.com |
|---|---|---|
| **U.S. Trustee**<br>**United States Trustee (SA)**<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593<br>(714) 338-3400 | represented by | **Michael J Hauser**<br>411 W Fourth St Suite 7160<br>Santa Ana, CA 92701-4593<br>714-338-3417<br>Fax : 714-338-3421<br>Email: michael.hauser@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 07/14/2010 | 1<br>(47 pgs) | Chapter 11 Voluntary Petition. Fee Amount $1039 Filed by Billie Rene Powers (Younge, Michael) CORRECTION: Exhibit B (missing attorney /s/ signature) due 07/28/2010, Third Page of Voluntary Petition missing attorney's /s/ signature due 07/28/2010, Disclosure of Compensation of Attorney (missing attorney /s/ signature)due 07/28/2010. Incomplete Filing due 07/28/2010. Modified on 7/15/2010 (Pineda, Anabel). (Entered: 07/14/2010) |
| 07/14/2010 | | Receipt of Voluntary Petition (Chapter 11)(8:10-bk-19648) [misc,volp11] (1039.00) Filing Fee. Receipt number 15260400. Fee amount 1039.00. (U.S. Treasury) (Entered: 07/14/2010) |
| 07/14/2010 | 2 | Statement of Social Security Number(s) Form B21 Filed by Debtor Billie Rene Powers. (Younge, Michael) (Entered: 07/14/2010) |
| 07/14/2010 | 3<br>(2 pgs) | Declaration Re: Electronic Filing Filed by Debtor Billie Rene Powers. (Younge, Michael) (Entered: 07/14/2010) |
| 07/14/2010 | 4<br>(3 pgs) | Certificate of Credit Counseling, Exhibit D Filed by Debtor Billie Rene Powers. (Younge, Michael) (Entered: 07/14/2010) |
| 07/15/2010 | | Judge Robert N. Kwan added to case, Judge Theodor C. Albert terminated. (Corona, Heidi) (Entered: 07/15/2010) |

| 07/15/2010 | 5<br>(1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Billie Rene Powers) (Pineda, Anabel) (Entered: 07/15/2010) |
| --- | --- | --- |
| 07/15/2010 | 6<br>(3 pgs) | Notice of Requirement to Complete Course in Financial Management (BNC) . (Pineda, Anabel) (Entered: 07/15/2010) |
| 07/17/2010 | 7<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)5 Case Commencement Deficiency Notice (BNC)) No. of Notices: 2. Service Date 07/17/2010. (Admin.) (Entered: 07/17/2010) |
| 07/17/2010 | 8<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)6 Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 3. Service Date 07/17/2010. (Admin.) (Entered: 07/17/2010) |
| 07/22/2010 | 9<br>(2 pgs) | Meeting of Creditors 341(a) meeting to be held on 8/19/2010 at 02:00 PM at RM 1-159, 411 W Fourth St., Santa Ana, CA 92701. Last day to oppose discharge or dischargeability is 10/18/2010. (Beezer, Cynthia) (Entered: 07/22/2010) |
| 07/23/2010 | 10<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Lee S Raphael on behalf of Courtesy NEF. (Raphael, Lee) (Entered: 07/23/2010) |
| 07/24/2010 | 11<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)9 Meeting of Creditors Chapter 11 & 12) No. of Notices: 12. Service Date 07/24/2010. (Admin.) (Entered: 07/24/2010) |
| 08/04/2010 | 12<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Darlene C Vigil on behalf of Courtesy NEF. (Vigil, Darlene) (Entered: 08/04/2010) |
| 08/20/2010 | 13<br>(85 pgs; 3 docs) | Motion to Dismiss Debtor *Pursuant to 11 U.S.C. Section 1112(b); and Request for Judgment for any quarterly fees due and payable to the U.S. Trustee at the time of the hearing* Filed by U.S. Trustee United States Trustee (SA) (Attachments: 1 Exhibit A and B in part2 Exhibit B cont, C, D, E and F) (Hauser, Michael) (Entered: 08/20/2010) |
| 08/23/2010 | | Hearing Set (RE: related document(s)13 Dismiss Debtor filed by U.S. Trustee United States Trustee (SA)) The Hearing date is set for 10/13/2010 at 10:30 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Robert N. Kwan (Kent, Susan) (Entered: 08/23/2010) |
| 08/23/2010 | 14<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Ramesh Singh on behalf of Courtesy NEF. (Singh, Ramesh) (Entered: 08/23/2010) |
| 08/23/2010 | 15<br>(1 pg) | Notice to creditors (BNC-PDF)[U.S. Trustee's Motion to Dismiss](Kent, Susan) (Entered: 08/23/2010) |
| 08/25/2010 | 16<br>(2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)15 Notice to creditors (BNC-PDF)) No. of Notices: 14. Service Date 08/25/2010. (Admin.) (Entered: 08/25/2010) |
| 09/07/2010 | 17<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Mark Domeyer on behalf of Courtesy NEF. (Domeyer, Mark) (Entered: 09/07/2010) |

| | | |
|---|---|---|
| 09/17/2010 | 18<br>(6 pgs) | Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii) 445 Island Avenue, Unit 331 San Diego, CA 92101 *with proof of service.* Fee Amount $150, Filed by Creditor HSBC Bank USA, National Association (Kim, Gerald) [CORRECTION: Incorrect hearing time selected. Attorney to file amended notice of motion with correct hearing time] Modified on 9/20/2010 (Mccall, Audrey). (Entered: 09/17/2010) |
| 09/17/2010 | | Receipt of Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect(8:10-bk-19648-RK) [motion,nmts] ( 150.00) Filing Fee. Receipt number 16371937. Fee amount 150.00. (U.S. Treasury) (Entered: 09/17/2010) |
| 09/17/2010 | | Hearing Set (RE: related document(s)18 Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor HSBC Bank USA, National Association) The Hearing date is set for 10/12/2010 at 10:30 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Robert N. Kwan (Bolte, Nickie) (Entered: 09/20/2010) |
| 09/20/2010 | 19<br>(4 pgs) | Notice of Hearing *(Amended) with proof of service - hearing to be held 10/12/2010 at 10:30 a.m., Courtroom 5D, 411 West Fourth Street, Santa Ana, CA* Filed by Creditor HSBC Bank USA, National Association (RE: related document(s)18 Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362.). (Kim, Gerald) (Entered: 09/20/2010) |
| 09/29/2010 | 20<br>(19 pgs) | Joint/Joinder *in Motion of U.S.Trustee to Dismiss* Filed by Creditor The Bank of New York Mellon, as Trustee... (RE: related document(s)13 Motion to Dismiss Debtor *Pursuant to 11 U.S.C. Section 1112(b); and Request for Judgment for any quarterly fees due and payable to the U.S. Trustee at the time of the hearing).* (Domeyer, Mark) (Entered: 09/29/2010) |
| 09/29/2010 | 21<br>(19 pgs) | Joint/Joinder *in HSBC Bank, U.S.A.'s Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay* Filed by Creditor The Bank of New York Mellon, as Trustee... (RE: related document(s)18 Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii) 445 Island Avenue, Unit 331 San Diego, CA 92101 *with proof of service.*). (Domeyer, Mark) (Entered: 09/29/2010) |
| 10/04/2010 | 22<br>(3 pgs) | Withdrawal re: *of Motion for Order Confirming Termination of Stay or that No Stay is in Effect with proof of service* Filed by Creditor HSBC Bank USA, National Association (RE: related document(s)18 Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii) 445 Island Avenue, Unit 331 San Diego, CA 92101 *with proof of service.*). (Kim, Gerald) (Entered: 10/04/2010) |
| 10/12/2010 | | Hearing Held - Notice of withdrawal of motion filed 10/4/2010 (cr: mcca) (RE: related document(s)18 Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor HSBC Bank USA, National Association) (Kent, Susan) (Entered: 10/13/2010) |

| 10/13/2010 | | Hearing Held Motion Granted per Tentative Ruling (cr: stei) (RE: related document(s)13 Dismiss Debtor filed by U.S. Trustee United States Trustee (SA)) (Kent, Susan) (Entered: 10/15/2010) |
|---|---|---|
| 11/04/2010 | 23 (3 pgs) | Order Dismissing Case - **Debtor** Dismissed. Signed on 11/4/2010. (I, deputy clerk who is making this entry, certify that service on all parties under Section II was completed, Mccall, Audrey) (Entered: 11/04/2010) |
| 11/04/2010 | 24 (1 pg) | Notice of dismissal (BNC) (Mccall, Audrey) (Entered: 11/04/2010) |
| 11/06/2010 | 25 (2 pgs) | BNC Certificate of Notice (RE: related document(s)24 Notice of dismissal (BNC)) No. of Notices: 16. Service Date 11/06/2010. (Admin.) (Entered: 11/06/2010) |
| 11/30/2010 | 26 (1 pg) | Bankruptcy Case Closed - DISMISSED (Allen, Gloria) (Entered: 11/30/2010) |
| 07/06/2012 | 27 (3 pgs) | Notice of Change of Address . (Younge, Michael) (Entered: 07/06/2012) |
| 10/11/2013 | 28 (3 pgs) | Notice of Change of Address . (Younge, Michael) (Entered: 10/11/2013) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/24/2017 09:12:02 | | |
| **PACER Login:** | elena.beckmann:4983634:4231717 | **Client Code:** 830902-193/5908 |
| **Description:** Docket Report | | **Search Criteria:** 8:10-bk-19648-RK Fil or Ent: filed From: 5/26/2000 To: 8/24/2017 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** 0.30 |

# EXHIBIT "DD"

Form B1 (Official Form 1) (1/08) Case 8:10-bk-19048-RK   Doc 1   Filed 07/14/10   Entered 07/14/10 15:44:34   Desc Main Document   Page 1 of 47

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**POWERS, BILLIE, RENE** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **6401** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**40701 ORTEGA HWY**<br>**SAN JUAN CAPISTRANO, CA**<br>ZIP CODE **92675** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**ORANGE** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                    THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Form B1 (Official Form 1)(04/10) Case 8:10-bk-19048-RK   Doc 1   Filed 07/14/10   Entered 07/14/10 15:42:34   Desc Central District of California

| Voluntary Petition | FORM B1, Page 2 |
|---|---|
| *(This page must be completed and filed in every case)* Main Document Page 2 of 47 Name of Debtor(s): **BILLIE RENE POWERS** | |

| **Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____  **7/14/2010** Signature of Attorney for Debtor(s)           Date **Michael A Younge**                           170929 |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐ Yes, and Exhibit C is attached and made a part of this petition. ☑ No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) ☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition. If this is a joint petition: ☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). _____ (Name of landlord that obtained judgment) _____ (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | | Name of Debtor(s)<br>BILLIE RENE POWERS | FORM B1, Page 3 |
| --- | --- | --- | --- |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __/s/ BILLIE RENE POWERS__
   Signature of Debtor   **BILLIE RENE POWERS**

X **Not Applicable**
   Signature of Joint Debtor

   Telephone Number (If not represented by attorney)
   **7/14/2010**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
   (Signature of Foreign Representative)

   (Printed Name of Foreign Representative)

   Date

### Signature of Attorney

X _____
   Signature of Attorney for Debtor(s)

   **Michael A Younge**
   Printed Name of Attorney for Debtor(s)

   **Law Office of Michael A Younge**
   Firm Name

   **8141 E. Kaiser Blvd Suite 200**
   Address

   **Anaheim Hills  CA, 92808**

   **714-685-1170**          **714-276-1443**
   Telephone Number

   **7/14/2010**              **170929**
   Date                        Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
   Signature of Authorized Individual

   Printed Name of Authorized Individual

   Title of Authorized Individual

   Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

_____
                    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**STATEMENT OF RELATED CASES**

**INFORMATION REQUIRED BY LOCAL RULE 1015-2**

**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**8:09-bk-11245-RK, 09-24448, 10:11637**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California   **/s/ BILLIE RENE POWERS** _____

Debtor

Dated: **7/14/2010** _____

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

371                                                                      **F 1015-2.1**

*Revised May 2004*

Official Form 1- Exhibit D (Rev. 12/09) page 1                                   2009 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  **BILLIE RENE POWERS**<br><div align="right">Debtor.</div> | CHAPTER:  **11**<br>CASE NO.: |

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Official Form 1- Exhibit D (Rev. 12/09) page 2                                    2009 USBC, Central District of California

❏   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏   Active military duty in a military combat zone.

❏   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ BILLIE RENE POWERS** _____

Date:   **7/14/2010** _____

Form B4 (Official Form 4) - (12/07)                                                                         2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT |
|---|
| CENTRAL DISTRICT OF CALIFORNIA |

In re:   **BILLIE RENE POWERS**

Debtor(s).

CHAPTER:   **11**

CASE NO.:

## Form 4.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BANK OF AMERICA<br>450 AMERICAN ST SV416<br>SIMI VALLEY, CA 93065 | | First Lien on Residence | | $730,000.00<br><br>SECURED VALUE:<br>$600,000.00 |
| VAL CHRIS INVESTMENTS<br>2601 MAIN STREET<br>IRVINE, 92614 | | Second Lien on Residence | | $175,000.00<br><br>SECURED VALUE: |
| ONE WEST BANK<br>460 SIERRA MADRE VILLA #101<br>PASADENA, CA 91107 | | Second Lien on Residence | | $114,771.00<br><br>SECURED VALUE: |
| SLS<br>PO BOX 25100<br>SANTA ANA, CA 92799-5100 | | First Lien on Residence | | $95,000.00<br><br>SECURED VALUE:<br>$265,000.00 |
| ONE WEST BANK<br>460 SIERRA MADRE VILLA #101<br>PASADENA, CA 91107 | | First Lien on Residence | | $32,578.00<br><br>SECURED VALUE:<br>$425,000.00 |
| BAYVIEW LOAN SERVICING, LLC<br>PO BOX 3042<br>MILWAUKEE, WI 53201-3042 | | Second Lien on Residence | | $32,000.00<br><br>SECURED VALUE: |

Form B4 (Official Form 4) -  Continued (12/07)                                                                     2007 USBC, Central District of California

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:   **BILLIE RENE POWERS**

Debtor(s).

CHAPTER:   **11**

CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **COUNTY OF SAN DIEGO**<br>**1600 PACIFIC HWY RM 103**<br>**SAN DIEGO, CA 92101-2480** | | | | **$2,788.00** |
| **COUNTY OF SAN DIEGO**<br>**1600 PACIFIC HWY RM 103**<br>**SAN DIEGO, CA 92101-2480** | | | | **$2,107.00** |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form B6 - Summary (12/07)                                                    2007 USBC, Central District of California

## United States Bankruptcy Court
### Central District of California

| In re  **BILLIE RENE POWERS** | | Case No.: | |
| | Debtor. | | (if known) |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 1,417,000.00 | | |
| B - Personal Property | YES | 2 | $ 6,600.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 2,479,529.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 4,895.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 0.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 11,050.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 14,452.00 |
| **TOTAL** | | 14 | $ 1,423,600.00 | $ 2,484,424.00 | |

**Form B6A - (12/07)**                                                          2007 USBC, Central District of California

| In re   **BILLIE RENE POWERS**                    Debtor. | Case No.:                          (If known) |
|---|---|

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **CONDOMINIUM 445 ISLAND #331 SAN DIEGO, CA 92101** | **Fee Owner** | | $ 468,000.00 | $ 519,000.00 |
| **CONDOMINIUM 445 ISLAND #723 SAN DIEGO, CA 92101** | **Fee Owner** | | $ 349,000.00 | $ 379,000.00 |
| **SINGLE FAMILY RESD 40701 ORTEGA HWY SAN JUAN CAPISTRANO CA 92530** | **Fee Owner** | | $ 600,000.00 | $1,730,000.00 |

Total  ➤ | $1,417,000.00 |

(Report also on Summary of Schedules.)

Form B6B - (12/07)                                                    2007 USBC, Central District of California

| In re **BILLIE RENE POWERS** | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD FURNISHINGS | | 800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING | | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | RANCHO SONATA, LLC | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | CHILD SUPPORT | | 600.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Form B6B - (12/07)                                                                    2007 USBC, Central District of California

| In re  **BILLIE RENE POWERS** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19.Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 TOYOTA FJ CRUISER** | | **5,000.00** |
| 26.Boats, motors, and accessories. | X | | | |
| 27.Aircraft and accessories. | X | | | |
| 28.Office equipment, furnishings, and supplies. | X | | | |
| 29.Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30.Inventory. | X | | | |
| 31.Animals. | X | | | |
| 32.Crops - growing or harvested. Give particulars. | X | | | |
| 33.Farming equipment and implements. | X | | | |
| 34.Farm supplies, chemicals, and feed. | X | | | |
| 35.Other personal property of any kind not already listed. Itemize. | X | | | |

<u>  1  </u>   continuation sheets attached

**$ 6,600.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C - (4/10)                                                                 2010 USBC, Central District of California

| In re   **BILLIE RENE POWERS** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                          $146,450.*

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2007 TOYOTA FJ CRUISER** | **C.C.P. § 703.140(b)(2)** | 3,300.00 | 5,000.00 |
| **CLOTHING** | **C.C.P. § 703.140(b)(5)** | 200.00 | 200.00 |
| **HOUSEHOLD FURNISHINGS** | **C.C.P. § 703.140(b)(5)** | 800.00 | 800.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Form B6D - (12/07)                                                                   2007 USBC, Central District of California

| In re   **BILLIE RENE POWERS** | Case No.: | |
|---|---|---|
| Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.   **XXXXXX17102** <br> **BANK OF AMERICA** <br> **450 AMERICAN ST SV416** <br> **SIMI VALLEY, CA 93065** | | | 07/01/2007 <br> **First Lien on Residence** <br> **SINGLE FAMILY RESIDENCE** <br><br> **Value  $600,000.00** | | | | 1,330,000.00 | 730,000.00 |
| Last four digits of ACCOUNT NO.   **9349** <br> **BAYVIEW LOAN SERVICING, LLC** <br> **PO BOX 3042** <br> **MILWAUKEE, WI 53201-3042** | | | 01/01/2007 <br> **Second Lien on Residence** <br> **CONDO  #723** <br><br> **Value  $0.00** | | | | 32,000.00 | 32,000.00 |
| Last four digits of ACCOUNT NO.   **XXXXX4993** <br> **ONE WEST BANK** <br> **460 SIERRA MADRE VILLA #101** <br> **PASADENA, CA 91107** | | | 01/01/2007 <br> **Second Lien on Residence** <br> **CONDO #331** <br><br> **Value  $0.00** | | | | 114,771.00 | 114,771.00 |
| Last four digits of ACCOUNT NO.   **4811** <br> **ONE WEST BANK** <br> **460 SIERRA MADRE VILLA #101** <br> **PASADENA, CA 91107** | | | 01/01/2007 <br> **First Lien on Residence** <br> **CONDO #331** <br><br> **Value  $425,000.00** | | | | 457,578.00 | 32,578.00 |
| Last four digits of ACCOUNT NO.   **5730** <br> **SLS** <br> **PO BOX 25100** <br> **SANTA ANA, CA 92799-5100** | | | 01/01/2007 <br> **First Lien on Residence** <br> **CONDO  #723** <br><br> **Value  $265,000.00** | | | | 360,000.00 | 95,000.00 |

 <u>1</u> continuation sheets attached

| | Subtotal <br> (Total of this page)  > | $  2,294,349.00 | $1,004,349.00 |
|---|---|---|---|
| | Total <br> (Use only on last page)  > | $ | $ |
| | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

381

Form B6D - (12/07)                                                    2007 USBC, Central District of California

| In re | **BILLIE RENE POWERS** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  **H-4782** **VAL CHRIS INVESTMENTS 2601 MAIN STREET IRVINE, 92614** **THOMAS PEPPER TRUST 503  36th STREET NEWPORT BEACH CA 92663** | | | 10/01/2008 **Second Lien on Residence SINGLE FAMILY RESIDENCE** Value  **$0.00** | | | | 175,000.00 | 175,000.00 |
| Last four digits of ACCOUNT NO.  **#723** **WASSERMAN KORNHEISER 7955 RAYTHEON ROAD SAN DIEGO, CA 92111** | | | 02/01/2010 **Statutory Lien UNIT 723** Value  **$0.00** | | | | 5,362.00 | 0.00 |
| Last four digits of ACCOUNT NO.  **#331** **WASSERMAN KORNHEISER 7955 RAYTHEON ROAD SAN DIEGO, CA 92111** | | | 02/01/2010 **Statutory Lien UNIT 331** Value  **$0.00** | | | | 4,818.00 | 0.00 |

Sheet no.  1 of  1 continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

| | Subtotal(s) (Total(s) of this page) > | $ 185,180.00 | $ 175,000.00 |
|---|---|---|---|
| | Total(s) (Use only on last page) > | $ 2,479,529.00 | $1,179,349.00 |
| | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

| Form B6E- (Rev. 04/10) | | 2010 USBC, Central District of California |
|---|---|---|
| In re     **BILLIE RENE POWERS** | Debtor. | Case No.: _____ (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals:** Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**1  continuation sheets attached**

Form B6E- (Rev. 04/10)                                                   2010 USBC, Central District of California

| In re **BILLIE RENE POWERS** | | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

#### Taxes and Certain Other Debts Owed to Governmental Units

#### Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.   535-085-12-23 <br><br>**COUNTY OF SAN DIEGO 1600 PACIFIC HWY RM 103 SAN DIEGO, CA 92101-2480** | | | **01/01/2010 FIRST INSTALMENT FOR 2010 PROPERTY TAXES #331** | | | | 2,788.00 | 2,788.00 | $0.00 |
| Last four digits of ACCOUNT NO.   535-085-15-19 <br><br>**COUNTY OF SAN DIEGO 1600 PACIFIC HWY RM 103 SAN DIEGO, CA 92101-2480** | | | **01/01/2010 FIRST INSTALMENT 2010 PROPERTY TAXES #723** | | | | 2,107.00 | 2,107.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals> (Totals of this page) | $ 4,895.00 | $ 4,895.00 |$ 0.00 |
| Total > (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 4,895.00 | | |
| Total > (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,895.00 | $ 0.00 |

Form B6F (Official Form 6F) - (Rev. 12/07)                                      2007 USBC, Central District of California

| In re   **BILLIE RENE POWERS** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☑     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | |

<u>0</u>    Continuation sheets attached

| | | |
|---|---|---|
| Subtotal ➤ | $ | 0.00 |
| Total ➤ | $ | 0.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6G - (12/07)                                                                 2007 USBC, Central District of California

| In re   **BILLIE RENE POWERS**          | Case No.: |
|                                  Debtor. |                    (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**Form B6H - (12/07)**                                                                          **2007 USBC, Central District of California**

| In re | **BILLIE RENE POWERS** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Case 8:10-bk-19648-RK    Doc 1    Filed 07/14/10    Entered 07/14/10 15:44:34    Desc
Main Document        Page 21 of 47

Form B6I  - (Rev. 12/07)                                                    2007 USBC, Central District of California

| In re | | Case No.: | |
|---|---|---|---|
| **BILLIE RENE POWERS** | Debtor. | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:    DIVORCED | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) | AGE(S) |
| | Daughter | 16 |
| | Son | 14 |
| | Daughter | 5 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Agent** | |
| Name of Employer | **Paul Leveque** | |
| How long employed | **3 years** | |
| Address of Employer | **4 Canal Circle**<br>**Newport Beach, CA 92663** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 10,000.00 | $ |
| 2. Estimate monthly overtime | $ | 0.00 | $ |
| 3. **SUBTOTAL** | $ | 10,000.00 | $ |
| 4. **LESS PAYROLL DEDUCTIONS** | | | |
| a. Payroll taxes and social security | $ | 500.00 | $ |
| b. Insurance | $ | 0.00 | $ |
| c. Union dues | $ | 0.00 | $ |
| d. Other *(specify)* | $ | 0.00 | $ |
| 5. **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 500.00 | $ |
| 6. **TOTAL NET MONTHLY TAKE HOME PAY** | $ | 9,500.00 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ |
| 8. Income from real property | $ | 0.00 | $ |
| 9. Interest and dividends | $ | 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 1,550.00 | $ |
| 11. Social security or other government assistance *(Specify)* | $ | 0.00 | $ |
| 12. Pension or retirement income | $ | 0.00 | $ |
| 13. Other monthly income *(Specify)* | $ | 0.00 | $ |
| 14. **SUBTOTAL OF LINES 7 THROUGH 13** | $ | 1,550.00 | $ |
| 15. **AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 11,050.00 | $ |
| 16. **COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15) | | $ 11,050.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

Form B6I  - (Rev. 12/07)                                                              2007 USBC, Central District of California

| In re   **BILLIE RENE POWERS** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

Form B6J - (Rev. 12/07)                                                                    2007 USBC, Central District of California

| In re **BILLIE RENE POWERS** | Case No.: | |
|---|---|---|
| Debtor. | | (If known) |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 6,200.00 |
| a. Are real estate taxes included?     Yes  ✓     No | | |
| b. Is property insurance included?     Yes  ✓     No | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 250.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 79.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 123.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **Condo Unit #331** | $ | 4,200.00 |
| **Condo Unit #723** | $ | 2,800.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 14,452.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 11,050.00 |
| b. Average monthly expenses from Line 18 above | $ | 14,452.00 |
| c. Monthly net income (a. minus b.) | $ | -3,402.00 |

Official Form B6 - Statistical Summary (12/07)                                                    2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | |
|---|---|---|
| In re **BILLIE RENE POWERS**<br><br>Debtor. | CHAPTER:   **11**<br><br>CASE NO.: | |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   4,895.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $   0.00 |
| TOTAL | $   4,895.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   11,050.00 |
| Average Expenses (from Schedule J, Line 18) | $   14,452.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   11,550.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   1,179,349.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   4,895.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   1,179,349.00 |

Form B6 - Declaration(Rev. 12/07)                                                                        2007 USBC, Central District of California

| In re  BILLIE RENE POWERS | Case No.: |
|---|---|
| Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**16**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **7/14/2010** _____          Signature:  **/s/ BILLIE RENE POWERS** _____
                                                                             **BILLIE RENE POWERS**
                                                                                      Debtor

                                                            [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY **ON BEHALF OF CORPORATION OR PARTNERSHIP**

(NOT  APPLICABLE)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

February 2006                                                         2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re **BILLIE RENE POWERS** <div align="right">Debtor.</div> | CHAPTER:   **11** <br><br> CASE NO.: |

## DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, **BILLIE RENE POWERS**                                    , the debtor in this case, declare under penalty
<div align="center">*(Print Name of Debtor)*</div>

of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☑    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____ , the debtor in this case, declare under penalty
<div align="center">*(Print Name of Joint Debtor, if any)*</div>

of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date   **7/14/2010**                         Signature   **/s/ BILLIE RENE POWERS**
                                                          **BILLIE RENE POWERS**
                                                          *Debtor*

Date   _____   Signature   _____

<div align="center">*Joint Debtor (if any)*</div>

Form B203- Disclosure of Compensation of Attorney  for Debtor- (1/88)                    1998 USBC, Central District of California

---

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **BILLIE RENE POWERS** | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |
| Debtor. | |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 2,000.00 |
| Balance Due | $ | 8,000.00 |

2. The source of compensation paid to me was:

   ☐ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
      **None**

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)                    1998 USBC, Central District of California

| In re | **BILLIE RENE POWERS** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


**7/14/2010**
*Date*


               *Signature of Attorney*


**Law Office of Michael A Younge**
*Name of Law Firm*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Michael A Younge**<br>**Law Office of Michael A Younge**<br>**8141 E. Kaiser Blvd**<br>**Suite 200**<br>**Anaheim Hills**<br>**CA, 92808**<br>Phone: **714-685-1170**   Fax:  **714-276-1443**<br>California State Bar Number: **170929**<br>❑  *Attorney for:* | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br>**BILLIE RENE POWERS**<br><br><div align="right">Debtor.</div> | CASE NO.:<br><br>CHAPTER:    **11**<br><br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

❑   Petition, statement of affairs, schedules or lists          Date Filed: _____
❑   Amendments to petition, statement of affairs, schedules or lists   Date Filed: _____
❑   Other: _____          Date Filed: _____

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

    I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

**/s/ BILLIE RENE POWERS**                                **7/14/2010**
*Signature of Signing Party*                              Date

**BILLIE RENE POWERS**
*Printed Name of Signing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

    I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

396

_____    **7/14/2010**
_____

*Signature of Attorney for Signing Party*    Date

**Michael A Younge**
_____

*Printed Name of Attorney for Signing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Statement of Financial Affairs (Form 7) - Page 1 - (Rev. 4/10)                                    2010 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
### Central District of California

| In re | **BILLIE RENE POWERS** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 61,026.00 | **SELF EMPLOYMENT** | 2009 |

### 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 12,000.00 | **SELF EMPLOYMENT** | 2008 |

### 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

398

Statement of Financial Affairs (Form 7) - Page 2 - (Rev. 4/10)                    2010 USBC, Central District of California

None   b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90**
☑     **days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
      affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
      were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a
      plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13
      must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
      spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑     benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by
      either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
      not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the
☐     filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
      not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **GASLAMP v POWERS** | **CIVIL ACTION** | **SAN DIEGO SUPERIOR COURT** | **PENDING** |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑     immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
      information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
      separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page 3 - (Rev. 4/10)                                      2010 USBC, Central District of California

---

### 5.  Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **THOMAS PEPPERS TRUST**<br>**503 36TH ST**<br>**NEWPORT BEACH, CA 92663** | 10/15/2009 | **SINGLE FAMILY RESD** |

---

### 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page4 - (Rev. 4/10)                            2010 USBC, Central District of California

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **IN CHARGE ED FOUNDATION** | **11-10-2009** | **35** |

## 10.  Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 5 - (Rev. 4/10)                    2010 USBC, Central District of California

### 13. Setoffs

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None ☑    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None ☑    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16.  Spouses and Former Spouses

None ☐    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**WILLIAM LYONS**

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑    a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

Statement of Financial Affairs (Form 7) - Page 6 - (Rev. 4/10)                                      2010 USBC, Central District of California

None ☑   b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑   c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party
to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑   b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

•   •   •   •   •   •   •   •   •

Statement of Financial Affairs (Form 7) - Page 7 - (Rev. 4/10)                                    **2010 USBC, Central District of California**

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **7/14/2010**                          Signature     **/s/ BILLIE RENE POWERS**
                                             of Debtor      **BILLIE RENE POWERS**

Form B22B (Chapter11) - (1/08)                                   2008 USBC, Central District of California

| In re  **BILLIE RENE POWERS** | Case No.: |
|---|---|
| Debtor. | (if known) |

## CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☑ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $10,000.00 | $ |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross Receipts — $ 0.00<br>b. Ordinary and necessary business expenses — $ 0.00<br>c. Business income — Subtract Line b from Line a | $0.00 | $ |
| 4 | **Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><br>a. Gross Receipts — $ 0.00<br>b. Ordinary and necessary operating expenses — $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $0.00 | $ |
| 5 | **Interest, dividends, and royalties.** | $0.00 | $ |
| 6 | **Pension and retirement income.** | $0.00 | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | $1,550.00 | $ |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ _____   Spouse $ _____ | $ | $ |

Case 8:10-bk-19648-RK   Doc 1   Filed 07/14/10   Entered 07/14/10 15:44:34   Desc
Main Document       Page 39 of 47

Form B22B (Chapter11) - (1/08)                                    2008 USBC, Central District of California

| | | | |
|---|---|---|---|
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. _____  $ _____ | **$0.00** | $ |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | **$11,550.00** | $ |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10. Column A. | **$ 11,550.00** | |

| | |
|---|---|
| | **Part II:  VERIFICATION** |
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this a joint case, both debtors must sign.)*<br>Date:  **7/14/2010**  _____   Signature:  **/s/ BILLIE RENE POWERS**  _____<br>**BILLIE RENE POWERS,** (Debtor) |

Case 8:10-bk-19648-RK    Doc 1    Filed 07/14/10    Entered 07/14/10 15:44:34    Desc
Main Document       Page 40 of 47

B 201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

Name:        __Michael A Younge_____
Address:     __Law Office of Michael A Younge_____
             __8141 E. Kaiser Blvd_____
             __Suite 200_____
             __Anaheim Hills_____
             __CA, 92808_____

Telephone:   __714-685-1170_____     Fax:    __714-276-1443_____

☑ Attorney for Debtor
☐ Debtor In Pro Per

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**BILLIE RENE POWERS** | Case No.: |
| | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.  **Services Available from Credit Counseling Agencies**

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

2. **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

    **Chapter 7**: Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

    1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

    2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

    3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

    4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

    **Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

    1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

    2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

    3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

    **Chapter 11**: Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)

    Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

    **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

    Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

    A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

    **WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 – Notice of Available Chapters (Rev. 12/08)                                          USBC, Central District of California

## Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

**Michael A Younge** _____          _____          **7/14/2010** _____
Printed Name of Attorney                                             Signature of Attorney                                        Date

Address:

**Law Office of Michael A Younge**
**8141 E. Kaiser Blvd**
**Suite 200**
**Anaheim Hills**
**CA, 92808**
**714-685-1170** _____

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**BILLIE RENE POWERS** _____          X **/s/ BILLIE RENE POWERS**          **7/14/2010** _____
Printed Name(s) of Debtor                                          **BILLIE RENE POWERS**
                                                                              Signature of Debtor                                     Date

Case No. (if known)   _____

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re   **BILLIE RENE POWERS**                    Case No.

Debtor.                                           Chapter    **11**

### STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor |
|---|---|
| Six months ago | $5,100.00 |
| Five months ago | $5,100.00 |
| Four months ago | $5,100.00 |
| Three months ago | $5,100.00 |
| Two months ago | $5,100.00 |
| Last month | $5,100.00 |
| Income from other sources | $0.00 |
| Total net income for six months preceding filing | $ 30,600.00 |
| **Average Monthly Net Income** | $ 5,100.00 |

        Attached are all payment advices received by the undersigned debtor prior to the petition date, I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated:  **7/14/2010**

                                        **/s/ BILLIE RENE POWERS**
                                        **BILLIE RENE POWERS**
                                                    Debtor

Verification of Creditor Mailing List - (Rev. 10/05)                                    2003 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Michael A Younge**
Address     **Law Office of Michael A Younge**
            **8141 E. Kaiser Blvd**
            **Suite 200**
            **Anaheim Hills**
            **CA, 92808**
Telephone   **714-685-1170**

☒ Attorney for Debtor(s)
☐ Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**BILLIE RENE POWERS** | Case No.: |
| | Chapter:        **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____**2**_____ sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **7/14/2010**                              **/s/ BILLIE RENE POWERS**
                                                    BILLIE RENE POWERS,Debtor


Michael A Younge, Attorney *(if applicable)*

411

```
BILLIE RENE POWERS
40701 ORTEGA HWY
SAN JUAN CAPISTRANO, CA 92675

Michael A Younge
Law Office of Michael A Younge
8141 E. Kaiser Blvd
Suite 200
Anaheim Hills
```

BANK OF AMERICA
450 AMERICAN ST SV416
SIMI VALLEY, CA 93065

BAYVIEW LOAN SERVICING, LLC
PO BOX 3042
MILWAUKEE, WI 53201-3042

COUNTY OF SAN DIEGO
1600 PACIFIC HWY RM 103
SAN DIEGO, CA 92101-2480

ONE WEST BANK
460 SIERRA MADRE VILLA #101
PASADENA, CA 91107

SLS
PO BOX 25100
SANTA ANA, CA 92799-5100

THOMAS PEPPER TRUST
503  36th STREET
NEWPORT BEACH
CA 92663

VAL CHRIS INVESTMENTS
2601 MAIN STREET
IRVINE, 92614

WASSERMAN KORNHEISER
7955 RAYTHEON ROAD
SAN DIEGO, CA 92111

```
COUNTY OF SAN DIEGO
1600 PACIFIC HWY RM 103
SAN DIEGO, CA 92101-2480


COUNTY OF SAN DIEGO
1600 PACIFIC HWY RM 103
SAN DIEGO, CA 92101-2480


BAYVIEW LOAN SERVICING, LLC
PO BOX 3042
MILWAUKEE, WI 53201-3042


ONE WEST BANK
460 SIERRA MADRE VILLA #101
PASADENA, CA 91107


SLS
PO BOX 25100
SANTA ANA, CA 92799-5100


ONE WEST BANK
460 SIERRA MADRE VILLA #101
PASADENA, CA 91107


VAL CHRIS INVESTMENTS
2601 MAIN STREET
IRVINE, 92614


BANK OF AMERICA
450 AMERICAN ST SV416
SIMI VALLEY, CA 93065
```

# EXHIBIT "EE"

1

PETER C. ANDERSON
United States Trustee
2
Michael Hauser (Bar No. 140165)
Attorney for the U.S. Trustee
3
Ronald Reagan Federal Building
411 West Fourth Street, Suite 9041
4
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
5
Facsimile: (714) 338-3421
Email:   Michael.Hauser@usdoj.gov
6

FILED & ENTERED

NOV 04 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

7

8                       UNITED STATES BANKRUPTCY COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

                              SANTA ANA DIVISION
10

11  In re:                                 CASE NUMBER:  8:10-bk-19648-RK
    BILLIE RENE POWERS.
12                                          CHAPTER 11

13                         Debtor.          ORDER DISMISSING CASE

14

15                                          DATE:   OCTOBER 13, 2010
                                            TIME:   10:30 A.M.
16                                          CTRM:   5D

17

18        A hearing on the U.S. Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1112(b)

19  was held by the Court on October 13, 2010 at 10:30 a.m.  Michael Hauser appeared on behalf of

20  the United States Trustee.   All other appearances are as reflected on the record.

21        Based upon all pleadings and papers on file in this matter and this Court's tentative

22  ruling:

23        //

24        //

25        //

26

27

28

**IT IS HEREBY ORDERED THAT** this case is dismissed.

**IT IS FURTHER ORDERED THAT** the U.S. Trustee is granted a judgment in the amount of $650.00 for U.S. Trustee quarterly fees due and owing.

**###**

DATED: November 4, 2010

_____
United States Bankruptcy Judge

| In re:  BILLIE RENE POWERS | CHAPTER  11 |
|---|---|
| Debtor | CASE NUMBER: 8:10-bk-19648-RK |

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **NOVEMBER 1, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Michael J Hauser    michael.hauser@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Younge    youngelaw@aol.com

☐  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid to the following person(s) and/or entity(ies) at the address(es) indicated below:

Billie Rene Powers, 40701 Ortega Hwy, San Juan Capistrano, CA 92675

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐  Service information continued on attached page

418

# EXHIBIT "FF"

Case Summary:

| Case Id: | 30-2012-00538867-CU-OR-CJC |
|---|---|
| Case Title: | BILLIE RENE POWERS VS. VAL-CHRIS INVESTMENTS, INC. |
| Case Type: | OTHER REAL PROPERTY |
| Filing Date: | 01/20/2012 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | COMPLAINT FILED BY POWERS, BILLIE RENE ON 01/20/2012 | 01/20/2012 | | 41 pages | ☐ |
| 2 | SUMMONS ISSUED AND FILED FILED BY POWERS, BILLIE RENE ON 01/20/2012 | 01/20/2012 | | 2 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY POWERS, BILLIE RENE ON 01/20/2012 | 01/20/2012 | | 2 pages | ☐ |
| 4 | REQUEST TO WAIVE COURT FEES FILED BY POWERS, BILLIE RENE ON 01/20/2012 | 01/20/2012 | | *NA* | |
| 5 | CASE ASSIGNED TO JUDICIAL OFFICER LEWIS, GREGORY ON 01/20/2012. | 01/20/2012 | | 1 pages | ☐ |
| 6 | POWERS, BILLIE RENE APPLICATION FOR WAIVER GRANTED IN WHOLE ON 01/20/2012. | 01/20/2012 | | 2 pages | ☐ |
| 7 | EX PARTE APPLICATION - OTHER FILED BY POWERS, BILLIE RENE ON 01/26/2012 | 01/26/2012 | | 60 pages | ☐ |
| 8 | EX PARTE SCHEDULED FOR 01/27/2012 AT 08:30:00 AM IN C26 AT CENTRAL JUSTICE CENTER. | 01/26/2012 | | *NV* | |
| 9 | MINUTES FINALIZED FOR EX PARTE 01/27/2012 08:30:00 AM. | 01/27/2012 | | 1 pages | ☐ |
| 10 | DECLARATION - OTHER FILED BY THOMAS F. PEPPERS, TRUSTEE OF THE THOMAS F. PEPPERS TRUST ON 01/27/2012 | 01/27/2012 | | 37 pages | ☐ |
| 11 | DECLARATION - OTHER FILED BY POWERS, BILLIE RENE ON 01/27/2012 | 01/27/2012 | | *NV* | |
| 12 | DECLARATION - OTHER FILED BY POWERS, BILLIE RENE ON 01/27/2012 | 01/27/2012 | | 4 pages | ☐ |
| 13 | AMENDMENT TO COMPLAINT FILED BY POWERS, BILLIE RENE ON 01/31/2012 | 01/31/2012 | | 1 pages | ☐ |
| 14 | EX PARTE APPLICATION - OTHER FILED BY POWERS, BILLIE RENE ON 02/09/2012 | 02/09/2012 | | 129 pages | ☐ |
| 15 | EX PARTE SCHEDULED FOR 02/10/2012 AT 08:30:00 AM IN C26 AT CENTRAL JUSTICE CENTER. | 02/09/2012 | | *NV* | |
| 16 | MINUTES FINALIZED FOR EX PARTE 02/10/2012 08:30:00 AM. | 02/10/2012 | | 1 pages | ☐ |
| 17 | DECLARATION IN SUPPORT FILED BY POWERS, BILLIE RENE ON 02/09/2012 | 02/09/2012 | | 6 pages | ☐ |
| 18 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 05/29/2012 AT 08:30:00 AM IN C26 AT CENTRAL JUSTICE CENTER. | 02/22/2012 | | 2 pages | ☐ |
| 19 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 06/11/2012 AT 08:30:00 AM IN C26 AT CENTRAL JUSTICE CENTER. | 05/29/2012 | | *NV* | |
| 20 | CASE MANAGEMENT CONFERENCE CONTINUED TO 06/11/2012 AT 08:30 AM IN THIS DEPARTMENT. | 05/29/2012 | | *NV* | |
| 21 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 05/29/2012 08:30:00 AM. | 05/30/2012 | | 1 pages | ☐ |
| 22 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 05/30/2012 | | 1 pages | ☐ |
| 23 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 07/30/2012 AT 08:30:00 AM IN C26 AT CENTRAL JUSTICE CENTER. | 06/11/2012 | | *NV* | |
| 24 | CASE MANAGEMENT CONFERENCE CONTINUED TO 07/30/2012 AT 08:30 AM IN THIS DEPARTMENT. | 06/11/2012 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 25 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 06/11/2012 08:30:00 AM. | 06/11/2012 | | 1 pages | ☐ |
| 26 | PROOF OF SERVICE FILED BY POWERS, BILLIE RENE ON 07/30/2012 | 07/30/2012 | | 1 pages | ☐ |
| 27 | PROOF OF SERVICE FILED BY POWERS, BILLIE RENE ON 07/30/2012 | 07/30/2012 | | 2 pages | ☐ |
| 28 | PROOF OF SERVICE FILED BY POWERS, BILLIE RENE ON 07/30/2012 | 07/30/2012 | | 1 pages | ☐ |
| 29 | PROOF OF SERVICE FILED BY POWERS, BILLIE RENE ON 07/30/2012 | 07/30/2012 | | 2 pages | ☐ |
| 30 | PROOF OF SERVICE FILED BY POWERS, BILLIE RENE ON 07/30/2012 | 07/30/2012 | | 1 pages | ☐ |
| 31 | PROOF OF SERVICE OF SUMMONS FILED BY POWERS, BILLIE RENE ON 07/30/2012 | 07/30/2012 | | 2 pages | ☐ |
| 32 | PROOF OF SERVICE OF SUMMONS FILED BY POWERS, BILLIE RENE ON 07/30/2012 | 07/30/2012 | | 1 pages | ☐ |
| 33 | NOTICE OF CHANGE OF ADDRESS AND/OR TELEPHONE FILED BY POWERS, BILLIE RENE ON 07/30/2012 | 07/30/2012 | | 2 pages | ☐ |
| 34 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 09/04/2012 AT 08:30:00 AM IN C26 AT CENTRAL JUSTICE CENTER. | 07/30/2012 | | *NV* | |
| 35 | CASE MANAGEMENT CONFERENCE CONTINUED TO 09/04/2012 AT 08:30 AM IN THIS DEPARTMENT. | 07/30/2012 | | *NV* | |
| 36 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 07/30/2012 08:30:00 AM. | 07/30/2012 | | 1 pages | ☐ |
| 37 | NOTICE OF PENDENCY OF ACTION FILED BY POWERS, BILLIE RENE ON 08/03/2012 | 08/03/2012 | | 3 pages | ☐ |
| 38 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 10/15/2012 AT 08:30:00 AM IN C26 AT CENTRAL JUSTICE CENTER. | 09/04/2012 | | *NV* | |
| 39 | CASE MANAGEMENT CONFERENCE CONTINUED TO 10/15/2012 AT 08:30 AM IN THIS DEPARTMENT. | 09/04/2012 | | *NV* | |
| 40 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 09/04/2012 08:30:00 AM. | 09/04/2012 | | 1 pages | ☐ |
| 41 | CLERK'S CERTIFICATE OF SERVICE BY MAIL OC GENERATED | 09/04/2012 | | 1 pages | ☐ |
| 42 | DEMURRER TO COMPLAINT FILED BY BOULTER, CHRIS; VAL-CHRIS INVESTMENTS, INC. ON 09/10/2012 | 09/10/2012 | | 7 pages | ☐ |
| 43 | PAYMENT RECEIVED BY FOR 195 - ANSWER OR OTHER 1ST PAPER, 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 870.00, TRANSACTION NUMBER 11221153 AND RECEIPT NUMBER 11045045. | 09/10/2012 | | 1 pages | ☐ |
| 44 | DEMURRER TO COMPLAINT SCHEDULED FOR 10/22/2012 AT 10:30:00 AM IN C26 AT CENTRAL JUSTICE CENTER. | 09/10/2012 | | *NV* | |
| 45 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY BOULTER, CHRIS; VAL-CHRIS INVESTMENTS, INC. ON 09/10/2012 | 09/10/2012 | | 22 pages | ☐ |
| 46 | REQUEST FOR JUDICIAL NOTICE FILED BY BOULTER, CHRIS; VAL-CHRIS INVESTMENTS, INC. ON 09/10/2012 | 09/10/2012 | | 33 pages | ☐ |
| 47 | PROOF OF SERVICE OF SUMMONS FILED BY POWERS, BILLIE RENE ON 09/05/2012 | 09/05/2012 | | 2 pages | ☐ |
| 48 | PROOF OF SERVICE OF SUMMONS FILED BY POWERS, BILLIE RENE ON 09/05/2012 | 09/05/2012 | | 2 pages | ☐ |
| 49 | E-FILING TRANSACTION 2147628 RECEIVED ON 10/01/2012 07:28:58 AM. | 10/01/2012 | | *NV* | |
| 50 | CASE MANAGEMENT STATEMENT FILED BY BOULTER, CHRIS; VAL-CHRIS INVESTMENTS, INC. ON 10/01/2012 | 10/01/2012 | | 7 pages | ☐ |
| 51 | E-FILING TRANSACTION 2151304 RECEIVED ON 10/12/2012 11:22:08 AM. | 10/15/2012 | | *NV* | |
| 52 | | 10/12/2012 | | 4 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| | DECLARATION - OTHER (OF NONMONETARY STATUS BY TRUSTEE) FILED BY VAL-CHRIS INVESTMENTS, INC.; BOULTER, CHRIS ON 10/12/2012 | | | | |
| 53 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 10/22/2012 AT 10:30:00 AM IN C26 AT CENTRAL JUSTICE CENTER. | 10/15/2012 | | *NV* | |
| 54 | CASE MANAGEMENT CONFERENCE CONTINUED TO 10/22/2012 AT 10:30 AM IN THIS DEPARTMENT. | 10/15/2012 | | *NV* | |
| 55 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 10/15/2012 08:30:00 AM. | 10/16/2012 | | 1 pages | ☐ |
| 56 | DEMURRER TO COMPLAINT SCHEDULED FOR 11/26/2012 AT 10:30:00 AM IN C26 AT CENTRAL JUSTICE CENTER. | 10/22/2012 | | *NV* | |
| 57 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 11/26/2012 AT 10:30:00 AM IN C26 AT CENTRAL JUSTICE CENTER. | 10/22/2012 | | *NV* | |
| 58 | DEMURRER TO COMPLAINT CONTINUED TO 11/26/2012 AT 10:30 AM IN THIS DEPARTMENT. | 10/22/2012 | | *NV* | |
| 59 | CASE MANAGEMENT CONFERENCE CONTINUED TO 11/26/2012 AT 10:30 AM IN THIS DEPARTMENT. | 10/22/2012 | | *NV* | |
| 60 | MINUTES FINALIZED FOR MULTIPLE EVENTS 10/22/2012 10:30:00 AM. | 10/22/2012 | | 1 pages | ☐ |
| 61 | E-FILING TRANSACTION 2158521 RECEIVED ON 11/06/2012 07:15:31 AM. | 11/09/2012 | | *NV* | |
| 62 | NOTICE OF CONTINUANCE FILED BY BOULTER, CHRIS; VAL-CHRIS INVESTMENTS, INC. ON 11/06/2012 | 11/06/2012 | | 4 pages | ☐ |
| 63 | MOTION FOR SUMMARY JUDGMENT/ADJUDICATION FILED BY POWERS, BILLIE RENE ON 11/20/2012 | 11/20/2012 | | 37 pages | ☐ |
| 64 | MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION SCHEDULED FOR 01/28/2013 AT 10:30:00 AM IN C26 AT CENTRAL JUSTICE CENTER. | 11/20/2012 | | *NV* | |
| 65 | DECLARATION - OTHER (BILLIE RENE POWERS) FILED BY POWERS, BILLIE RENE ON 11/21/2012 | 11/21/2012 | | 17 pages | ☐ |
| 66 | DECLARATION - OTHER (IN RESPONSE AND OPPOSITION TO DECLARATION OF NONMONETARY STATUS) FILED BY POWERS, BILLIE RENE ON 11/20/2012 | 11/20/2012 | | 13 pages | ☐ |
| 67 | DECLARATION - OTHER (BILLIE RENE POWERS) FILED BY POWERS, BILLIE RENE; POWERS, BILLIE RENE ON 11/20/2012 | 11/20/2012 | | 5 pages | ☐ |
| 68 | REQUEST - OTHER (FOR SUBPOENA OF RECORDS) FILED BY POWERS, BILLIE RENE ON 11/20/2012 | 11/20/2012 | | 4 pages | ☐ |
| 69 | REQUEST - OTHER (FOR ATTORNEY FEES) FILED BY POWERS, BILLIE RENE ON 11/20/2012 | 11/20/2012 | | 6 pages | ☐ |
| 70 | NOTICE OF PENDENCY OF ACTION RECEIVED ON 11/20/2012. | 11/20/2012 | | 3 pages | ☐ |
| 71 | NOTICE - OTHER (TO AMEND COMPLAINT) FILED BY POWERS, BILLIE RENE ON 11/20/2012 | 11/20/2012 | | 2 pages | ☐ |
| 72 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY POWERS, BILLIE RENE ON 11/21/2012 | 11/21/2012 | | 2 pages | ☐ |
| 74 | PROOF OF SERVICE FILED BY POWERS, BILLIE RENE ON 11/26/2012 | 11/26/2012 | | 1 pages | ☐ |
| 75 | PROOF OF SERVICE FILED BY POWERS, BILLIE RENE ON 11/26/2012 | 11/26/2012 | | 1 pages | ☐ |
| 76 | PROOF OF SERVICE FILED BY POWERS, BILLIE RENE ON 11/26/2012 | 11/26/2012 | | 2 pages | ☐ |
| 77 | MINUTES FINALIZED FOR MULTIPLE EVENTS 11/26/2012 10:30:00 AM. | 11/26/2012 | | 2 pages | ☐ |
| 78 | E-FILING TRANSACTION 128379 RECEIVED ON 11/26/2012 01:16:44 PM. | 11/27/2012 | | *NV* | |
| 79 | NOTICE OF RULING FILED BY BOULTER, CHRIS; VAL-CHRIS INVESTMENTS, INC. ON 11/26/2012 | 11/26/2012 | | 4 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 81 | REQUEST FOR ENTRY OF DEFAULT SUBMITTED BY POWERS, BILLIE RENE REJECTED ON 12/03/2012. | 12/03/2012 | | 1 pages | ☐ |
| 82 | E-FILING TRANSACTION 137675 RECEIVED ON 01/14/2013 09:50:51 AM. | 01/14/2013 | | *NV* | |
| 83 | OPPOSITION FILED BY BOULTER, CHRIS; VAL-CHRIS INVESTMENTS, INC. ON 01/14/2013 | 01/14/2013 | | 11 pages | ☐ |
| 84 | REQUEST FOR JUDICIAL NOTICE FILED BY BOULTER, CHRIS; VAL-CHRIS INVESTMENTS, INC. ON 01/14/2013 | 01/14/2013 | | 50 pages | ☐ |
| 85 | SEPARATE STATEMENT FILED BY BOULTER, CHRIS; VAL-CHRIS INVESTMENTS, INC. ON 01/14/2013 | 01/14/2013 | | 7 pages | ☐ |
| 86 | DECLARATION IN SUPPORT OF OPPOSITION FILED BY BOULTER, CHRIS; VAL-CHRIS INVESTMENTS, INC. ON 01/14/2013 | 01/14/2013 | | 12 pages | ☐ |
| 87 | APPLICATION AND ORDER FOR ELECTRONIC FILING AND SERVICE EXEMPTION RECEIVED ON 01/25/2013. | 01/25/2013 | | *NV* | |
| 88 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - ENTIRE ACTION FILED BY POWERS, BILLIE RENE ON 01/25/2013 | 01/25/2013 | | 2 pages | ☐ |
| 90 | COMPLAINT DISPOSED WITH DISPOSITION OF REQUEST FOR DISMISSAL. | 01/25/2013 | | *NV* | |
| 91 | CASE DISMISSED WITH DISPOSITION OF REQUEST FOR DISMISSAL | 01/25/2013 | | *NV* | |
| 92 | APPLICATION AND ORDER FOR ELECTRONIC FILING AND SERVICE EXEMPTION (BILLIE RENE POWERS) FILED BY POWERS, BILLIE RENE ON 01/29/2013 | 01/29/2013 | | 2 pages | ☐ |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| VAL-CHRIS INVESTMENTS, INC. | DEFENDANT | | 01/20/2012 | |
| THOMAS F. PEPPERS, TRUST, UDT AND/OR I | DEFENDANT | | 01/20/2012 | |
| JULIAN BACH-LAW OFFICE OF | ATTORNEY | | 09/10/2012 | |
| LAW OFFICE OF JULIAN BACH | ATTORNEY | | 09/10/2012 | |
| CHRIS BOULTER | DEFENDANT | | 01/20/2012 | |
| BILLIE RENE POWERS | PLAINTIFF | | 01/20/2012 | |
| RESS FINANCIAL CORPORATION | DEFENDANT | | 01/20/2012 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| | | | | |

Print this page