| | |
|---|---|
| 1 | Steven M. Dailey #163857 |
| 2 | Rebecca L. Wilson #257613<br>KUTAK ROCK LLP |
| 3 | Suite 1500<br>5 Park Plaza |
| 4 | Irvine, CA  92614-8595<br>Telephone: (949) 417-0999 |
| 5 | Facsimile:  (949) 417-5394<br>Email:     steven.dailey@kutakrock.com |
| 6 | Email:     Rebecca.wilson@kutakrock.com |
| 7 | Attorneys for Defendants SELECT PORTFOLIO SERVICING, INC.; THE BANK OF NEW YORK |
| 8 | MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE |
| 9 | ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES |
| 10 | SERIES 2007-HY9 [erroneously sued as "THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW |
| 11 | YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST |
| 12 | 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9" and "THE BANK |
| 13 | OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE |
| 14 | HOLDERS, ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS TRHOUGH CERTIFICATES, |
| 15 | SERIES 2007-HY9"]: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| BILLIE RENE FRANCES LILIAN POWERS,<br><br>              Plaintiff,<br><br>       v.<br><br>COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; COMMONWEALTH LAND TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS"; BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A. ; BAC HOME LOANS | Case No.  8:17-CV-01386-DOC-KES<br><br>Assigned to<br>District Judge:  Hon. David O. Carter<br>Courtroom: 9D<br><br>Assigned Discovery<br>Magistrate Judge:  Hon. Karen E. Scott<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Date Filed:       August 11, 2017 |

|   |   |
|---|---|
| 1  | SERVICING, LP; QUALITY LOAN SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE HOLDERS, ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS TRHOUGH CERTIFICATES, SERIES 2007-HY9; JON SECRIST; AND DOES 1 TO 10 |
|    | Defendants. |

The undersigned counsel of record for Defendants SELECT PORTFOLIO SERVICING, INC. ["SPS"], THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9 ["BNYM"], and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ["MERS"], [collectively "Loan Defendants"] certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION |
|---|---|
| BILLIE RENE FRANCES LILIAN POWERS | Plaintiff |
| COUNTRYWIDE HOME LOANS, INC. | Defendant |

| | |
|---|---|
| COUNTRYWIDE BANK, FSB | Defendant |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY | Defendant |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | Defendant |
| BANK OF AMERICA, N.A. | Defendant |
| RECONTRUST COMPANY, N.A. | Defendant |
| BAC HOME LOANS SERVICING, LP | Defendant |
| QUALITY LOAN SERVICING CORPORATION | Defendant |
| SELECT PORTFOLIO SERVICING, INC. | Defendant |
| CREDIT SUISSE | Parent Company of Select Portfolio Servicing, Inc. |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9 | Defendant |
| JOHN SECRIST | Defendant |

| | | |
|---|---|---|
| 1 | Dated: October 10, 2017 | KUTAK ROCK LLP |
| 2 | | |
| 3 | | By: /s/ *Steven M. Dailey* |
| | | Steven M. Dailey |
| | | Attorneys for Defendants |
| 4 | | SELECT PORTFOLIO SERVICING, INC., THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9 and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |