**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Billie Rene' Frances Lillian Powers <br> P.O. Box 1501 <br> Newport Beach, CA 92659 <br> TELEPHONE NO.: 714-374-4052       FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY <br><br> 2017 OCT 16 PM 1:52 <br> FILED |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** <br> STREET ADDRESS: 411 W. Fourth St. <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Santa Ana, CA 92701 <br> BRANCH NAME: Santa Ana Division | |
| PLAINTIFF/PETITIONER: Billie Rene' Frances Lillian Powers <br> DEFENDANT/RESPONDENT: Countrywide Home Loans, Inc., et al. | CASE NUMBER: <br> SACV17-01386-DOC-KES |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
   See Attachment #1

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   C/O CT Systems Corporation

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 10/13/017   (2) at *(time)*: 2:32 pm
   b. [ ] **by substituted service.** On *(date)*:          at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:          or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Billie Rene' Frances Lillian Powers | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Countrywide Home Loans, Inc., et al. | SACV17-01386-DOC-KES |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: See Attachment #1
      under the following Code of Civil Procedure section:
      
      ☑ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
           ☐ other:

7. **Person who served papers**
   a. Name: Cynthia L. Brown
   b. Address: P.O. Box 4806, Orange, CA 92863
   c. Telephone number: 714-609-0655
   d. **The fee** for service was: $ 75.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☑ owner    ☐ employee    ☐ independent contractor.
         (ii) Registration No.: PSC #2988
         (iii) County: Orange

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/16/2017

Cynthia L. Brown             ▶ C. Brown
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

| | SUM-200(A) |
|---|---|
| SHORT TITLE:<br>Billie Rene' Frances Lillian Powers v. Countrywide Home Loans, et al. | CASE NUMBER:<br>SACV17-01386-DOC-KES |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff  ☑ Defendant  ☐ Cross-Complainant  ☐ Cross-Defendant

Countrywide Home Loans, Inc.
818 W. 7th St., Ste. 390
Los Angeles, CA 90017

Countrywide Bank, FSB
818 W. 7th St., Ste. 390
Los Angeles, CA 90017

Bank of America, N.A.
818 W. 7th St., Ste. 390
Los Angeles, CA 90017

Recontrust Company, N.A.
818 W. 7th St., Ste. 390
Los Angeles, CA 90017

BAC Home Loans Servicing, LP
818 W. 7th St., Ste. 390
Los Angeles, CA 90017

Bank of New York Mellon fka The Bank of New York, as Trustee, for the Certificate Holders, Alternate Loan Trust 2007-HY9 Mortgage Pass Through Certificates, Series 2007-HY9
818 W. 7th St., Ste. 390
Los Angeles, CA 90017

Bank of New York Mellon fka The Bank of New York, as Trustee, on Behalf of the Certificate Holders, Alternate Loan Trust 2007-HY9 Mortgage Pass Through Certificates, Series 2007-HY9
818 W. 7th St., Ste. 390
Los Angeles, CA 90017

Page _____ of _____

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons