ROBERT J. GANDY (State Bar No. 225405)
rjg@severson.com
STEPHEN D. BRITT (State Bar No. 279793)
sxb@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.; BANK OF
AMERICA, N.A., successor by April 27, 2009 de jure merger
with Countrywide Bank, FSB (erroneously sued as
Countrywide Bank, FSB); RECONTRUST COMPANY, N.A.;
and BANK OF AMERICA, N.A., successor by July 1, 2011 de
jure merger with BAC Home Loans Servicing, LP (erroneously
sued as BAC Home Loans Servicing, LP)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| Billie Rene' Frances Lillian Powers,<br><br>           Plaintiff,<br><br>      vs.<br><br>COUNTRYWIDE HOME LOANS, INC;COUNTRYWIDE BANK, FSB;COMMONWEALTH LAND TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS"; BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A.;BAC HOME LOANS SERVICING, LP; QUALITY LOAN SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON | Case No. 8:17-cv-01386-DOC-KES<br>Hon. David O. Carter<br>Ctrm. 9D<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br><br><br><br><br><br>Action Filed:   September 20, 2017<br>Trial Date:     None Set |

1  BEHALF OF THE HOLDERS OF THE
   ALTERNATIVE LOAN TRUST 2007-
2  HY9, MORTGAGE PASS-THROUGH
   CERTIFICATES SERIES 2007-HY9;
3  THE BANK OF NEW YORK
   MELLON FKA THE BANK OF NEW
4  YORK, AS TRUSTEE, FOR THE
   CERTIFICATE HOLDERS,
5  ALTERNATIVE LOAN TRUST 2007-
   HY9 MORTGAGE PASS THROUGH
6  CERTIFICATES, SERIES 2007-HY9;
   Jon Secrist; AND DOES 1 TO 10,
7
                  Defendants.
8

9

10        Plaintiff Billie Rene' Frances Lillian Powers ("Plaintiff") and Defendants

11  Countrywide Home Loans, Inc.; Bank of America, N.A., successor by April 27,

12  2009 de jure merger with Countrywide Bank, FSB (erroneously sued as

13  Countrywide Bank, FSB); Recontrust Company, N.A.; and Bank of America, N.A.,

14  successor by July 1, 2011 de jure merger with BAC Home Loans Servicing, LP

15  (erroneously sued as BAC Home Loans Servicing, LP)  (collectively "Defendants"),

16  by and through their respective undersigned counsel, hereby stipulate and agree as

17  follows:

18        WHEREAS, on October 13, 2017, Plaintiff served on Defendants her First

19  Amended Complaint ("FAC") in the above-captioned matter in the United States

20  District Court, Central District of California;

21        WHEREAS, Defendants' responsive pleading is due no later than November

22  3, 2017

23        WHEREAS, Defendants and Plaintiff have stipulated to allow additional time

24  to respond to Plaintiff's FAC; and

25        WHEREAS, pursuant to Civil Local Rule 8-3, the Parties to an action may

26  stipulate to extend the deadline to respond to a Complaint for up to 30 days without

27  the need for Court approval.

28

Case No. 8:17-cv-01386-DOC-KES
Stipulation to Extend Time to Respond to Initial Complaint by Not More than 30 Days (L.R. 8-3)

1    WHEREFORE, the Parties to the above-captioned action hereby stipulate and

2    agree to the following:

3    The deadline for Defendants to respond to Plaintiff's Complaint is extended

4    by a period of thirty (30) days, from November 3, 2017 to December 3, 2017.

5    **IT IS SO STIPULATED.**

6

7    DATED:  October 30, 2017              SEVERSON & WERSON
                                           A Professional Corporation
8

9

10                                         By:      */s/ Stephen D. Britt*
                                                    Stephen D. Britt
11

12                                         Attorneys for Defendants COUNTRYWIDE
                                           HOME LOANS, INC.; BANK OF AMERICA,
13                                         N.A., successor by April 27, 2009 de jure
                                           merger with Countrywide Bank, FSB
14                                         (erroneously sued as Countrywide Bank, FSB);
                                           RECONTRUST COMPANY, N.A.; and BANK
15                                         OF AMERICA, N.A., successor by July 1, 2011
                                           de jure merger with BAC Home Loans
16                                         Servicing, LP (erroneously sued as BAC Home
                                           Loans Servicing, LP)
17

18

19

20   DATED:  October 30, 2017

21

22

23                                         By:      */s/ Richard William Snyder*
                                                    Richard William Snyder
24

25                                         Attorneys for Plaintiff
                                           BILLIE RENE' FRANCES LILLIAN
26                                         POWERS

27

28

## SIGNATURE CERTIFICATION

I, Stephen D. Britt, am the ECF user whose identification and password are being used to file this stipulation.  I hereby attest that Richard W. Snyder has concurred in this filing.

APPROVED AS TO FORM:

DATED:  October 30, 2017          SEVERSON & WERSON
                                  A Professional Corporation


                                  By:     /s/ Stephen D. Britt
                                  _____
                                          Stephen D. Britt

                                  Attorneys for Defendants COUNTRYWIDE
                                  HOME LOANS, INC.; BANK OF AMERICA,
                                  N.A., successor by April 27, 2009 de jure
                                  merger with Countrywide Bank, FSB
                                  (erroneously sued as Countrywide Bank, FSB);
                                  RECONTRUST COMPANY, N.A.; and BANK
                                  OF AMERICA, N.A., successor by July 1, 2011
                                  de jure merger with BAC Home Loans
                                  Servicing, LP (erroneously sued as BAC Home
                                  Loans Servicing, LP)