1 | Law Office of Richard W. Snyder
Richard W. Snyder, Esq.
2 | California State Bar #183570
131 N. Tustin Ave., #200
3 | Tustin, CA 92780
Tel. (714)730-0288
4 | Fax (714)505-7588

5 | Attorney for Plaintiff/Respondent
Billie Rene' Francis Lillian Powers
6

7

**UNITED STATES BANKRUPTCY COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9

10

11 | BILLIE RENE' FRANCES LILLIAN POWERS,

Case No.:  SACV17-01386-DOC-KES

12 | Assigned to District Judge:
Hon. David O. Carter

13 | Plaintiff,

Courtroom 9D

14 | vs.

Assigned Discovery Magistrate Judge:
Hon. Karen E. Scott

15

16 | COUNTRYWIDE HOME LOANS, INC.;
COUNTRYWIDE BANK, FSB;
COMMONWEALTH LAND TITLE
17 | INSURANCE COMPANY; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
18 | INC. "MERS"; BANK OF AMERICA, N.A.;
RECONTRUST COMPANY, N.A.; BAC
19 | HOME LOANS SERVICING, LP; QUALITY
LOAN SERVICING CORPORATION ;
20 | SELECT PORTFOLIO SERVICING, INC.;
THE BANK OF NEW YOUR MELLON F/K/A
21 | THE BANK OF NEW YORK, AS TRUSTEE,
ON BEHALF OF THE HOLDERS OF THE
22 | ALTERNATIVE LOAN TRUST 2007-HY9,
MORTGAGE PASS-THROUGH
23 | CERTIFICATES SERIES 2007-HY9; THE
BANK OF NEW YOUR MELLON F/K/A THE
24 | BANK OF NEW YORK, AS TRUSTEE , FOR
THE CERTIFICATE HOLDERS,
25 | ALTERNATIVE LOAN TRUST 2007-HY9
MORTGAGE PASS THROUGH
26 | CERTIFICATES, SERIES 2007-HY9; JON
SECRIST; AND DOES 1 TO 10,
27

28 | Defendant(s).

PROOF OF SERVICE OF OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS

Hearing on Motion
Date:   November 20, 2017
Time:  8:30 am
Dept:   9D

Date Filed: August 11, 2017

1  STATE OF CALIFORNIA, COUNTY OF ORANGE

2  I am a citizen of the United States, and a resident of the County aforesaid. I am over the age of 18
3  years and not a party to the within entitled action. My business address is 131 N. Tustin Ave., Ste.
4  200, Tustin, CA 92780. On October 30, 2017, I served the attached

5  PROOF OF SERVICE OF OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS

6  on the persons interested in said action by placing true copies thereof enclosed in a sealed envelope
7  with postage thereon fully prepaid, in the United States post office mail box at Tustin, California,
8  addressed as follows:

Steven M. Dailey, Esq,
Kutak Rock LLP
5 Park Plaza, Ste. 1500
Irvine, CA 92601-8595

I certify under penalty of perjury that the foregoing is true and correct. Executed at Tustin, California on October 30, 2017.

_____
RICHARD W. SNYDER, ESQ.