1  Law Office of Richard W. Snyder
   Richard W. Snyder, Esq.
2  California State Bar #183570
   131 N. Tustin Ave., #200
3  Tustin, CA 92780
   Tel. (714)730-0288
4  Fax (714)505-7588

5  Attorney for Plaintiff/Respondent
   Billie Rene' Francis Lillian Powers
6

7
                    UNITED STATES BANKRUPTCY COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9

10

11 | BILLIE RENE' FRANCES LILLIAN        | Case No.:   SACV17-01386-DOC-KES
   | POWERS,                             |
12 |                                     | Assigned to District Judge:
   |                                     | Hon. David O. Carter
   |            Plaintiff,               |
13 |                                     | Courtroom 9D
14 |            vs.                      | Assigned Discovery Magistrate Judge:
   |                                     | Hon. Karen E. Scott
15 |                                     |
   | COUNTRYWIDE HOME LOANS, INC.;       |
16 | COUNTRYWIDE BANK, FSB;              | PROOF OF SERVICE EXPARTE APPLICATION
   | COMMONWEALTH LAND TITLE             | FOR TEMPORARY RESTRAINING ORDER
17 | INSURANCE COMPANY; MORTGAGE         | AND ORDER TO SHOW CAUSE WHY
   | ELECTRONIC REGISTRATION SYSTEMS,    | PRELIMINARY INJUNCTION SHOULD NOT BE
18 | INC. "MERS"; BANK OF AMERICA, N.A.; | ISSUED
   | RECONTRUST COMPANY, N.A.; BAC       |
19 | HOME LOANS SERVICING, LP; QUALITY   |
   | LOAN SERVICING CORPORATION ;        |
20 | SELECT PORTFOLIO SERVICING, INC.;   |
   | THE BANK OF NEW YOUR MELLON F/K/A   |
21 | THE BANK OF NEW YORK, AS TRUSTEE,   |
   | ON BEHALF OF THE HOLDERS OF THE     | Hearing on Motion
22 | ALTERNATIVE LOAN TRUST 2007-HY9,    | Date:   November 2, 2017
   | MORTGAGE PASS-THROUGH               | Time:  8:30 am
23 | CERTIFICATES SERIES 2007-HY9; THE   | Dept:  9D
   | BANK OF NEW YOUR MELLON F/K/A THE   |
24 | BANK OF NEW YORK, AS TRUSTEE , FOR  |
   | THE CERTIFICATE HOLDERS,            | Date Filed: August 11, 2017
25 | ALTERNATIVE LOAN TRUST 2007-HY9     |
   | MORTGAGE PASS THROUGH               |
26 | CERTIFICATES, SERIES 2007-HY9; JON  |
   | SECRIST; AND DOES 1 TO 10,          |
27 |                                     |
   |                                     |
28 | Defendant(s).                       |

1  STATE OF CALIFORNIA, COUNTY OF ORANGE

2  I am a citizen of the United States, and a resident of the County aforesaid.  I am over the age of 18

3  years and not a party to the within entitled action.  My business address is 131 N. Tustin Ave., Ste.

4  200, Tustin, CA 92780.  On October 30, 2017, I served the attached

5  PROOF OF SERVICE OF OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS

6  on the persons interested in said action by placing true copies thereof enclosed in a sealed envelope

7  with postage thereon fully prepaid, in the United States post office mail box at Tustin, California,

8  addressed as follows:

9  Steven M. Dailey, Esq,
   Kutak Rock LLP
10 5 Park Plaza, Ste. 1500
   Irvine, CA 92601-8595

11

12 I certify under penalty of perjury that the foregoing is true and correct.  Executed at Tustin, California
   on October 30, 2017.

13

14 _____
   RICHARD W. SNYDER, ESQ.

15

16

17

18

19

20

21

22

23

24

25

26

27

28