1  Steven M. Dailey #163857
   Rebecca L. Wilson #257613
2  KUTAK ROCK LLP
   Suite 1500
3  5 Park Plaza
   Irvine, CA  92614-8595
4  Telephone:   (949) 417-0999
   Facsimile:   (949) 417-5394
5  Email:       steven.dailey@kutakrock.com
   Email:       Rebecca.wilson@kutakrock.com
6
   Attorneys for Defendants SELECT PORTFOLIO
7  SERVICING, INC.; THE BANK OF NEW YORK
   MELLON, F/K/A THE BANK OF NEW YORK, AS
8  TRUSTEE, ON BEHALF OF THE HOLDERS OF THE
   ALTERNATIVE LOAN TRUST 2007-HY9,
9  MORTGAGE PASS-THROUGH CERTIFICATES
   SERIES 2007-HY9 [erroneously sued as "THE BANK OF
10 NEW YORK MELLON F/K/A THE BANK OF NEW
   YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS
11 OF THE ALTERNATIVE LOAN TRUST 2007-HY9,
   MORTGAGE PASS-THROUGH CERTIFICATES
12 SERIES 2007-HY9" and "THE BANK OF NEW YORK
   MELLON FKA THE BANK OF NEW YORK, AS
13 TRUSTEE, FOR THE CERTIFICATE HOLDERS,
   ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE
14 PASS TRHOUGH CERTIFICATES, SERIES 2007-
   HY9"]; MORTGAGE ELECTRONIC REGISTRATION
15 SYSTEMS, INC.

16             **UNITED STATES DISTRICT COURT**

17       **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

18            **SOUTHERN DIVISION – SANTA ANA**

19
   BILLIE RENE FRANCES LILIAN        Case No.  8:17-CV-01386-DOC-KES
20 POWERS,
                                     Assigned to
21            Plaintiff,             District Judge:  Hon. David O. Carter
                                     Courtroom: 9D
22      v.
                                     Assigned Discovery
23 COUNTRYWIDE HOME LOANS,           Magistrate Judge:  Hon. Karen E. Scott
   INC.; COUNTRYWIDE BANK,
24 FSB; COMMONWEALTH LAND            **REQUEST FOR JUDICIAL NOTICE**
   TITLE INSURANCE COMPANY;
25 MORTGAGE ELECTRONIC              Filed and served concurrently with:
   REGISTRATION SYSTEMS, INC.
26 "MERS"; BANK OF AMERICA,         1. Opposition to Application for
   N.A.; RECONTRUST COMPANY,        Temporary Restraining Order
27 N.A. ; BAC HOME LOANS
   SERVICING, LP; QUALITY LOAN      2. [Proposed] Order
28 SERVICING CORPORATION;

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE
                              - 1 -                    17-CV-01386-DOC-KES
4816-0300-6035.1
                         REQUEST FOR JUDICIAL NOTICE

1  SELECT PORTFOLIO
2  SERVICING, INC.; THE BANK OF
   NEW YORK MELLON F/K/A THE
   BANK OF NEW YORK, AS
3  TRUSTEE, ON BEHALF OF THE
   HOLDERS OF THE
4  ALTERNATIVE LOAN TRUST
   2007-HY9, MORTGAGE PASS-
5  THROUGH CERTIFICATES
   SERIES 2007-HY9; THE BANK OF
6  NEW YORK MELLON FKA THE
   BANK OF NEW YORK, AS
7  TRUSTEE, FOR THE
   CERTIFICATE HOLDERS,
8  ALTERNATIVE LOAN TRUST
   2007-HY9 MORTGAGE PASS
9  TRHOUGH CERTIFICATES,
   SERIES 2007-HY9; JON SECRIST;
10 and DOES 1 TO 10,

11         Defendants.

Date:    November 2, 2017
Time:    1:30 p.m.
Ctrm.:   9D

Date Filed: August 11, 2017

12

13         Defendants SELECT PORTFOLIO SERVICING, INC. ["SPS"], THE

14  BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS

15  TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN

16  TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES

17  2007-HY9 ["BNYM"], and MORTGAGE ELECTRONIC REGISTRATION

18  SYSTEMS, INC. ["MERS"], [collectively "Loan Defendants"] hereby request this

19  Court take judicial notice, pursuant to Federal Rules of Evidence, Rule 201, of the

20  following documents.  Loan Defendants submit a court may take judicial notice of

21  material that a matter of public record.  [*Lee v. City of L.A*., 250 F.3d 668, 688–89

22  (9th Cir. 2001); see also *Fernandez v. Wells Fargo Bank, N.A.*, 2012 WL 5350256,

23  at *2 (N.D. Cal. Oct. 29, 2012) (taking judicial notice of similar documents).

24

25

26

27

28

Kutak Rock LLP
Attorneys At Law
Irvine

4816-0300-6035.1

- 2 -

17-CV-01386-DOC-KES

REQUEST FOR JUDICIAL NOTICE

**Exhibit**     **Document**

"**A**"     Trustee's Deed Upon Sale recorded August 16, 2016 in Official

Records, Orange County as Document Number 2016000386939.  A

true and correct copy is attached hereto as Exhibit "**A**".


Dated:     November 1, 2017          KUTAK ROCK LLP


                                      By:*/s/ Steven M. Dailey*
                                      Steven M. Dailey
                                      Rebecca L. Wilson
                                      Attorneys for Defendants
                                      SELECT PORTFOLIO
                                      SERVICING, INC. and THE BANK
                                      OF NEW YORK MELLON, F/K/A
                                      THE BANK OF NEW YORK, AS
                                      TRUSTEE, ON BEHALF OF THE
                                      HOLDERS OF THE
                                      ALTERNATIVE LOAN TRUST
                                      2007-HY9, MORTGAGE PASS-
                                      THROUGH CERTIFICATES
                                      SERIES 2007-HY9 and
                                      MORTGAGE ELECTRONIC
                                      REGISTRATION SYSTEMS, INC.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4816-0300-6035.1

- 3 -          17-CV-01386-DOC-KES

REQUEST FOR JUDICIAL NOTICE

# EXHIBIT "A"

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||||||||||| 15.00
* $ R 0 0 0 8 6 0 9 8 5 0 $ *
2016000386939 3:31 pm 08/16/16
47 NC-5 T09 F13   3
0.00 0.00 0.00 0.00 6.00 0.00 0.00 0.00

Recording requested by:

And when recorded mail to:

Select Portfolio Servicing, Inc.
3217 S. Decker Lake Dr.
Salt Lake City, UT 84119

Forward tax statements to the address given above

---

TS No.: CA-14-615928-HL
Order No.: 140052960-CA-VOI

Space above this line for recorders use

# Trustee's Deed Upon Sale

A.P.N.: 125-120-27

"This instrument is being recorded as an ACCOMMODATION ONLY, with no Representation as to its effect upon title"

**Exempt pursuant to Cal Rev and Tax Code §11926**

THE UNDERSIGNED GRANTOR DECLARES:
 The Grantee Herein IS the Foreclosing Beneficiary
The amount of the unpaid debt together with costs was:                    **$1,785,001.79**
The amount paid by the grantee at the trustee sale was:                    **$1,784,069.68**
The documentary transfer tax is:                                           NONE
Said property is in the City of: **SAN JUAN CAPISTRANO**, County of **ORANGE**

**QUALITY LOAN SERVICE CORPORATION** , as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**The Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-HY9, Mortgage Pass-Through Certificates Series 2007-HY9**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **ORANGE**, State of California, described as follows:

**BEGINNING AT THE INTERSECTION OF THE WEST LINE OF THE EAST ONE-HALF OF SECTION 17, TOWNSHIP 6 SOUTH, RANGE 5 WEST, SAN BERNARDINO BASE AND MERIDIAN, AND THE RIVERSIDE AND ORANGE COUNTY BOUNDARY LINE, AS PER F.B. 113, PAGE 114, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, THENCE NORTH 33 22' EAST, ALONG SAID BOUNDARY LINE, A DISTANCE OF 1533.47 FEET, MORE OR LESS, TO TRUE POINT OF BEGINNING, BEING AT THE SOUTHEASTERLY CORNER OF LAND CONVEYED TO MARCEL AND MALVINA CRISTIN BY DEED ON FILE IN BOOK 2089 PAGE 99 OF OFFICIAL RECORDS; THENCE NORTH 0 03' 19" WEST,**

TO A POINT ON THE NORTH LINE OF SAID EAST ONE-HALF OF SAID SECTION 17, BEING AT THE NORTHEAST CORNER OF SAID LAND CONVEYED TO SAID PARCEL AND MALVINA CRISTIN; THENCE SOUTH 88 50' EAST, ALONG THE NORTH LINE OF SAID EAST ONE-HALF OF SAID SECTION 17, A DISTANCE OF 487.03 FEET; THENCE SOUTH 0 03' 09" EAST, TO THE INTERSECTION WITH THE SAID RIVERSIDE AND ORANGE COUNTY BOUNDARY LINE; THENCE SOUTH 33 22' WEST, ALONG SAID BOUNDARY LINE, A DISTANCE OF 884.03 FEET, MORE OR LESS, TO THE TRUE POINT OF BEGINNING.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **BILLIE RENE POWERS , AN UNMARRIED WOMAN, AND LOUIS J HANSON , AND JACQUELINE M HANSON , HUSBAND AND WIFE AS JOINT TENANTS**, as trustor, dated 6/27/2007, and recorded on 7/2/2007 as instrument number **2007000417171** of Official Records in the office of the Recorder of **ORANGE**, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust recorded on 9/25/2014, instrument no 2014000390481, Book xx, Page xx, of Official records. The Trustee of record at the relevant time having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten/thirty days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on **8/8/2016** at the place named in the Notice of Sale, in the County of **ORANGE**, California, in which the property is situated. The foreclosing beneficiary, being the higgest at such sale, became the purchaser of said property and paid therefore to said trustee the amount being **$1,784,069.68** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust and instructed said trustee to vest this Trustee's Deed Upon Sale to said Grantee.

QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

TS No.: CA-14-615928-HL

Date: 8/15/2016

QUALITY LOAN SERVICE CORPORATION

By:  Nicole Fuentes, Assistant Vice President

---

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of:  **California**)

County of: **San Diego**)

On _____ AUG 1 5 2016 _____ before me, _____ Brenda A. Gonzalez _____ a notary public, personally appeared  _Nicole Fuentes_ , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.          (Seal)

Signature          Brenda A. Gonzalez

> BRENDA A. GONZALEZ
> Commission No. 2116627
> NOTARY PUBLIC - CALIFORNIA
> SAN DIEGO COUNTY
> Commission Expires June 21, 2019

## PROOF OF SERVICE

*POWERS v. COUNTRYWIDE HOME LOANS, INC., et al.*

United States District Court of California – Southern District

Case No. 8:17-CV-01386-DOC-KES

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Irvine in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Suite 1500, 5 Park Plaza, Irvine, California  92614.  On **November 1, 2017**, I served on all interested parties as identified on the below mailing list the following document(s) described as:

### REQUEST FOR JUDICIAL NOTICE

| | |
|---|---|
| [X] | **(BY NOTICE OF ELECTRONIC FILING)**  Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(D). |
| [X] | **(BY MAIL, 1013a, 2015.5 C.C.P.)**  I deposited such envelope in the mail at Irvine, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.   Under that practice, this(these) document(s) will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Irvine, California in the ordinary course of business.   I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |

*Service List*

| Billie Rene Frances Lillian Powers | In Pro Per |
|---|---|
| PO Box 1501 Newport Beach, CA 92659 | |
| Richard Schneider | Courtesy copy via email  RWSATTY@Yahoo.com |

[X]  **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.  Executed on **November 1, 2017**, at Irvine, California.

*Michelle West*

Michelle West

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4835-7876-4625.1
830902-193