# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 17-1386-DOC (KESx)            Date: November 2, 2017

Title: BILLIE RENE FRANCES LILLIAN POWERS V THE BANK OF NEW YORK MELLON, ET AL

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | Debbie Gale |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Richard William Snyder | Steven M. Dailey |

**PROCEEDINGS: APPLICATION FOR TEMPORARY RESTRAINING ORDER [25]**

     Hearing held. For the reasons stated on the record, the Application for Temporary Restraining Order [25] is DENIED.

     Counsel stipulated to allow Plaintiff to file a Second Amended Complaint by December 14, 2017 and to withdraw the pending Motions to Dismiss [14], [15] without prejudice.

     The November 20, 2017 hearing date is VACATED as the motions will be withdrawn by Plaintiff.

                                                                                            :   13

Initials of Clerk      djl