Steven M. Dailey #163857
Rebecca L. Wilson #257613
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA  92614-8595
Telephone: (949) 417-0999
Facsimile:  (949) 417-5394
Email:       steven.dailey@kutakrock.com
Email:       Rebecca.wilson@kutakrock.com

Attorneys for Defendants SELECT PORTFOLIO SERVICING, INC.; THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9 [erroneously sued as "THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9" and "THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE HOLDERS, ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS TRHOUGH CERTIFICATES, SERIES 2007-HY9"]: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| BILLIE RENE FRANCES LILIAN POWERS,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; COMMONWEALTH LAND TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS"; BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A. ; BAC HOME LOANS SERVICING, LP; QUALITY LOAN SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; THE BANK OF NEW YORK | Case No.  8:17-CV-01386-DOC-KES<br><br>Assigned to<br>District Judge:  Hon. David O. Carter<br>Courtroom: 9D<br><br>Assigned Discovery<br>Magistrate Judge:  Hon. Karen E. Scott<br><br>**DECLARATION OF STEVEN M. DAILEY**<br><br>Filed and served concurrently with:<br>1. Motion to Dismiss<br>2. Request for Judicial Notice<br><br>Date:     February 5, 2018<br>Time:    8:30 a.m.<br>Ctrm.:    9D |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE HOLDERS, ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS TRHOUGH CERTIFICATES, SERIES 2007-HY9; JON SECRIST; AND DOES 1 TO 10<br><br>                        Defendants. |

I, STEVEN M. DAILEY, declare as follows:

1.   I am an attorney duly licensed to practice law in the State of California and am a partner with Kutak Rock LLP, attorneys of record for Defendants SELECT PORTFOLIO SERVICING, INC. ["SPS"], THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9 ["BNYM"], and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ["MERS"], [collectively "Loan Defendants"] and I submit this declaration in this action. I have personal knowledge of the facts set forth herein, except for those facts stated upon information and belief, and, if called as a witness, could competently testify thereto.

2.   At 4:02 p.m. on December 18, 2017, I left a voicemail message for Plaintiff's counsel. I informed him that I would like to meet and confer in advance our filing a Motion to Dismiss and Motion to Strike portions of Plaintiff's Second Amended Complaint and I asked him to call me back so that we could conduct the meet and confer conference. I did not receive a return telephone call.

Case 8:17-cv-01386-DOC-KES Document 35-1 Filed 12/28/17 Page 3 of 3 Page ID #:993

3. At 12:29 p.m. on December 19, 2017, I left a similar voicemail message for Plaintiff's counsel requesting a return telephone call so that we could meet and confer. I did not receive a return telephone call.

4. At 10:39 a.m. on December 20, 2017, I left a similar voicemail message for Plaintiff's counsel requesting a return telephone call so that we could meet and confer. I did not receive a return telephone call.

5. At 9:53 a.m. on December 22, 2017, I left a similar voicemail message for Plaintiff's counsel requesting a return telephone call so that we could meet and confer. I did not receive a return telephone call.

6. To date, I have not received any response to any of my voicemail messages.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed by me on December 28, 2017, at Irvine, California.

/s/ Steven M. Dailey
Steven M. Dailey, Declarant

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4840-3935-1641.1                - 3 -                17-cv-01386-DOC-KES
DECLARATION OF STEVEN M. DAILEY