| | |
|---|---|
| 1 | Steven M. Dailey #163857 |
| | Rebecca L. Wilson #257613 |
| 2 | KUTAK ROCK LLP |
| | Suite 1500 |
| 3 | 5 Park Plaza |
| | Irvine, CA  92614-8595 |
| 4 | Telephone: (949) 417-0999 |
| | Facsimile:  (949) 417-5394 |
| 5 | Email: steven.dailey@kutakrock.com |
| | Email: Rebecca.wilson@kutakrock.com |

Attorneys for Defendants SELECT PORTFOLIO SERVICING, INC.; THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9 [erroneously sued as "THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9" and "THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE HOLDERS, ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS TRHOUGH CERTIFICATES, SERIES 2007-HY9"]: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| BILLIE RENE FRANCES LILIAN POWERS,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; COMMONWEALTH LAND TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS"; BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A. ; BAC HOME LOANS SERVICING, LP; QUALITY LOAN SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; THE BANK OF NEW YORK | Case No.  8:17-CV-01386-DOC-KES<br><br>Assigned to<br>District Judge:  Hon. David O. Carter<br>Courtroom: 9D<br><br>Assigned Discovery<br>Magistrate Judge:  Hon. Karen E. Scott<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS  PLAINTIFF'S SECOND AMENDED COMPLAINT** |

| | |
|---|---|
| MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE HOLDERS, ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS TRHOUGH CERTIFICATES, SERIES 2007-HY9; JON SECRIST; AND DOES 1 TO 10<br><br>Defendants. | Date:    **February 5, 2018**<br>Time:   **8:30 a.m.**<br>Ctrm.:   **9D**<br><br>Date Filed:    August 11, 2017 |

The Motion to Dismiss Plaintiff's Second Amended Complaint filed by Defendants SELECT PORTFOLIO SERVICING, INC. ["SPS"], THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9 ["BNYM"], and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ["MERS"], [collectively "Loan Defendants"] came on for hearing on February 5, 2018, at 8:30 a.m. in the above-entitled court.

Having reviewed and considered the written submissions of the parties and the arguments of counsel and good cause appearing,

IT IS HEREBY ORDERED,

1. Loan Defendants' Request for Judicial Notice is GRANTED;

2. For the reasons stated in the moving papers, Loan Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED without leave to amend; and

///

///

///

3. Plaintiff's Second Amended Complaint is dismissed in its entirety with prejudice.

Dated:

_____

Hon. David O. Carter