| | |
|---|---|
| 1 | Steven M. Dailey #163857 |
|   | Rebecca L. Wilson #257613 |
| 2 | KUTAK ROCK LLP |
|   | 5 Park Plaza, Suite 1500 |
| 3 | Irvine, CA  92614-8595 |
|   | Telephone:  (949) 417-0999 |
| 4 | Facsimile:   (949) 417-5394 |
|   | Email:       steven.dailey@kutakrock.com |
| 5 | Email:       Rebecca.wilson@kutakrock.com |

6  Attorneys for Defendants SELECT PORTFOLIO SERVICING, INC.; THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9 [erroneously sued as "THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9" and "THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE HOLDERS, ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS TRHOUGH CERTIFICATES, SERIES 2007-HY9"]: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| BILLIE RENE FRANCES LILIAN POWERS, | Case No.  8:17-CV-01386-DOC-KES |
| Plaintiff, | Assigned to<br>District Judge:  Hon. David O. Carter<br>Courtroom: 9D |
| v. | Assigned Discovery<br>Magistrate Judge:  Hon. Karen E. Scott |
| COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; COMMONWEALTH LAND TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS"; BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A. ; BAC HOME LOANS SERVICING, LP; QUALITY LOAN SERVICING CORPORATION; SELECT PORTFOLIO SERVICING, INC.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF | **REQUEST FOR JUDICIAL NOTICE**<br><br>[Federal Rule of Civil Procedure, Rules 12(b)(6), 12(b)(7)]<br><br>Filed and served concurrently with:<br><br>1. Motion to Dismiss Plaintiff's Second Amended Complaint<br>2. Motion to Strike |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4819-0483-8489.2

- 1 -

REQUEST FOR JUDICIAL NOTICE

| | |
|---|---|
| NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE HOLDERS, ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS TRHOUGH CERTIFICATES, SERIES 2007-HY9; JON SECRIST; AND DOES 1 TO 10<br><br>Defendants. | Date: February 5, 2018<br>Time: 8:30 a.m.<br>Ctrm.: 9D<br><br>Date Filed: August 11, 2017 |

Defendants SELECT PORTFOLIO SERVICING, INC. ["SPS"], THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9 ["BNYM"], and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ["MERS"], [collectively "Loan Defendants"] hereby request this Court take judicial notice, pursuant to Federal Rules of Evidence, Rule 201, of the following documents. Loan Defendants submit a court may take judicial notice of material that is submitted as part of the complaint, or is necessarily relied upon by the complaint, as well as matters of public record. [Lee v. City of L.A., 250 F.3d 668, 688–89 (9th Cir. 2001); see also Fernandez v. Wells Fargo Bank, N.A., 2012 WL 5350256, at *2 (N.D. Cal. Oct. 29, 2012) (taking judicial notice of similar documents).

///

///

///

///

///

///

| Exhibit | Document |
|---|---|
| "**A**" | Grant Deed recorded July 2, 2007 in Official Records, Orange County as Document Number 2007000417170. A true and correct copy is attached as Exhibit "**A**". |
| "**B**" | Deed of Trust recorded July 2, 2007 in Official Records, Orange County as Document Number 2007000417171. A true and correct copy is attached as Exhibit "**B**". |
| "**C**" | Grant Deed recorded July 10, 2007 in Official Records, Orange County as Document Number 2007000431113. A true and correct copy is attached as Exhibit "**C**". |
| "**D**" | Notice of Default recorded June 5, 2008 in Official Records, Orange County as Document Number 2008000268379. A true and correct copy is attached as Exhibit "**D**". |
| "**E**" | Substitution of Trustee recorded November 5, 2008 in Official Records, Orange County as Document Number 2008000505648. A true and correct copy is attached as Exhibit "**E**". |
| "**F**" | Notice of Trustee's Sale recorded November 5, 2008 in Official Records, Orange County as Document Number 2008000505649. A true and correct copy is attached as Exhibit "**F**". |
| "**G**" | Notice of Rescission of Declaration of Default recorded January 15, 2009 in Official Records, Orange County as Document Number 200900017396. A true and correct copy is attached hereto as Exhibit "**G**". |
| "**H**" | Notice of Default recorded May 6, 2010 in Official Records, Orange County as Document Number 2010000213610. A true and correct copy is attached hereto as Exhibit "**H**". |

| | | |
|---|---|---|
| | **"I"** | Corporation Assignment of Deed of Trust recorded May 19, 2010 in Official Records, Orange County as Document Number 2010000234975. A true and correct copy is attached hereto as Exhibit **"I"**. |
| | **"J"** | Notice of Rescission of Declaration of Default recorded June 2, 2010 in Official Records, Orange County as Document Number 2010000256892. A true and correct copy is attached hereto as Exhibit "**J**". |
| | **"K"** | Corporation Assignment of Deed of Trust recorded October 26, 2010 in Official Records, Orange County as Document Number 2010000564031. A true and correct copy is attached hereto as Exhibit "**K**". |
| | **"L"** | Notice of Default recorded October 31, 2013 in Official Records, Orange County as Document Number 2013000609851. A true and correct copy is attached hereto as Exhibit "**L**" |
| | **"M"** | Notice of Default recorded December 6, 2013 in Official Records, Orange County as Document Number 2013000661629. A true and correct copy is attached hereto as Exhibit "**M**". |
| | **"N"** | Notice of Default recorded September 25, 2014 in Official Records, Orange County as Document Number 2014000390481. A true and correct copy is attached hereto as Exhibit "**N**". |
| | **"O"** | Notice of Trustee's Sale recorded September 30, 2015 in Official Records, Orange County as Document Number 2015000499008. A true and correct copy is attached hereto as Exhibit "**O**". |
| | **"P"** | Trustee's Deed Upon Sale recorded August 16, 2016 in Official Records, Orange County as Document Number 2016000386939. A true and correct copy is attached hereto as Exhibit "**P**". |

| | | |
|---|---|---|
| | **"Q"** | Docket regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:09-bk-11245-RK. A true and correct copy is attached as Exhibit "**Q.**" |
| | **"R"** | Petition and Schedules filed February 17, 2009 regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:09-bk-11245-RK. A true and correct copy is attached as Exhibit "**R.**" |
| | **"S"** | Discharge of Debtor filed June 23, 2009 regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:09-bk-11245-RK. A true and correct copy is attached as Exhibit "**S.**" |
| | **"T"** | Docket regarding *In Re Billie Rene Powers,* United States Bankruptcy Court, Central District of California, Case No. 8:09-bk-22500-RK. A true and correct copy is attached as Exhibit "**T.**" |
| | **"U"** | Petition and Schedules filed November 11, 2009 regarding *In Re Billie Rene Powers,* United States Bankruptcy Court, Central District of California, Case No. 8:09-bk-22500-RK. A true and correct copy is attached as Exhibit "**U.**" |
| | **"V"** | Docket regarding *In Re Billie Rene Powers,* United States Bankruptcy Court, Central District of California, Case No. 8:09-bk-24448-RK. A true and correct copy is attached as Exhibit "**V.**" |
| | **"W"** | Petition and Schedules filed December 28, 2009 regarding *In Re Billie Rene Powers,* United States Bankruptcy Court, Central District of California, Case No. 8:09-bk-24448-RK. A true and correct copy is attached as Exhibit "**W.**" |
| | **"X"** | Docket regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-11637-RK. A true and correct copy is attached as Exhibit "**X.**" |

| | | |
|---|---|---|
| **"Y"** | | Petition and Schedules filed February 10, 2010 regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-11637-RK. A true and correct copy is attached as Exhibit "**Y.**" |
| **"Z"** | | Amended Schedules filed February 24, 2010 regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-11637-RK. A true and correct copy is attached as Exhibit "**Z.**" |
| **"AA"** | | Notice of Motion and Motion to Dismiss filed May 3, 2010 regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-11637-RK. A true and correct copy is attached as Exhibit "**AA.**" |
| **"BB"** | | Order of Dismissing Case entered June 16, 2010 regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-11637-RK. A true and correct copy is attached as Exhibit "**BB.**" |
| **"CC"** | | Docket regarding *In Re Billie Rene Powers,* United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-19648-RK. A true and correct copy is attached as Exhibit "**CC.**" |
| **"DD"** | | Petition and Schedules filed July 14, 2010 regarding *In Re Billie Rene Powers,* United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-19648-RK. A true and correct copy is attached as Exhibit "**DD.**" |
| **"EE"** | | Order of Dismissal filed November 4, 2010 regarding *In Re Billie Rene Powers,* United States Bankruptcy Court, Central District of California, Case No. 8:10-bk-19648-RK. A true and correct copy is attached as Exhibit "**EE.**" |

| | | |
|---|---|---|
| **"FF"** | | Docket regarding *Billie Rene Powers, aka Rancho Sonata, LLC v. Val-Chris Investments, Inc., et al.,* Superior Court of California, County of Orange, Case No. 30-2012-00538867.  A true and correct copy is attached as Exhibit "**FF.**" |
| **"GG"** | | Verified Complaint filed January 20, 2012 regarding *Billie Rene Powers, aka Rancho Sonata, LLC v. Val-Chris Investments, Inc., et al.,* Superior Court of California, County of Orange, Case No. 30-2012-00538867.  A true and correct copy is attached as Exhibit "**GG.**" |
| **"HH"** | | Minute Order dated November 26, 2012 regarding *Billie Rene Powers, aka Rancho Sonata, LLC v. Val-Chris Investments, Inc., et al.,* Superior Court of California, County of Orange, Case No. 30-2012-00538867.  A true and correct copy is attached as Exhibit "**HH.**" |
| **"II"** | | Docket regarding *Thomas F. Peppers, Trustee of the Thomas F. Peppers Trust, UDT and or Its Successors, and/or Assignees in Interest v. Rancho Sonata LLC*, Superior Court of California, County of Orange, Case No. 30-2011-00519650-CL-UD-HNB.  A true and correct copy is attached as Exhibit "**II.**" |
| **"JJ"** | | Docket regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:17-bk-13112-CB.  A true and correct copy is attached as Exhibit "**JJ.**" |
| **"KK"** | | Petition filed August 4, 2017 regarding *In Re Billie Rene Powers*, United States Bankruptcy Court, Central District of California, Case No. 8:17-bk-13112-CB.  A true and correct copy is attached as Exhibit "**KK.**" |

| | | |
|---|---|---|
| **"LL"** | | Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Be Issued filed October 30, 2017 regarding *Powers v. Countrywide Home Loans, Inc., et al*, United District Court, Central District of California, Santa Ana Division, Case No. SACV17-01386-DOC-KES. A true and correct copy is attached as Exhibit "**LL.**" |
| **"MM"** | | Exhibits filed October 30, 2017 regarding *Powers v. Countrywide Home Loans, Inc., et al*, United District Court, Central District of California, Santa Ana Division, Case No. SACV17-01386-DOC-KES. A true and correct copy is attached as Exhibit "**MM.**" |
| **"NN"** | | Trustee's Deed Upon Sale recorded October 15, 2009 in Official Records, Orange County as Document Number 2009000561314. A true and correct copy is attached hereto as Exhibit "**NN**". |

Dated:   December 28, 2017        KUTAK ROCK LLP


By: /s/ Steven M. Dailey
    Steven M. Dailey
    Attorneys for Defendants
    SELECT PORTFOLIO SERVICING, INC., THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9 and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.