ROBERT J. GANDY (State Bar No. 225405)
rjg@severson.com
STEPHEN D. BRITT (State Bar No. 279793)
sxb@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
BANK OF AMERICA, N.A., successor by April 27, 2009 de jure merger with Countrywide Bank, FSB (erroneously sued as Countrywide Bank, FSB)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| Billie Rene' Frances Lillian Powers,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATION HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY9; AND ROGER LEE DELONG<br><br>    Defendants. | Case No. 8:17-cv-01386 DOC (KESx)<br>Hon. David O. Carter<br>Ctrm. 9D<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>[Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities In Support Thereof; [Proposed] Order]<br><br>Date: February 5, 2018<br>Time: 8:30 a.m.<br>Crtrm.: 9D<br><br>Action Filed: September 20, 2017<br>Trial Date: None Set |

1   Pursuant to Federal Rule of Evidence 201, Defendant BANK OF AMERICA, N.A. ("Defendant") requests that the Court take judicial notice of the following records in support of its Motion To Dismiss Plaintiff Billie Rene' Frances Lillian Powers ("Plaintiff") Second Amended Complaint.

Under Rule 201, facts appropriate for judicial notice are those "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b). Facts subject to judicial notice may be considered on a motion to dismiss. *Mullis v. United States Bankr. Ct.*, 828 F.2d 1385, 1388 (9th Cir. 1987). Deeds, Deeds of Trust and Accompanying Riders Attached to the Deeds of Trust, Notice of Default, and Notice of Trustee's Sale are documents that are "not subject to reasonable dispute" and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201. Courts commonly take judicial notice of deeds of trust and similar instruments. See, e.g., *Monaco v. Bear Stearns Residential Mortgage Corp.*, 554 F.Supp.2d 1034, 1036 n. 1 (C.D. Cal. 2008). As set forth herein, the following documents requested to be judicially noticed are not subject to reasonable dispute, in that they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned" within the meaning of Federal Rules of Evidence 201(b):

1. A grant deed recorded in the Official Records of the Orange County Recorder's Office on July 2, 2007, as Instrument No. 2007-000417170. (A true and correct copy is attached hereto as Exhibit A.)

2. A deed of trust recorded in the Official Records of the Orange County Recorder's Office on July 2, 2007, as Instrument No. 2007-000417171. (A true and correct copy is attached hereto as Exhibit B.)

3. A substitution of trustee recorded in the Official Records of the Orange County Recorder's Office on November 5, 2008 as Instrument No. 2008-000505648. (A true and correct copy is attached hereto as Exhibit C.)

4. An assignment of deed of trust recorded in the Official Records of the Orange County Recorder's Office on May 19, 2010 as Instrument No. 2010-000234975. (A true and correct copy is attached hereto as Exhibit D.)

5. A substitution of trustee recorded in the Official Records of the Orange County Recorder's Office on February 28, 2014 as Instrument No. 2014-000078632. (A true and correct copy is attached hereto as Exhibit E.)

6. A notice of default recorded in the Official Records of the Orange County Recorder's Office on September 25, 2014 as Instrument No. 2014-000390481. (A true and correct copy is attached hereto as Exhibit F.)

7. A notice of trustee's sale recorded in the Official Records of the Orange County Recorder's Office on September 30, 2015 as Instrument No. 2015-000499008. (A true and correct copy is attached hereto as Exhibit G.)

8. A trustee's deed upon sale recorded in the Official Records of the Orange County Recorder's Office on August 16, 2016 as Instrument No. 2016-000386939. (A true and correct copy is attached hereto as Exhibit H.)

DATED: December 28, 2017

SEVERSON & WERSON
A Professional Corporation

By: _*/s/ Stephen D. Britt*_
      Stephen D. Britt

Attorneys for Defendants
BANK OF AMERICA, N.A., successor by April 27, 2009 de jure merger with Countrywide Bank, FSB (erroneously sued as Countrywide Bank, FSB)