Richard W. Snyder, Esq.
Law Office of Richard W. Snyder
131 N. Tustin Avenue., Ste. 200
Tustin, CA 92780
Tel. (714)5-5-7585 x250
Fax (714)505-7588
rwsatty@yahoo.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Billie Rene' Francis Lillian Powers | CASE NUMBER: SA CV 17-01386 DOC (KESx) |
|---|---|
| Plaintiff(s) | |
| v. | |
| Countrywide Home Loans Inc., et al. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [40]** |
| Defendant(s). | |

The Court hereby orders that the request of:

Billie Rene' Francis Lillian Powers    X Plaintiff    ☐ Defendant    ☐ Other
*Name of Party*

to substitute  Billie Rene' Francis Lillian Powers    who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    X Pro Se

P.O. Box 1501
*Street Address*

Newport Beach, CA 92659                                    powersbillie@yahoo.com
*City, State, Zip*                                          *E-Mail Address*

949-374-4052
*Telephone Number*      *Fax Number*      *State Bar Number*

as attorney of record instead of  Richard W. Snyder, Esq.
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  January 8, 2018

*David O. Carter*
DAVID O. CARTER, U. S. District Judge