UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 17-1386-DOC (KESx)	Date: January 26, 2018

Title: BILLIE RENE FRANCES LILLIAN POWERS V. THE BANK OF NEW YORK MELLON ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER RESETTING DATES FOR DEFENDANTS' MOTIONS TO DISMISS [35] [36] [38]**

On December 28, 2017, Defendants in this action filed Motions to Dismiss (Dkts. 35, 38) and a Motion to Strike (Dkt. 36), and scheduled the hearings on the motions for February 5, 2018. On January 8, 2018, Plaintiff was substituted in as pro se counsel (Dkt. 41). Plaintiff's opposition to the motions was due on or before January 15, 2018. *See* L.R. 7-9. However, Plaintiff has yet to file an opposition, which is grounds enough to grant the Motion as unopposed pursuant to Local Rule 7-12.

Nevertheless, in the interest of resolving the claims on their merits, the Court will extend the deadline for Plaintiff's opposition. Accordingly, the Court ORDERS that the hearings on the motions be continued to March 5, 2018, at 8:30 a.m.  This means that Plaintiff's opposition is now due on **February 15, 2018**. Plaintiff is warned that failure to timely file an opposition could result in dismissal of her case. Plaintiff is admonished to follow the Local Rules and timely file all future documents in this case.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11	Initials of Deputy Clerk: djl
CIVIL-GEN