FILED

Billie Rene' Frances Lillian Powers
P.O. Box 1501
Newport Beach, California [92659]
949-374-4052
*Plaintiff pro per*

2018 FEB -2  AM 11:45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

## THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**Billie Rene' Frances Lillian Powers,**

   **Plaintiff**

   vs.

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK; THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE HOLDERS CWALT INC., ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS THROUGH**

) Case No. Case # 8:17-CV-01386-DOC-KES
)
) Assigned to
)
) District Judge: Hon. David O. Carter
)
) Courtroom 9D
)
) Assigned Discovery Magistrate Judge:
)
) Hon. Karen E. Scott

**Reply in Opposition to Defendants' Motions to Dismiss Docket #35/36/37/38/39**

1 | Page   **Reply in Opposition to Defendants' Motions to Dismiss Docket #35/36/37/38/39**

| | |
|---|---|
| 1 | CERTIFICATES, SERIES 2007-HY9; |
| 2 | BANK OF AMERICA; |
| 3 | COMMONWEALTH LAND TITLE |
| 4 | INSURANCE; ALTERNATIVE LOAN |
| 5 | |
| 6 | TRUST 2007-HY9;  THE WOLF FIRM, A |
| 7 | LAW CORPORATION; QUALITY LOAN |
| 8 | SERVICING CORPORATION; SELECT |
| 9 | PORTFOLIO SERVICING INC. ; Jon |
| 10 | Secrist |
| 11 | DOES 1-1000 |
| 12 | |
| 13 | DEFENDANTS |
| 14 | |
| 15 | _____ |

**Reply in Opposition to Defendants' Motions to Dismiss Docket #35/36/37/38/39**

Judge David Carter–

We are in Opposition to Defendants' several Motions to Dismiss, Dockets 35/36/37/38/39.  The motions are untimely.

Defendants have not replied to our second amended complaint.  We have not responded to reply.  We have not gone through our ADR process.  We have not had a Rule 16 Scheduling conference to review the issues.  We have not had a Rule 26 Discovery process to gather evidence.  We have not selected a jury.  We have not tried the case.

2 | P a g e  **Reply in Opposition to Defendants' Motions to Dismiss Docket #35/36/37/38/39**

On Docket 36 Defendants' Motion to dismiss page 2/lines 21-25,

Defendants claim violation of-
FRCP 12(b)(6) Failure to state a claim
FRCP 12(b)(7) Failure to name a party

-----

Plaintiff has been deprived of her property without due process. Such action is prohibited by the Fourteenth Amendment of the Constitution of the United States, specifically the 'takings clause,' and the California Home Owners' Bill of Rights, most recent edition, of 1 January 2018.

Plaintiff has informed all parties at inception of the case and by separate motion that this matter will be tried by jury, in Accord with FRCP Rule 38.

Plaintiff has named all parties in the caption of this action, who have retained counsel and are now responding with these various and spurious motions to dismiss.

Defendants state that they have never met with Plaintiff to discuss resolution of this case. Defendants' statement is correct. This is a fairly complex case, and we will try this case before a jury.

pages 3-36

Yes, we have read through that material also, and the accompanying other motions. We have material differences.

We look forward to Defendants' Reply to Second Amended Complaint.

We think Thirty Million Dollars is a lot of money. Those are DOLLARS, not Deutschmarks.

`                                             Respectfully,

Date: 2 January 2018                    by Billie Rene' Frances Lillian Powers, pro per

3 | Page  **Reply in Opposition to Defendants' Motions to Dismiss Docket #35/36/37/38/39**

**SERVICE**

I have served this Reply in Opposition to Motion to Dismiss to:

sxb@severson.com aaf@severson.com
kea@severson.com tph@severson.com
steven.dailey@kutakrock.com
cheri.marten@kutakrock.com
Jeffrey.gerardo@kutakrock.com
Michelle.west@kutakrock.com
rebecca.wilson@kutakrock.com
wendy.bonsall@kutakrock.com
gavin.tsang@ bnymellon.com

By e-mail

Date: 2 January 2018                    Billie Rene' Francis Lilllian Powers, pro per

4 | Page **Reply in Opposition to Defendants' Motions to Dismiss Docket #35/36/37/38/39**

# PROOF OF SERVICE

I, __DAVE MCCRAE__ (name), declare as follows. I am over the age of 18 years. My address is:

356 Seavum

Bertram Texas 78605

On __January 2__ (date), I served the foregoing document described as: Reply to opposition to defendants motions to dismiss docket #35 36/37/38/39 Notice to produce Christopher Warren

on January 9: Notice of meeting

On Feb 2 Motion to Dismiss with Prejudice in favor of Plaintiff Due to Defendants failure to respond to second amended complaint / Notice of Pendency of Action on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail __by email__, addressed to: SEE ATTACHED Emails   (place of mailing)

_____ (name)   _____ (name)
_____ (address)   _____ (address)
_____ (address)   _____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Feb 2 2018__ at __Santa Ana__.
                (date)                      (place of signing)

__[signature]__ (signature)

__Dave McCrae__ (name)

Page Number

| | |
|---|---|
| 1 | BANK OF AMERICA; |
| 2 | COMMONWEALTH LAND TITLE |
| 3 | INSURANCE; ALTERNATIVE LOAN |
| 4 | |
| 5 | TRUST 2007-HY9; THE WOLF FIRM, A |
| 6 | LAW CORPORATION; QUALITY LOAN |
| 7 | SERVICING CORPORATION; SELECT |
| 8 | PORTFOLIO SERVICING INC. ; Jon |
| 9 | Secrist |
| 10 | DOES 1-1000 |
| 11 | DEFENDANTS |

**Notice of Meeting**

**Emailed to:**

sxb@severson.com
aaf@severson.com
kea@severson.com
tph@severson.com
steven.dailey@kutakrock.com
cheri.marten@kutakrock.com
Jeffrey.gerardo@kutakrock.com
Michelle.west@kutakrock.com
rebecca.wilson@kutakrock.com
wendy.bonsall@kutakrock.com
gavin.tsang@ HYPERLINK "mailto:gavin.tsang@bnymellon.com"bnymellon.com

hard copy mailed to:
Jon Secrist: 12316 Willow Forrest Drive, Moorpark California, 93021

Cc: delmarr@oig.treas.gov (w/b division)
carce@trump.org
tony.rackauckas@da.ocgov.com
todd.spitzer@ocgov.com