FILED

Proposed Order

1  Billie Rene' Frances Lillian Powers
   P.O. Box 1501
2  Newport Beach, California [92659]           2018 FEB 14  PM 3:05
3  949-374-4052
   *Plaintiff pro per*                         CLERK U.S. DISTRICT COURT
4                                              CENTRAL DIST. OF CALIF.
                                                      SANTA ANA
5       THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
                                               BY ___LAW___
6

7  **Billie Rene' Frances Lillian Powers,**    ) Case No. 8:17-CV-01386-DOC-KES
                                                ) Assigned to
8           **Plaintiff**                       ) District Judge: Hon. David O. Carter
                                                ) Courtroom 9D
9           vs.                                 ) Assigned Discovery Magistrate Judge:
                                                ) Hon. Karen E. Scott
10                                              )
   THE BANK OF NEW YORK MELLON                  )
11                                              ) Request TO SEAL
   FKA THE BANK OF NEW YORK; THE                ) AFFIDAVIT OF JANE DOE-1, WITNESS
12                                              ) FOR PLAINTIFF
   BANK OF NEW YORK MELLON, F/K/A               )
13
   THE BANK OF NEW YORK, AS
14
   TRUSTEE, ON BEHALF OF THE
15
   HOLDERS OF THE ALTERNATIVE
16
17 LOAN TRUST 2007-HY9, MORTAGE

18 PASS-THROUGH CERTIFICATES

19 SERIES 2007-HY9; THE BANK OF NEW
20
   YORK MELLON FKA THE BANK OF
21
   NEW YORK, AS TRUSTEE, FOR THE
22
23 CERTIFICATE HOLDERS CWALT INC.,

24 ALTERNATIVE LOAN TRUST 2007-HY9
25
   MORTGAGE PASS THROUGH
26

27

28
   1|Page ORDER TO SEAL AFFIDAVIT AND IDENTITY OF JANE DOE-
   1, WITNESS FOR PLAINTIFF

CERTIFICATES, SERIES 2007-HY9;

BANK OF AMERICA;

COMMONWEALTH LAND TITLE

INSURANCE; ALTERNATIVE LOAN

TRUST 2007-HY9; THE WOLF FIRM, A

LAW CORPORATION; QUALITY LOAN

SERVICING CORPORATION; SELECT

PORTFOLIO SERVICING INC. ; Jon

Secrist

DOES 1-1000

      DEFENDANTS

_____

**PLAINTIFF**, Billie Rene' Frances Lillian Powers, purposes to enter an affidavit of testimony of a witness for the Plaintiff, known herein as "Jane Doe-1". "Jane Doe-1" is giving expert witness to a National Security Issue and the issue cannot be discussed in public. The issue is regarding the Emergency Banking Act of 1933 and there is concern for the safety of the witness's identity, both reasons to seal the affidavit.

  The **Emergency Banking Act** (*the official title of which was the* **Emergency Banking** *Relief Act*), *Public Law 1, 48 Stat. 1 (March 9, 1933), was an **act** passed by the United States Congress in March 1933 in an attempt to stabilize the **banking** system.*

1  Jane Doe-1 has been a Federal Prosecutor and has been threatened in connection with her
2  employment during the aftermath of the meltdown.

4  This witness must be given under seal.

6  Dated February 14, 2018                              by: /s/ Billie Rene' Frances Lillian Powers
                                                         Billie Rene' Frances Lillian Powers
                                                         Plaintiff Pro Per

**PROOF OF SERVICE**

I, Dave McCrae, am over the age of 18 and not a party to this case. I have served this **PROPOSED ORDER TO SEAL AFFIDAVIT AND IDENTITY OF JANE DOE-1, WITNESS FOR PLAINTIFF** from Costa Mesa, California.

sxb@severson.com
aaf@severson.com
kea@severson.com
tph@severson.com
steven.dailey@kutakrock.com
cheri.marten@kutakrock.com
Jeffrey.gerardo@kutakrock.com
Michelle.west@kutakrock.com
rebecca.wilson@kutakrock.com
wendy.bonsall@kutakrock.com
gavin.tsang@bnymellon.com

By e-mail

Date: 14 February, 2018

_[signature]_

Dave McCrae
Address:
350 CLE RUN
BERTRAM TX 78605