FILED

Billie Rene' Frances Lillian Powers
P.O. Box 1501
Newport Beach, California [92659]
949-374-4052
*Plaintiff pro per*

2018 FEB 15  PM 2: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
SANTA ANA

BY LAW

## THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Billie Rene' Frances Lillian Powers,** | ) Case No. 8:17-CV-01386-DOC-KES |
| **Plaintiff** | ) Assigned to<br>) District Judge: Hon. David O. Carter<br>) Courtroom 9D |
| **vs.** | ) Assigned Discovery Magistrate Judge:<br>) Hon. Karen E. Scott |
| **THE BANK OF NEW YORK MELLON** | ) |
| **FKA THE BANK OF NEW YORK; THE** | ) **REQUEST BY PLAINTIFF FOR** |
| **BANK OF  NEW YORK MELLON,F/K/A** | ) **PERMISSION TO FILE A THIRD<br>AMENDED COMPLAINT** |
| **THE BANK OF NEW YORK, AS** | |
| **TRUSTEE, ON BEHALF OF THE** | |
| **HOLDERS OF THE ALTERNATIVE** | |
| **LOAN TRUST 2007-HY9, MORTAGE** | |
| **PASS-THROUGH CERTIFICATES** | |
| **SERIES 2007-HY9; THE BANK OF NEW** | |
| **YORK MELLON FKA THE BANK OF** | |
| **NEW YORK, AS TRUSTEE, FOR THE** | |
| **CERTIFICATE HOLDERS CWALT INC.,** | |
| **ALTERNATIVE LOAN TRUST 2007-HY9** | |
| **MORTGAGE PASS THROUGH** | |
| **CERTIFICATES, SERIES 2007-HY9;** | |

REQUEST BY PLAINTIFF FOR PERMISSION TO FILE A THIRD AMENDED COMPLAINT

1  **BANK OF AMERICA;**

2  **COMMONWEALTH LAND TITLE**

3  **INSURANCE; ALTERNATIVE LOAN**

4  **TRUST 2007-HY9; THE WOLF FIRM, A**

5  **LAW CORPORATION; QUALITY LOAN**

6

7  **SERVICING CORPORATION; SELECT**

8  **PORTFOLIO SERVICING INC. ; Jon**

9  **Secrist**

10 **DOES 1-1000**

11                  DEFENDANTS

12

13

14  _____

15  Honorable Judge Carter,

16

17  i, Billie Rene' Frances Lillian Powers, Plaintiff Pro Per in this case, am making this **REQUEST BY**

18  **PLAINTIFF FOR PERMISSION TO FILE A THIRD AMENDED COMPLAINT.**

19  Plaintiff is diligently seeking competent counsel and recognizes the need for the complaint to be

20  amended.

21

22  Thank you for your courtesy,

23  Date: February 15, 2018

24                                        By; Billie Rene' Frances Lillian Powers
                                          Plaintiff Pro Per

25

26

27

28
                          – 2 –
         REQUEST BY PLAINTIFF FOR PERMISSION TO FILE A THIRD AMENDED COMPLAINT

**PROOF OF SERVICE**

I, Dave McCrae, am over the age of 18 and not a party to this case. I have served this

**REQUEST BY PLAINTIFF FOR PERMISSION TO FILE A THIRD AMENDED**

**COMPLAINT.  Served by email from Costa Mesa, California**

sxb@severson.com
aaf@severson.com
kea@severson.com
tph@severson.com
steven.dailey@kutakrock.com
cheri.marten@kutakrock.com
Jeffrey.gerardo@kutakrock.com
Michelle.west@kutakrock.com
rebecca.wilson@kutakrock.com
wendy.bonsall@kutakrock.com
gavin.tsang@bnymellon.com

**Date: 15, February, 2018**

By: Dave McCrae
Address: