THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Billie Rene' Frances Lillian Powers
P.O. Box 1501
Newport Beach, California [92659]
949-374-4052
*Plaintiff pro per*

FILED 2018 FEB 15 PM 3:46

| | |
|---|---|
| **Billie Rene' Frances Lillian Powers,** | Case No. Case # 8:17-CV-01386-DOC-KES |
| Plaintiff Pro Per | |
| vs. | Assigned to |
| THE BANK OF NEW YORK MELLON | District Judge: Hon. David O. Carter |
| FKA THE BANK OF NEW YORK; THE | Courtroom 9D |
| BANK OF NEW YORK MELLON, F/K/A | Assigned Discovery Magistrate Judge: |
| THE BANK OF NEW YORK, AS | Hon. Karen E. Scott |
| TRUSTEE, ON BEHALF OF THE | **Plaintiff's Reply Opposing Docket #36; Defendants' Notice of Motion and Motion to Strike Portions of Plaintiff's Second Amended Complaint: Memorandum of Points and Authorities in Support Thereof; Declaration of Steven M. Dailey** |
| HOLDERS OF THE ALTERNATIVE | |
| LOAN TRUST 2007-HY9, MORTAGE | |
| PASS-THROUGH CERTIFICATES | |
| SERIES 2007-HY9; THE BANK OF NEW | |
| YORK MELLON FKA THE BANK OF | |
| NEW YORK, AS TRUSTEE, FOR THE | DATE: 5 March 2018<br>TIME: 8:30 am<br>DEPT: 9D |
| CERTIFICATE HOLDERS CWALT INC., | |
| ALTERNATIVE LOAN TRUST 2007-HY9 | |
| MORTGAGE PASS THROUGH | |

THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

CERTIFICATES, SERIES 2007-HY9;

BANK OF AMERICA;

COMMONWEALTH LAND TITLE

INSURANCE; ALTERNATIVE LOAN

TRUST 2007-HY9;  THE WOLF FIRM, A

LAW CORPORATION; QUALITY LOAN

SERVICING CORPORATION; SELECT

PORTFOLIO SERVICING INC. ; Jon

Secrist

_____DEFENDANTS_____

Judge David Carter–

We are in Opposition to **Defendants' Notice of Motion and Motion to Strike Portions of Plaintiff's Second Amended Complaint: Memorandum of Points and Authorities in Support Thereof; Declaration of Steven M. Dailey.**

Defendants claim violation of-

FRCP 12(b)(6) Failure to state a claim-

THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

In the Second Amended Complaint, we have stated our claims for – 1) Adverse Possession; 2) Cancellation of Instruments [Breach of Contract]; 3) Wrongful Foreclosure [Consumer Fraud]; 4) Restitution, Damages, and Costs of Action

FRCP 12(b)(7) Failure to name a party-

The parties are named in the caption of this action -

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK; THE BANK OF NEW YORK MELLON,F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE HOLDERS CWALT INC., ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-HY9; BANK OF AMERICA; COMMONWEALTH LAND TITLE INSURANCE; ALTERNATIVE LOAN TRUST 2007-HY9;  THE WOLF FIRM, A LAW CORPORATION; QUALITY LOAN SERVICING CORPORATION; SELECT PORTFOLIO SERVICING INC. ; JON SECRIST**

Within their motion, defendants are departing into case argument with their supply of Exhibits A-Z and AA-AN, and citations in support of their argument. We are here for procedural issues only regarding motion to dismiss.  None of

these exhibits or arguments have been reviewed or challenged. No pre-trial meetings have been attended.

Defendants state that they have never met with Plaintiff to discuss resolution of this case. Defendants' statement is correct. The Defendants have never met with Plaintiff, either individually or as a group, despite invitation to meet and greet on 4 February 2018, and 14 February 2018 per our memorandum of Defendants' non-Attendance at two scheduled meetings, filed on 14 February 2018. This is a fairly complex case, and we will try this case before a jury.

In Regards to **Declaration of Steven M. Dailey;** No Declaration is attached. We would oppose any declaration of Steven M. Dailey as hearsay and inadmissible.

We are requesting separately permission to file a Third Amended Complaint.

Respectfully,

Date: 15 February 2018        /Billie Rene' Frances Lilian Powers, pro per

**THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Case Number:  8:17-cv-01386-OC-KES

## PROOF OF SERVICE

**Reply Opposing Motion to Dismiss Docket #36, Defendants' Notice of Motion and Motion to Strike Portions of Plaintiff's Second Amended Complaint: Memorandum of Points and Authorities in Support Thereof; Declaration of Steven M. Dailey**

I, Dave McCrae, am over the age of 18 and not a party to this case. Process of Service was completed by e-mail from Costa Mesa, California.

sxb@severson.com
aaf@severson.com
kea@severson.com
tph@severson.com
steven.dailey@kutakrock.com
cheri.marten@kutakrock.com
Michelle.west@kutakrock.com
rebecca.wilson@kutakrock.com
wendy.bonsall@kutakrock.com
gavin.tsang@ bnymellon.com

Respectfully,

Date: 15 February 2018

by: Dave McCrae

350 Cee Run

Bertram, TX 78605

xstek99@gmail.com  / 512.557.0283