THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Billie Rene' Frances Lillian Powers
P.O. Box 1501
Newport Beach, California [92659]
949-374-4052
*Plaintiff pro per*

**Billie Rene' Frances Lillian Powers,**

    **Plaintiff Pro Per**

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK; THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE HOLDERS CWALT INC., ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS THROUGH

Case No. Case # 8:17-CV-01386-DOC-KES

Assigned to

District Judge: Hon. David O. Carter

Courtroom 9D

Assigned Discovery Magistrate Judge:

Hon. Karen E. Scott

**Plaintiff's Reply Opposing Docket #37; Request for Judicial Notice**

DATE: 5 March 2018
TIME: 8:30 am
DEPT: 9D

THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

CERTIFICATES, SERIES 2007-HY9;

BANK OF AMERICA;

COMMONWEALTH LAND TITLE

INSURANCE; ALTERNATIVE LOAN

TRUST 2007-HY9;  THE WOLF FIRM, A

LAW CORPORATION; QUALITY LOAN

SERVICING CORPORATION; SELECT

PORTFOLIO SERVICING INC. ; Jon

Secrist

_____DEFENDANTS_____


Judge David Carter–

We are in Opposition to Docket #37; Defendants' **Request for Judicial Notice**

Within their request, defendants are departing into case argument with their supply of Exhibits A-Z and AA-AN, and citations in support of their argument. We are here for procedural issues only regarding motion to dismiss.  None of these exhibits or arguments have been reviewed or challenged.  No pre-trial meetings have been attended.

THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

We have separately filed request for permission to file a Third Amended Complaint.

Defendants state that they have never met with Plaintiff to discuss resolution of this case. Defendants' statement is correct. The Defendants have never met with Plaintiff, either individually or as a group, despite invitation to meet and greet on 4 February 2018, and 14 February 2018 per our memorandum of Defendants' non-Attendance at two scheduled meetings, filed on 14 February 2018. This is a fairly complex case, and we will try this case before a jury.

We are requesting separately permission to file a Third Amended Complaint.

Respectfully,

Date: 15 February 2018    by Billie Rene' Frances Lilian Powers, pro per

THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Case Number: 8:17-cv-01386-OC-KES

## PROOF OF SERVICE

### Reply Opposing Docket #37; Defendants' Request for Judicial Notice

I, Dave McCrae, am over the age of 18 and not a party to this case. Process of Service was completed by e-mail from Costa Mesa, California.

sxb@severson.com
aaf@severson.com
kea@severson.com
tph@severson.com
steven.dailey@kutakrock.com
cheri.marten@kutakrock.com
Michelle.west@kutakrock.com
rebecca.wilson@kutakrock.com
wendy.bonsall@kutakrock.com
gavin.tsang@bnymellon.com

Respectfully,

Date: 15 February 2018

by: Dave McCrae

350 Cee Run

Bertram, TX 78605

xstek99@gmail.com / 512.557.0283