THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Billie Rene' Frances Lillian Powers
P.O. Box 1501
Newport Beach, California [92659]
949-374-4052
*Plaintiff pro per*

FILED 2018 FEB 15 PM 2:37

| | |
|---|---|
| Billie Rene' Frances Lillian Powers,<br><br>  Plaintiff Pro Per<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK; THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATE HOLDERS CWALT INC., ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS THROUGH | Case No. Case # 8:17-CV-01386-DOC-KES<br><br>Assigned to<br><br>District Judge: Hon. David O. Carter<br><br>Courtroom 9D<br><br>Assigned Discovery Magistrate Judge:<br><br>Hon. Karen E. Scott<br><br>**Reply Opposing Docket #38; Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint; Memorandum of Points and Authorities**<br><br>DATE:  5 March 2018<br>TIME:   8:30 am<br>DEPT:   9D |

THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

CERTIFICATES, SERIES 2007-HY9;

BANK OF AMERICA;

COMMONWEALTH LAND TITLE

INSURANCE; ALTERNATIVE LOAN

TRUST 2007-HY9;  THE WOLF FIRM, A

LAW CORPORATION; QUALITY LOAN

SERVICING CORPORATION; SELECT

PORTFOLIO SERVICING INC. ; Jon

Secrist

               DEFENDANTS

_____

_____

Judge David Carter–

We are in Opposition to Docket #38; **Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint; Memorandum of Points and Authorities**

Defendants recognize and accept proposed schedule change of hearing from 5 February 2018 to 5 March 2018

THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Within their motion, defendants are departing into case argument with their supply of Exhibits A-Z and AA-AN, and citations in support of their argument. We are here for procedural issues only regarding motion to dismiss. None of these exhibits or arguments have been reviewed or challenged. No pre-trial meetings have been attended.

Under FRCP Rule 12(d)

(d) RESULT OF PRESENTING MATTERS OUTSIDE THE PLEADINGS . If, on a motion under Rule 12(b)(6) or 12(c), matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion.

We have separately filed request for permission to file a Third Amended Complaint.

Respectfully,

Date: 16 February 2018            by Billie Rene' Frances Lilian Powers, pro per

THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Case Number: 8:17-cv-01386-OC-KES

**PROOF OF SERVICE**

**Reply Opposing Docket #38; Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint; Memorandum of Points and Authorities**

I, Dave McCrae, am over the age of 18 and not a party to this case. Process of Service was completed by e-mail from Costa Mesa, California.

sxb@severson.com aaf@severson.com
kea@severson.com tph@severson.com
steven.dailey@kutakrock.com
cheri.marten@kutakrock.com
Michelle.west@kutakrock.com
rebecca.wilson@kutakrock.com
wendy.bonsall@kutakrock.com gavin.tsang@bnymellon.com

Respectfully,

Date: 16 February 2018

by: Dave McCrae

350 Cee Run

Bertram, TX 78605

xstek99@gmail.com / 512.557.0283