**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 17-1386-DOC (KESx)          Date: March 5, 2018

Title: BILLIE RENE FRANCES LILLIAN POWERS V. THE BANK OF NEW YORK MELLON ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Dwayne Roberts | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO STRIKE [35] [36] [38]**

    On December 28, 2017, Defendants filed the Motions to Dismiss and a Motion to Strike (Dkts. 35, 36, 38). On January 8, 2018, Plaintiff substituted herself in as pro se counsel, having released her previous counsel. Plaintiff missed the January 15, 2018, deadline for filing an Opposition to Defendants' Motions. The Court advised Plaintiff that failure to file an opposition constitutes grounds under Local Rule 7-12 to grant a motion as unopposed. Nevertheless, in the interest of resolving the claims on their merits, the Court extended the deadline for Plaintiff's opposition to February 15, 2018. The Court warned Plaintiff that failure to timely file an opposition could result in dismissal of her case, and admonished Plaintiff to follow the Local Rules and timely file all future documents in this case.

    As discussed at the hearing on March 5, 2018, Plaintiff has failed to substantively oppose any of Defendants' arguments, and as a result the Court DISMISSES WITHOUT PREJUDICE Plaintiff's Second Amended Complaint. The Court has already gone out of its way multiple times to make accommodations for Plaintiff, given that she is pro se, and

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 17-1386-DOC (KESx)            Date: March 5, 2018
           Page 2

the Court will give Plaintiff one last chance. She may file a Third Amended Complaint no later than **March 19, 2018**. The Court expects that Defendants will respond to the Third Amended Complaint by once again filing Motions to Dismiss. This is entirely appropriate, and Plaintiff must respond to those Motions if she wants to proceed with the case. **Plaintiff is hereby warned that another failure to substantively oppose Defendants' Motions to Dismiss will result in dismissal of Plaintiff's claims <u>with prejudice</u>.** That means this case will be over and will never proceed to trial.

      The Clerk shall serve this minute order on the parties.

MINUTES FORM 11            Initials of Deputy Clerk
CIVIL-GEN