Angela Swan, #213793
THE LAW OFFICES OF ANGELA SWAN,
A PROFESSIONAL CORPORATION
21151 South Western Avenue, Suite 177
Torrance, CA 90501
Office Telephone: (310)755-2515
Facsimile:         (310)878-0349
Email:             aswan@angelaswanlaw.com

Attorney for Plaintiff Billie Rene Frances Lillian Powers

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Billie Rene Frances Lillian Powers<br>    Plaintiff,<br>vs.<br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; SELECT PORTFOLIO SERVICING, INC.; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COMMONWEALTH LAND TITLE COMPANY; JON SECRIST; NICHOLE CLAVADETSCHER; and DOES 1 to 10, inclusive,<br>    Defendants. | Case No. 8:17-cv-01386-DOC-KES<br><br>**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** |

NOTICE OF PENDENCY OF ACTION
(LIS PENDENS)
1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the above-entitled action, United States District Court, Central District of California, Southern Division-Santa Ana, Case No. 8:17-cv-01386-DOC-KES, commenced August 11, 2017; Verified Third Amended Complaint filed March 19, 2018, by Attorney Angela Swan, counsel for Billie Rene Frances Lillian Powers against Bank of America, N.A., et al. (Defendants), and remains pending.

Plaintiff alleges a real property claim affecting the real property commonly known as 40701 Ortega Highway, San Juan Capistrano, CA 92530, as APN 125-120-27, in the Office of the County Recorder of said county.

(See Attachment for Legal Description)

Plaintiff disputes Defendants' claim and asserts she is the true and equitable owner of said property.

DATED: March 19, 2018      Respectfully submitted,

**THE LAW OFFICES OF
ANGELA SWAN, A PROFESSIONAL
CORPORATION**

BY: _____
Angela Swan, Esq.,
Attorney for Billie Rene Frances Lillian Powers

APPROVED PURSUANT TO CAL. CIV. PROC. CODE. § 405.21

NOTICE OF PENDENCY OF ACTION
(LIS PENDENS)
2

EXHIBIT "A"

BEGINNING AT THE INTERSECTION OF THE WEST LINE OF THE EAST ONE-HALF OF SECTION 17, TOWNSHIP 6 SOUTH, RANGE 5 WEST, SAN BERNARDINO BASE AND MERIDIAN, AND THE RIVERSIDE AND ORANGE COUNTY BOUNDARY LINE, AS PER F.B. 113, PAGE 114, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, THENCE NORTH 33° 22' EAST, ALONG SAID BOUNDARY LINE, A DISTANCE OF 1533.47 FEET, MORE OR LESS, TO TRUE POINT OF BEGINNING, BEING AT THE SOUTHEASTERLY CORNER OF LAND CONVEYED TO MARCEL AND MALVINA CRISTIN BY DEED ON FILE IN BOOK 2089 PAGE 99 OF OFFICIAL RECORDS; THENCE NORTH 0° 03' 19" WEST, TO A POINT ON THE NORTH LINE OF SAID EAST ONE-HALF OF SAID SECTION 17, BEING AT THE NORTHEAST CORNER OF SAID LAND CONVEYED TO SAID PARCEL AND MALVINA CRISTIN; THENCE SOUTH 86° 50' EAST, ALONG THE NORTH LINE OF SAID EAST ONE-HALF OF SAID SECTION 17, A DISTANCE OF 487.03 FEET; THENCE SOUTH 0° 03' 09" EAST, TO THE INTERSECTION WITH THE SAID RIVERSIDE AND ORANGE COUNTY BOUNDARY LINE; THENCE SOUTH 33° 22' WEST, ALONG SAID BOUNDARY LINE, A DISTANCE OF 884.03 FEET, MORE OR LESS, TO THE TRUE POINT OF BEGINNING.