# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| Billie Rene' Frances Lillian Powers,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATION HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2007-HY9 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY9; SELECT PORTFOLIO SERVICING, INC.; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COMMONWEALTH LAND TITLE COMPANY; JON SECRIST; NICHOLE CLAVADETSCHER; and DOES 1 TO 10,<br><br>　　　　　Defendants. | Case No. 8:17-cv-01386 DOC (KESx)<br>Hon. David O. Carter<br>Ctrm. 9D<br><br>**ORDER CONTINUING HEARING ON MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT FILED BY DEFENDANT BANK OF AMERICA, N.A., TO MAY 21, 2018 [88]**<br><br>Action Filed:　September 20, 2017<br>Trial Date:　　None Set |

70000.3212/11163647.1

1

ORDER

**GOOD CAUSE APPEARING FROM THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:**

The hearing on the Motion to Dismiss Plaintiff's Third Amended Complaint filed by Defendant BANK OF AMERICA, N.A., successor by April 27, 2009 de jure merger with Countrywide Bank, FSB (erroneously sued as Countrywide Bank, FSB) in this matter is hereby continued to May 21, 2018 at 8:30 a.m. in Department 9D of the above-entitled Court.

**SO ORDERED.**

DATED: April 18, 2018

_/s/ David O. Carter_
Hon. David O. Carter
Judge, United States District Court
Central District of California