AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Billie Rene` Frances Lillian Powers )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 8:17-cv-01386-DOC-KES
BANK OF AMERICA, N.A. )
)
See Attached )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Quality Loan Service Corporation
Process Agent: Bounlet Louvan
411 Ivy Street
San Diego, CA 92101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney Angela Swan
21151 S. Western Avenue, Ste. 177
Torrance, CA 90501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 8, 2018                   /s/ Evelyn Synagogue

*Signature of Clerk or Deputy Clerk*

Angela Swan, #213793
THE LAW OFFICES OF ANGELA SWAN,
A PROFESSIONAL CORPORATION
21151 South Western Avenue, Suite 177
Torrance, CA 90501
Office Telephone: (310)755-2515
Facsimile: (310)878-0349
Email: aswan@angelaswanlaw.com

Attorney for Plaintiff Billie Rene Frances Lillian Powers

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Billie Rene` Frances Lillian Powers<br>　　Plaintiff,<br>　　vs.<br><br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; SELECT PORTFOLIO SERVICING, INC.; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COMMONWEALTH LAND TITLE COMPANY; JON SECRIST; NICHOLE CLAVADETSCHER; and DOES 1 to 10, inclusive,<br>　　　　Defendants. | Case No. 8:17-cv-01386-DOC-KES<br><br>**VERIFIED THIRD AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**(NOTICE OF PENDENCY OF ACTION (LIS PENDENS), PURSUANT TO CCP SECTIONS 405.20 AND 405.21 FILED CONCURRENTLY)** |

VERIFIED THIRD AMENDED COMPLAINT
1