Angela Swan, #213793
THE LAW OFFICES OF ANGELA SWAN,
A PROFESSIONAL CORPORATION
21151 South Western Avenue, Suite 177
Torrance, CA 90501
Office Telephone: (310)755-2515
Facsimile:        (310)878-0349
Email:            aswan@angelaswanlaw.com
Attorney for Plaintiff Billie Rene Frances Lillian Powers

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Billie Rene Frances Lillian Powers<br>　　　　Plaintiff,<br>　　vs.<br><br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; SELECT PORTFOLIO SERVICING, INC.; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COMMONWEALTH LAND TITLE COMPANY; JON SECRIST; NICHOLE CLAVADETSCHER; and DOES 1 to 10, inclusive,<br>　　　　Defendants. | Case No. 8:17-cv-01386-DOC-KES<br><br>District Judge: Hon. David O. Carter<br>Courtroom:　　9D<br><br>**PLAINTIFF'S NOTICE OF LODGMENT FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS**<br><br>Third Amended Complaint Filed: 3/19/2018<br>Hearing Date: March 21, 2018<br>Hearing Time: 8:30 a.m. |

---

PLAINTIFF'S NOTICE OF LODGMENT FILED IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

1

**TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Billie Rene Frances Lillian Powers, hereby lodges the following documents in support of Plaintiff's Opposition to Defendant BANK OF AMERICA, N.A.'S MOTION TO DISMISS:

1. Plaintiff's Opposition to Defendant's Motion to Dismiss, Table of Contents;
2. Plaintiff's Proposed Order Denying Defendant's Motion to Dismiss;
3. Declaration of Billie Rene Frances Lillian Powers in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss.

DATED: May 8, 2018                    Respectfully submitted,

                                      **THE LAW OFFICES OF
                                      ANGELA SWAN, A PROFESSIONAL
                                      CORPORATION**

                          BY: _____
                                      Angela Swan, Esq.,
                                      Attorney for Billie Rene Frances Lillian
                                      Powers

PLAINTIFF'S NOTICE OF LODGMENT FILED IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS