# TABLE OF CONTENTS

| | | Page |
|---|---|---|
| I. | INTRODUCTION | 4 |
| II. | FACTUAL BACKGROUND | 5 |
| III. | LEGAL ARGUMENT | 6 |
| | A. Legal Standard for Joinder of Claims | 6 |
| | B. Derivative Transactions | 7 |
| | C. Federal Savings and Loan Associations Provisions | 8 |
| | D. Basel Accord III Limited To International Banking | 11 |
| |     1. Publication ID: Fall 2014- LENDING LIMITS | 12 |
| |     2. Basel Accord III Jurisdiction | 12 |
| | E. The Federal Reserve Act Section 25 "Bank" Restriction | 13 |
| | F. Bank Holding Company | 14 |
| | G. Supervision of U.S. Operations of Foreign Banks and Other International Banking Entities | 14 |
| | H. Edge Act Corporations/Foreign Banking Entities | 15 |
| |     1. Examples of Edge Act Corporations or Foreign Banking Entities | 15 |
| | I. Liability of Directors and Officers of Member Banks | 20 |

# TABLE OF CONTENTS CONT.

**Page**

J. False Representations as to Liability of United States for Acts of Corporation; Punishment ... 21

K. Good Cause Exists for Joinder of Banking Fraud Violation Claims ... 21

    1. Violation of 18 U.S. Code § 1005, Bank Entries, Reports and Transactions ... 21

    2. Violation of 18 U.S. Code § 1006, Bank Entries, Reports and Transactions ... 23

    3. Violation of 18 U.S. Code § 1341, Frauds and Swindles ... 23

    4. Violation of 18 U.S. Code § 880, Receiving the Proceeds of Extortion ... 24

    5. Violation of 18 U.S. Code § 1957, Transactions in Property Derived from Specified Unlawful Activity, RICO ... 24

IV. PRAYER FOR RELIEF ... 24

V. CONCLUSION ... 25

## TABLE OF AUTHORITIES

**Federal Cases**                                                                **Pages(s)**

*Bank-America Corp. v. United States,*
    462 U.S. 122 (1983)                            14

*Fidelity Fed. S. & L. v. De la Cuesta,*
    458 U.S. 141 (1982)                            6

*United States v. Mersky,*
    361 US 431, 437, 438 (1959)                  21

**Federal Statutes**

12 U.S. Code § 25b                                   6

12 U.S. Code § 84                                     10

12 U.S. Code § 375a                                6

12 U.S. Code § 461(b)                             5

12 U.S. Code § 503                                   2, 20

12 U.S. Code § 601                                   5, 15

12 U.S. Code § 615                                   17

12 U.S. Code § 631                                   2

12 U.S. Code § 1442                                12

12 U.S. Code § 1462                                9

12 U.S. Code § 1462a                             9, 12

# TABLE OF AUTHORITIES CONT.

| Federal Statutes | Page(s) |
|---|---|
| 12 U.S. Code § 1463 | 9, 12 |
| 12 U.S. Code § 1463(a)(2) | 12 |
| 12 U.S. Code § 1464 | 9, 12 |
| 12 U.S. Code § 1464(u) | 12 |
| 12 U.S. Code § 1465 | 12 |
| 12 U.S. Code § 1467a | 9, 12 |
| 12 U.S. Code § 1701j-3 | 9 |
| 12 U.S. Code § 1811(c) | 13 |
| 12 U.S. Code § 1828 | 9 |
| 12 U.S. Code § 1843, (F)(III) | 14 |
| 12 U.S. Code § 3803 | 9 |
| 12 U.S. Code § 3806 | 9 |
| 12 U.S. Code § 5412(b)(2)(B) | 9 |
| 18 U.S. Code § 880 | 2, 24, 25 |
| 18 U.S. Code § 1005 | 2, 21, 25 |
| 18 U.S. Code § 1006 | 2, 23, 25 |

# TABLE OF AUTHORITIES CONT.

**Federal Statutes**                                           Page(s)

18 U.S. Code § 1341                                            2, 23, 25

18 U.S Code § 1957                                             2, 24, 25

42 U.S. Code § 4106                                            9

**Federal Rules**

Federal Rule of Civil Procedure, Rule 18(a)                    6

**Code of Federal Regulations ("C.F.R.")**

12 C.F.R. § 32.2                                               7

12 C.F.R. § 32.3                                               8

12 C.F.R. § 34                                                 12

12 C.F.R. § 141.11                                             9

12 C.F.R. § 211.6                                              17

12 C.F.R. § 211.7                                              18

12 C.F.R. § 211.10                                             20

12 C.F.R. § 211.105                                            18

12 C.F.R. § 223.33                                             7


# TABLE OF AUTHORITIES CONT.

| Code of Federal Regulations ("C.F.R.") | Page(s) |
|---|---|
| 12 C.F.R. § 204 | 10 |
| 12 C.F.R. § 223.51 | 7 |
| 12 C.F.R. § 250.143 | 14 |
| 12 C.F.R. § 501.12 | 10 |
| 12 C.F.R. § 501.13 | 11 |
| 12 C.F.R. § 159 to 161 | 12 |
| 12 C.F.R. § 560 | 9 |
| 12 C.F.R. § 560.10 | 10 |
| 12 C.F.R. § 560.11 | 10 |
| 12 C.F.R. § 560.33 | 10 |
| 12 C.F.R. § 560.34 | 10 |
| 12 C.F.R. § 560.35 | 10 |