# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 9 2018

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  David O. Carter

From: Lori (Intake)  , Deputy Clerk    Date Received: 7/9/2018

Case No.: SACV17-01386 DOC(KESx)    Case Title: Billie Powers v. The Bank of New York Mellon, et al

Document Entitled: Certification and Notice of Interested Parties filed by Bryon Romstadt

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1    Documents must be filed electronically
- ☐ Local Rule 6-1    Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1    Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7    Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1    Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2    Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5    No letters to the judge
- ☑ Fed. R. Civ. P. 5    No proof of service attached to document(s)
- ☑ Other:  Filer is not a party to the case

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

7-9-18    /s/ David O. Carter
Date    U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

**NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER**

Bryon Romstadt
1634 Wayne
Toledo Ohio 43609
419 280 4480

Attorney Carson A Roth Fuss
P.O. Box 5480
Cincinnati Oh 45201-5480
For HSBC Bank USA National Assoc.
c/o Bank of America
7105 Corporate Drive Plano TX 75024

**ATTORNEY(S) FOR:**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Billie Rene` Frances Lillian Powers | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:17-cv-01386-DOC-KES |
| v. | |
| BANK OF AMERICA, N.A., THE BANK OF NEW YORK MELON F/K/A THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9; SELECT PORTFOLIO SERVICING, INC ; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., COMMONWEALTH LAND TITLE COMPANY, JON SECRIST; NICHOLE CLAVADETSCHER; AND DOES 1 TO 10 INCLUSIVE | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s). | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Bryon Romstadt__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Bryon Romstadt  My motion to Court Sue DeWitt  Please Accept my case, my Personal Rights! | I Filed my enclosed Habeus Corpus in County of Lucas in Ohio was Rejected against my Personal Rights Life Liberty Pursuit of Happiness - Right to Petition was Denied - Common Law Right. I included this into this case - Now Joinder Case Bank Fraud) |

7-2-2018
Date

Signature: B.R.

Attorney of record for (or name of party appearing in pro per): B.R.

RECEIVED BUT NOT FILED
JUL -9 2018
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY: ___ DEPUTY

\* \* \* Communication Result Report ( Jun. 6. 2018 12:51PM ) \* \* \*
                                                            1)
                                                            2)

Date/Time: Jun. 6. 2018 12:44PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0437 | Memory TX | 4192134181 | P. 7 | OK | |

Reason for error
 E. 1) Hang up or line fail            E. 2) Busy
 E. 3) No answer                        E. 4) No facsimile connection
 E. 5) Exceeded max. E-mail size        E. 6) Destination does not support IP-Fax



Dawn,
Judge Bates
Faxed - 6-6-2018
Tender of Payment: Unconditional offer to Pay exact Amount to Satisfy A Debt, In Lieu of Actual Payment. A Tender of Payment May Save Tendering Party From Penalty For Non Payment, If Other Party Refuses Without Just Cause. Government Obligation UCC-1603
2-Payments MADE as Noticed

Stop The Sale
Payment was MADE
This is under Color of Law - I Did Not Make these Rules up.
Congress Did
Exercising my Rights UCC 1-308
UCC 1-103
Faxed 419 213 4181
15 - [signature]

```
* * *  Communication Result Report ( Jun. 15. 2018 10:55AM ) * * *
                                                                   1)
                                                                   2)

Date/Time: Jun. 15. 2018 10:53AM

File                                                                        Page
No.  Mode         Destination                    Pg(s)      Result         Not Sent
------------------------------------------------------------------------------------
0517 Memory TX    4192134181                     P. 11      OK




----------------------------------------------------------------------------------
Reason for error
  E. 1) Hang up or line fail           E. 2) Busy
  E. 3) No answer                       E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size       E. 6) Destination does not support IP-Fax
```

Lucas Common Pleas, Lucas County Ohio

| HSBC BANK USA NATIONAL ASSOCIATION | Case No. G-4801-CI-0201801180-000 |
| PLAINTIFF | |
| VS. | |
| BRYON L ROMSTADT | JUDGE JAMES D. BATES |
| DEFENDANT | |

### Remedy Affidavit

#### Writ of Habeas Corpus common law right/remedy

1. Habeas Corpus was adopted by the United States of America under common law remedy and not a statutory remedy.

2. Habeas Corpus predates any statutory schemes by Congress and according Northwest Ordinance (Ohio) this right (which is not a privilege) is available and can never be suspended.

3. The Northwest Ordinance of 1787 is the foundation for the United States constitution of America, and that instrument was founded under common law and the sovereign authority of the United States Congress.

4. And as per the general principles of lawmaking, Congress has no authority to repeal the Northwest Ordinance, The Constitution for/of the Unified States of America, the right of the people to seek redress via Habeas Corpus.

5. The right to petition government i.e. the sovereign was envisioned by the framers of the constitution in the Northwest Ordinance, for they specifically made it clear in both instruments the right to petition Habeas Corpus i.e. a correction of unlawful servitude and/or constraints of an individual's liberties, by clearly stating Congress could never make a law against such, ergo they could never amend the right to such a guarantee.

6. The right to petition government i.e. the sovereign is a secured right, a common law right that is utilized when exercised a right that cannot be heard in equity.

7. The right to petition for Habeas Corpus is not an equitable right, but a right that is fundamental to treaties, constitutions, Due Process and the equal protection clauses, as well as the right to Life, Liberty, and Pursuit of Happiness

**COMMON LAW JURY TRIAL DEMANDED**

# LUCAS COUNTY COMMON PLEAS COURT
CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION
**FILING TYPE:**          **FORECLOSURE**

BRYON L ROMSTADT
1634 WAYNE STREET
TOLEDO, OH 43609

G-4801-CI-0201801180-000
JUDGE: JAMES D. BATES

You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service or to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

**PLAINTIFF(S)**
HSBC BANK USA NATIONAL ASSOCIATION
C/O BANK OF AMERICA NA
7105 CORPORATE DRIVE
PLANO, TX 75024

**ATTORNEY FOR PLAINTIFF(S)**
CARSON A ROTHFUSS
PO BOX 5480
CINCINNATI, OH 45201-5480

Date: January 19, 2018

BERNIE QUILTER
CLERK OF COURTS

_____, Clerk

---

**ARE YOU THE HOMEOWNER IN THIS CIVIL ACTION?**

**INTERESTED IN MEDIATION?**

Call: 419-213-4731

Homeowner/complete and return the enclosed form

**HAVE OTHER QUESTIONS?**

Visit www.savethedream.ohio.gov to obtain information on actions you may take when you are facing foreclosure

---

G-4801-CI-0201801180-000   BRYON L ROMSTADT   Generated: January 19, 2018

## Lucas Common Pleas, Lucas County Ohio

| | |
|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION | Case No. G-4801-CI-0201801180-000 |
| PLAINTIFF | |
| VS. | |
| BRYON L ROMSTADT | JUDGE JAMES D. BATES |
| DEFENDANT | |

## Remedy Affidavit

## Writ of Habeas Corpus common law right/remedy

1. Habeas Corpus was adopted by the United States of America under common law remedy and not a statutory remedy.

2. Habeas Corpus predates any statutory schemes by Congress and according Northwest Ordinance (Ohio) this right (which is not a privilege) is available and can never be suspended.

3. The Northwest Ordinance of 1787 is the foundation for the United States constitution of America, and that instrument was founded under common law and the sovereign authority of the United States Congress.

4. And as per the general principles of lawmaking. Congress has no authority to repeal the Northwest Ordinance, The Constitution for/of the Untied States of America, the right of the people to seek redress via Habeas Corpus.

5. The <u>right to petition</u> government i.e. the sovereign was envisioned by the framers of the constitution in the Northwest Ordinance, for they specifically made it clear in both instruments the <u>right to petition</u> Habeas Corpus i.e. a correction of unlawful servitude and/or constraints of an individual's liberties, by clearly stating Congress could never make a law against such, ergo they could never amend the right to such a guarantee.

6. The right to petition government i.e. the sovereign is a <u>secured right</u>, a <u>common law right</u> that is utilized when exercised a right that cannon be heard in equity.

7. The right to petition for Habeas Corpus is not an equitable right, but a right <u>that is fundamental to treaties, constitutions</u>, <u>Due Process</u> and the <u>equal protection clauses</u>, as well as the <u>right to Life, Liberty, and Pursuit of Happiness</u>

**COMMON LAW JURY TRIAL DEMANDED**

8. Writ of habeas Corpus is a petition to the sovereign government asking that body to intercede on behalf of a citizen

9. Recognizing the fact that the Writ of Habeas Corpus is a civil proceeding, the right to a trial by jury exit even within the confines of such a proceeding under the principles outlined in the Constitution for the United States of America.

10. Acting as we do in recognizing that common law still exist in the United States of America (see: memorandum of law section below),we know that the American government **represents the people** and the wishes of the people, then one would have the right to petition the people i.e. common law jury (see memorandum of law below), to a jury of Talsemen to be called, Impaneled and sworn to try the issue in this Case.

11. In the United States of America, it has been well-founded that the sovereignty resides in The People, the definition for The People is "the Common National Community", for even the word community comes from the word common i.e., common law and unity i.e. government.

12. The Right to petition for a Writ of Habeas Corpus never exclude the right to a jury trial, as this was an adopted common law, whereby individuals normally would petition the king, there can be no such entity in the United States of America, and because the sovereignty of the United States of America rest in "The People " "National Community" I have the absolute right to bring this civil matter before that body a was had a done in the credit River matter, with the borders of the great state of Ohio, a common law state, an I am exercising my rights concisely along with any reservations and retentions necessary to effectuate my interest in obtaining justice according to its Declaration of Independence standard the Northwest Ordinance standard the United States of America Constitution and Organic Republican form standards and the Biblical Standards!

## Jurisdiction of the Court

13. This court is under its obligation to recognize that the original jurisdiction for the United States is common law and as a result each Constitution is founded under common law, as it is mandated that every state must recognize the common law Bill of Rights which guarantees everyone their rights by securing them with in the frame work of that document. This court under such recognition has original jurisdiction at common law, and is at common law that I preen this my petition for redress.

14. This court has jurisdiction under seventh amendment of the constitution of the United States of America Constitution the Northwest Ordinance article 3, and the Declaration of Independence.

15. This court has the ability and capacity for operating , and acting in a common law capacity the same as the court did in the case associated hereto and inclusive by reference in the memorandum of law section of this presentment

16. <u>The court however, does not have the authority to deny, ignore, and refuse a redress petition</u>, because such an act would equate to converting a secured right into a privilege which would make the act in and of

itself, without delegation of authority, unconstitutional. For the court was put in place for this very purpose, and cannot ignore the purpose for which it has been put in place.

### The right to property and not the privilege to property

17. So envisioned by the framers of the Constitution and the Northwest Ordinance was the right to the possession for one's own property, that has come to be known as the right not the privileged to property

18. A Privilege is not a right, a right is an entitlement, and a right to property, the right to life, the right to liberty, and a restraint of one's property is restraint of one's own liberty, or the **foundational principles** and any statue, rule and/or regulations that speaks to the contrary is repugnant of the Constitution and the Northwest Ordinance and cannot be utilized without violating the law of nature, the law of nations and the treaties an or other contracts instituted within the borders of United States of America, its possessions territories, interests public or otherwise.

### ACTS/STATUS/REGULATIONS/CODES
### Challenge to unconstitutional

19. In 1933 on or about March 3rd, the president of the United States Theodore Roosevelt instituted a proclamation (number 2038) convening a special joint session of the United States Congress in general assembly, scheduled March 9,1933.

20. On March 6,1933 the president of the United States issued a second proclamation, declaring a national (meaning nationwide/all-encompassing) bank holiday, that was to take effect March 9th 1933.

21. Before the Presidents proclamation could take effect on March 9, 1933; the United States Congress announced to all of the world and the nation that the United States was in a State of A National Banking Emergency i.e. bankruptcy ( for validation of this please see congressional records associated with the national emergency act, where by Congress admitted that the nation has been in a state of national emergency since 1933, and by that act continued this ongoing serious national emergency).

22. Thereby making the proclamation of the president (2038-2040) public law

23. It was at this very point that Congress announced that it was commandeering, seizing control of all the people, their assets, and their properties.

> A. Senate Report 93-549, July 24th 1973 "Since March 9,1933. The United States has been in a state of declared national emergency" " These hundreds of statues and delegate to the President extraordinary powers exercised by congress, which affect the lives of American citizens in a host of all-encompassing manners. This vast range of powers taken together, confer enough authority to rule this

### Country without reference to the constitutional process."

B. Congress own words "…We are here now in chapter 11. Members of Congress are official trustees presiding over the greatest reorganization of any bankrupt entity in the world history the U.S. Government" Congressional Record March 1933 17 P H . -1303

C. You will say "that's not true, the United States is not bankrupt, the United States is not in bankruptcy', however Congress has admitted this, and when it was stated on the Congressional floor no one rebutted it now 25 years later, remembering that it is now part of the Federal Registry, part of the congressional records, it cannot be denied for the rebuttal period, and statue period of limitations has been terminated.

D. The Federal Government has stated officially "that legal tender has no value in the United States during the pending bankruptcy, since 1933 -Federal Reserve notes are not redeemable …and receive no backing by anything This has been the case since 1933. The notes have no value for themselves' an official website of the of the United States government . The government must provide a remedy for the current crisis . am I to understand that this court does not recognize the obligations of the government and that all the debt in the United States is construed as "government obligations"?

E. If the answer to the proceeding question is no, that the matter did not involve a "government obligation" then please explain the congressional intent with reference to the following congressional notes of the Congressional record for the enactment of the March 9,1933 EMERGENCY ECONOMIC BANKING RELIEF ACT:

F. The owner ship of all property is in the states…."Senate Document No. 43 73rd Congress 1st session

G:"Under the new law the money is issued to the banks in return for government obligations…The Money will be worth 100          cents on the dollar, because it is backed by the credit of the nation. It will represent a Mortgage on all the homes and other property of all the people of the nation Congressional Record, March 9,1933 on HR 1491 p.83;see 12 usc411?

H. "Am I correct in understanding that the government is obligated to supply and provide a remedy to the national community otherwise known as a whole and individually?

I. And if they are not to provide a remedy , does this not defeat the purpose for which they stand as a representatives?

24. Constitution question and administrative procedural challenge continued "Did the Congress have authority to delegate its congressional powers of the United States or any branch of the government. Could Congress delegate and/or confer authority to rule a sovereign, representing the legislative branch of government to the administrative or executive branch of government?

25. When Congress admitted in 1973 that they had indeed as a body, as a group as a representative branch of government acted unconstitutionally, did such acts and or acts invalidate the subsequent acts created as a result of the original unconstitutional act['s]? Keep in mind the forbidden fruit doctrine.

Bankruptcy Protection provisions and extensions

26. As a result of the unconstitutional EMERGENCY ECONOMIC BANKING RELIEF ACT, the United States Congress in general assembly declared a national banking emergency i.e. National Banking Holiday, which was serious enough to halt all banking activities, this created a haven for the people, a remedial avenue until such time as such emergency was declared no longer necessary, did not?

27. Since THE NATIONAL BANKING HOLIDAY of March 9, 1933 is still EXTANT, as was the congressional intent as highlighted in the emergencies act, this would equate to the fact "that government was to have provided a remedy for the people before they...."The ownership of all property is in the state..."Under the new law the money is issued to the banks in return for government obligations... The money will represent a **mortgage** on all the homes, and...of all the people of the nation. "Congressional Record, March 9, 1993 on HR1491 p.83; see 12 USC411?

28. In the real estate market, the real estate scheme, the protections that have been put in place by the legislature are being overridden by the court's failure to recognize these prohibitions. The prohibitions instituted by the law makers i.e. Congress have been subjected by equitable decisions that are not equitable.

29. For instance, in the Great State of California there is a tax and revenue code, this tax and revenue code specially highlights "that the tax and revenue form 502a must be completed before the transfer of ownership rights to any property can be perfected" , this has not been compiled with the respects the properties for which I the petitioner exercise power of attorney. The failure to comply with the statutory scheme implemented by Congress has resulted in a restraint on my ability to carry out my duty as attorney-in-fact, this constraint or restraint on liberties is unconstitutional, and there is no remedial course in law capable of correcting.

A. California Tax and Revenue Code 480.3 www.search-california-law.com/research/ca/RTC/480.3./Cal-Rev--Tax-Code-Section-438.3/text.html

30. It has already been adjudicated at common law, that the banks during this BANKING HOLIDAY do not lend money, they what is referred to as "Bookkeeping Entry CREDIT", nowhere within the framework of the Constitution or within the framework of any statutory scheme does a bookkeeping entry translate to "money" with reference to "money" with reference to property and loans

31. BOOKKEEPING ENTRY CREDIT, is unconstitutional and unlawful.

32. "Even if the Defendant could be charged with a waiver of estoppel as a matter of Law this is no defense to plaintiff. The Law leaves the wrong doers where it finds them. See sections 50,51 and 52 of Am Jur 2nd "Actions" on page 54- **"no action will lie to recover on a claim based**

33 Plaintiff's act of creating credit is not authorized by the Constitution and Laws of the United States, is unconstitutional and void, and is not a lawful consideration in the eyes of the Law to support anything or upon which lawful right can be built.

34. If the bookkeeping entry of credit was unlawful in 1964 and was never consideration which is always necessary in contract i.e. simple contract includes value and consideration, and a contract is void if it does not include the aforementioned; then it is unconstitutional in this instance, which means the party holding our right to property and restraints actions are unconstitutional, does not constitute a perfection of title a perfection of claim, and is a breach of fiduciary duty. We are entitled to a judgmental Declaratory form, which secures the ownership of the property, directing the county recorder to clear title of any encumbrances henceforth. For until the National Emergency is declared finally over, no longer extant, the Federal Reserve's recourse at law in statue, for statue, provides an equable remedy for the Federal Reserve and it members banks (see:12 USC 411, as the Federal Reserve and it members at an option from the beginning, its an option that they can utilize continually. It is alleged that they have done so in this instance and failed to document the record, which means they have brought a constructive and fraudulent claim. And as is known under maximum law if they have acted with dishonesty the court cannot reward their dishonesty.

35. Because of failure on the part of respondents, they are estopped from raising any claims or rebutting any documentation sent them previously the statue of limitation has run its course

## Flagrant Breach of Fiduciary Duty

36. The Law requires that the property have mortgage default insurance, and I this dispute the fact that we are in a current economic Banking Emergency, and this Emergency which has suspended all banking activities until the "BANKING HOIDAY", is declared over by the actual repeal if the March 9, 1933 act, Which the United States Congress and Gen assembly has elected not to do (this was the precise reason for the national emergency act, the congressional reports associated thereto, as Congress documented the fact that it was necessary to continue the March 9,1933 act until further notice.

37. Be that a it may, and that is not to say that we do not believe that the act aforementioned and the act for the trustee are unconstitutional it is so bring forth the point that the mortgage default insurance otherwise known as mortgage insurance being required for all government obligations associated with properties, carry with them, insurance against default. Each of the aforementioned properties have such insurance associated with them.

38. The trustee has a policy one that is not part of the original agreement, to forgo applying for the insurance claim, insurance which I specifically there "TO PROTECT THE LENDER SHOULD THE BORROWER DEFAULT" keeping in mind that the main responsibility is to protect the lender and its investments.

39 By electing to forgo following an insurance claim, the trustee under his assumed authority is acquiescing to the fact that there was never any loan to be insured against it in the first instance, Please see the memorandum of law verified proof of the unconstitutional practices of the financial institution and those who act as trustees for these agencies.

40. By electing to foreclose which is already been determined to be a final act no a first act, the trustee on behalf of the lender/beneficiary is violating the terms of the agreement, and intent of the grantor which is law of trust.

41 Deed trust is no more than a common-law trust, having all elements of a trust, the language is trust the characteristics of trust, if it walks like a trust , looks like a trust , it is a trust not just words only.

42. Because there is a trust relationship, a trust agreement the "grantor's intentions is law of the trust"

43. In every instance, and every deed of trust, in every relationship with every financial institution, there is a clause that highlights mortgage insurance is there to protect the lender. And because each of these loans are government secured loans i.e. the government has promised the banks that they would protect their investment for lending the government sponsored loan in the first instance, the financial institutions refuse to reveal the true accounting to prove that there is no outstanding balance with reference to any of the associated presumed mortgages

44. Again the intentions of the United States Congress in general assembly was that every mortgage in America would be construed as a government obligations carrying with it the full faith and credit of the nation.

45. Since there is a representation of a mortgage on all the homes and all of the people in the United States of America , and since these mortgages represent a "Government Obligations every so called foreclosure against any American Citizen is deemed to be unconstitutional and against the law without specific authorization and authority from the United States to Act instead. And no privately held, privately run organization can act on behalf of a sovereign because the sovereign must only represent the public interest and never private interest with respect to the United States of America and the government represented thereby

## MEMORANDUM OF LAW:

SINCE THE ONLY LAW THAT IS APPLICABLE IN COMMON LAW CASE, IS THE COMMON LAW. I HEREBY HAVE MY OWN VOLITION INCORPORATE THE FOLLOWING COMMOM LAW INTO THE BODY OF THIS PRESENTMENT, AND STATE CLEARLY, PROFESSIONALLY, AND SUCCINCY, THAT IT HAS STOOD FOR 50 YEARS, AND HAS NEVER BEEN OVERTURNED, AND THE PRINCIPLES AND RULES OF THE COMMON LAW, THE NORTHWEST ORDINENCE WHICH AS YOU CAN SEE THE COURT SAID IT RELIED UPON, WHICH MEANS THE NORTHWEST ORDINANCE WAS STILL IN EFFECT AND THIS STAGE, AT THIS DATE, THE MAHONEY CREDIT RIVER DECISIONE:

IN THE JUSTICE COURT STATE OF MINNOSOTA COUNTY OF SCOTT TOWNSHIP
CREDIT RIVER JUSTICE

MARTIN V MAHONEY (JUSTICE PROVIDING)

FIRST NATIONAL BANK OF MONTGOMERY (PLAINTIFF)

VS

JEROME DALY                      (DEFENDANT)

**Trial by jury**

The above entitled action came on or before the Court and the Jury of 12 on December 7,1968 at 10:00 am. Plaintiff appeared by its President Lawrence V. Morgan and was represented by its counsel, R. Melby. Defendant appeared on his own behalf.  A jury of Talesmen were called, impaneled and sworn to try the issues in the Case. Lawrence V. Morgan was the only witness called for the Plaintiff and Defendant testified as the only witness in hi own behalf.   Plaintiff brought out this as a common law action for recovery of the possession of lot 19 Fairview Beach,  Scott County, Minn. Plaintiff claimed title to the Real Property in question by the foreclosure of a note and mortgage deed  dated May 8 1964  which plaintiff claimed was in default at the time of foreclosure proceedings were started.

Defendant appeared and answered that the plaintiff created the money and credit upon its own books by bookkeeping entry as the consideration for the Note and Mortgage of May 8, 1964 and alleged failure of the consideration for the Mortgage deed and alleged that the Sheriffs sale passed no title to plaintiff

The issues tried to the jury were whether there was a lawful consideration and whether Defendant waived his rights to complain about the consideration having paid on the Note for almost 3 years.

Mr. Morgan admitted that all of the money on the credit which was used as a consideration was created upon their books, that this was standard banking principles exercised by their bank in combination of Federal Reserve Bank of Minneapolis, and private Bank, further that he knew of no United States Statue of Law that gave the Plaintiff the authority to do this. Plaintiff further claimed that defendant by using the ledger book created a credit and by paying on the Note and Mortgage waived any right to complain about the Consideration and that the Defendant was estopped from doing so.

At 12:15 on December 7, 1968 the Jury returned a unanimous verdict for the Defendant.

Now therefore, by virtue of the authority vested in me Pursuit to the Declaration of Independence , the Northwest Ordinance of 1787, the Constitution of the United States and the Constitution and the laws of the state of Minnesota not inconsistent therewith;

IT IS HEREBY ORDERED AND, ADJUDGED AND DECREED:

1. That the Plaintiff is not the entitled to recover the possession of lot 19, Fairview Beech, Scott County, Minnesota according to the Plat...thereof on file in the Register of Deeds office.

2.That because of failure of lawful consideration the Note and Mortgage Dated May 8th ,1964 are null and void.

3.That the Sheriff Sale of the above described premises held on June 26 1967 is null and void.

4.That the Plaintiff has no right title or interest in said premises or lien thereon as is above described

5 That any provision in the Minnesota Constitution and any Minnesota Statue binding the Jurisdiction of this court is repugnant to the Constitution of the United States and to the Bill of Rights of the Minnesota Constitution is rule and that this court has jurisdiction to render a complete Justice in this Cause.

The Following memorandum and supplementary memorandum made  filed by this Court is support of this judgement is hereby made part of by reference .

BY THE COURT

Dated December 9,1968

Justice MARTIN V. MAHONEY Credit River Township Scott County, Minnesota

MEMORANDUM

The issues in this case were simple. There was no material dispute of the facts for the jury to resolve.

Plaintiff admitted that it, in combination with the Federal Reserve Bank of Minneapolis , which are for all practical purposes, because of their interlocking activity and practices, and both being Banking Institutions Incorporated under the laws of the United States, are in the law to be treated as one and the same Bank, did create the entire $14,000 in money or credit upon its own books by bookkeeping entry. That this was the Consideration used to support the Note dated May 8,1964 and the Mortgage of the same date. The Money and credit first came into existence when they created it. Mr. Morgan admitted that no United States Law Statue existed which gave him the right to do this. A lawful consideration must exist and be tendered to support the Note. See Ansheuser-Busch Brewing Company V. Emma Mason, 44 min. 318,46 N.W. 558.  The jury found that there was no consideration and I agree. Only God can created something of value out of nothing.

Even if the Defendant could be charged with waiver or estoppel as a matter of law this is no defense to the Plaintiff.  The Law leaves wrongdoers where it finds them.  See sections 50,51,and 52 of Am Jur 2nd "actions" on page 584 . NO ACTION WILL LIE to recover on a claim based upon, or in any manner depending upon a fraudulent illegal immoral transaction or contact to which Plaintiff was a party

Plaintiff's  act of creating credit is not authorized by the constitution and the laws of the United States, is unconstitutional and void, and is not lawful consideration in the eyes of the law to support anything or upon which any lawful right can be built.

Nothing in the Constitution of the United States limits the Jurisdiction of this Court, which is one of original Jurisdictions with the right of trial by Jury Guaranteed.  This is a common law action. Minnesota cannot limit or impair the power of this court to render Complete Justice between parties.  Any provisions in the Constitution of and laws of Minnesota which attempt to do so is repugnant to the Constitution of the United States and void.  No question as to the jurisdiction of this court was raised by either party at the trial. both parties were given complete liberty to submit any and all facts to the jury, at least as so far they saw fit.

No complaint was made by Plaintiff that the didn't receive a fair trial. From the admissions made by Mr. Morgan the path of duty was direct and clear for the jury.  Their Verdict could not reasonably been otherwise, freely and without purchase, comfortable to laws in the Court of December 7, 1968

BY THE COURT

DEC 9,1968

JUSTICE  MARTIN V. MAHONEY

Credit River Township

Scott County, Minnesota

Note: it has never been doubted that a Note given on a Consideration which is prohibited by law is void. It has been determined, independent of Acts of Congress, that sailing under the license of an enemy is illegal. The emission of the bills of credit upon the books of these private Corporations for the Purpose of private gain is not warranted by the Constitution of the United States and is unlawful. See. Craig V. Mo4 Pete's report 912. This court can tread only that path which is marked out by duty. M.V.M

JEROME DALY had his own information to reveal about this case, which establishes that between his own revealed information and the fact that Justice Martin V. Mahoney was murdered 6 months after he entered the Credit River Decision on the books of the Court, why the case was never legally overturned, nor can it be.

JEROME DALY'S OWN ENTRY

REGARDING JUSTICE MAHONEY'S MEMORANDUM

FORWARD: THE ABOVE JUDDGEMENT WAS ENTERED BY THE COURT ON DECEMBER 9,1968. THE ISSUE THERE WAS SIMPLE-NOTHING IN THE LAW GAVE THE BANKS THE RIGHT TO CREATE MONEY ON THEIR BOOKS THE BANKFILED A NOTICE TO APPEALWITHIN 10 DAYS. THE DISTRICT COURT DOES NOT ACQUIRE JURISDCTION UPON APPEAL TO EFFECT THE APPEAL THE BANK HAD TO DEPOSIT $2.00 WITH THE CLERK WITHIN 10 DAYS FOR PAYMENT TO THE JUSTICE WHEN HE MADE HIS RETURN TO THE DISTRICT COURT. THE BANK DEPOSITED TWO $1.00 FEDERAL RESERVE NOTES. THE JUSTICE REFUSED THE NOTES AND REFUSED TO ALLOW THE APPEAL UPON THE GROUNDS THAT THE NOTES WERE UNLAWFUL AND VOID FOR ANY PURPOSE. THE DECESION IS ADDRESSED TO THE LEGALITY OF THESE NOTES AND THE FEDERAL RESERVE SYSTEM. THE CASES OF EDWARD V KEARNZEYAND CRAIG VS MISSOURI SET OUT IN THE DECESION SHOULD BE STUDIED VERY CAREFULLYAS THEY BEAR ON THE INVIOLABILITY OF CONTRACTS.

46 WHAT WE HAVE HERE IS THE COURT DOCUMENTING THAT COMMON LAW IS UNIVERSAL FOR THE UNITED STATES OF AMERCIA, AND THAT THE UNAMIOUS DECISION MADE IN COURT WAS IN CONJUCTION WITH THE RIGHT TO A TRIAL BY JURY (SEE THE SEVENTH ARTICLE OF THE ORIGIONAL CONSTITUION AND THE NORTHWEST ORDINENCEWHICH IN 1968 THE COURT HELD WAS STILL IN FORCE AND APPLICABLE.

47. The court also documented the fact that the banks have a practice of creating what is deemed or termed money, which in fact not defined in the constitution, not authorized by Congress who has the power to regulate money which make it a violation of THE GOLD ABROGATION ACT of June 5,1933 and obstructs the power of congress to regulate the currencies of the United States and has been held by the United States Congress as being against public policy.

48. The administrative courts have been condoning this unconstitutional and unlawful practice by these financial institutions during this current national emergency that was so serious that it has lasted for greater than 85 years.

49 it is for this exact reason that monies are only authorized to be printed by the United States Department of Treasury, this is specially spelled out in THE ECONOMIC BANKING EMERGENCY RELIEF ACT of March 9 ,1933 an act that lays out stiff penalties for anyone who violates this act. The facts indicate that the bank and their practices are in a direct violation of public policy, the power of the Congress to regulate the currencies in America and the United States of America Constitution which is founded upon THE NORTHWEST ORDINANCE.

50. This practice is holding us hostage, in bondage in involuntary servitude, for at mealtime did the financial institution indicate to us they were lending us something with no value, that was not regulated by congress, and was not authorized under the financial laws of the United States of America.

51. As at the current there is a claim that somehow the bank lent $'s, when in fact this would be fraught, this would be counterfeit currency. Which would mean the financial crisis of 2008 and of the previous decades were none less a fraudulent claim by the financial institutions and their main member the bank the Federal Reserve, and all of these case whereby such unlawful and un-valued consideration has been introduced no matter the form and no matter the party, such constitute an attempt to defraud the American public, the American government, and the American judicial branch of government equating fraud on the court.

52. Again this practice has been officially declared to be unconstitutional under common law, and if it's unconstitutional under common law it's the same under administrative/statutory/regulatory/ordinance/ and or other prescription of law

53. Obtaining and attaining the age of majority is not a privilege it is a natural right, a common law right here in America and throughout the world of administrative agencies have created a plethora of laws procedures, policy that interfere with his right a right to be recognized in common law.

54 I have the right COMMON LAW to be at liberty , the right to my property the right to contract the right to any restraint or constraint on these rights that are all construed as rights to petition writ of habeas corpus expediency because of the a MUST FOR THE DAMAGES ARE GREAT

55. ALL OF THE WORDS, THE CONTEXT THE INTENT WITHIN THIS PRESENTMENT ARE TO BE CONSTRUED UNDER COMMON LAW OR GODS LAW ORDINANCES, RIGHTS WHICH ECOMPASSES THE NORTHWEST TERRITORY SUPPORTED BY THE SUPREME COURT. TOTHE START OF THE BILL OF RIGHTS OUR CONSTITUION WITH NO OTHER CONSTRUCTIONS IS WARRANTED OR ACCEPBABLE.

BRYON ROMSTADT

A Private American Citizen

United States District Court
Central District of California
411 W 4th
Santa Ana California
92701

ATTN: Court Filing
Interested Party in Criminal
Joinder Case 9:17-CV-01386
DOC-KES

of now

E
4-Corres-
.05
E File

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

1007 92701

U.S. POSTAGE PAID
TOLEDO, OH
43614
JUL 06, 18
AMOUNT
**$24.70**
R2304E107034-10

# PRIORITY ★ MAIL ★ EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

CIV

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL - 9 2018
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION BY DEPUTY

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013 OD: 12.5 x 9.5

PS10001000006

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( 419 ) 350-4920
Bryan Reinstadt
1624 ... 
Toledo Ohio 43609

**PAYMENT BY ACCOUNT** (if applicable)

**DELIVERY OPTIONS** (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )
United States District Court
411 West 4th
Santa Ana California

ZIP + 4® (U.S. ADDRESSES ONLY)
92701

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

EL824443314US

TIONAL USE HERE

UNITED STATES POSTAL SERVICE® | PRIORITY ★ MAIL ★ EXPRESS™

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 43614 | 7-7-18 | $ 24.70 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee | COD Fee |
| 7-6-18 | | $ | $ |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| 1331 PM | $ | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | | |
| Weight ☐ Flat Rate | Acceptance Employee Initials | | |
| | | $ 24.70 | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| 7/7 | 10:02 ☒ AM ☐ PM | C C |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 3-ADDRESSEE COPY

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

This envelope is made from post-consumer waste. Please recycle - again.

