Angela Swan, #213793
THE LAW OFFICES OF ANGELA SWAN,
A PROFESSIONAL CORPORATION
21151 South Western Avenue, Suite 177
Torrance, CA  90501
Office Telephone:  (310)755-2515
Facsimile:              (310)878-0349
Email:                     aswan@angelaswanlaw.com
Attorney for Plaintiff Billie Rene Frances Lillian Powers

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Billie Rene Frances Lillian Powers<br>   Plaintiff,<br>  vs.<br><br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; SELECT PORTFOLIO SERVICING, INC.; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COMMONWEALTH LAND TITLE COMPANY; JON SECRIST; NICHOLE CLAVADETSCHER; and DOES 1 to 10, inclusive,<br>   Defendants. | Case No. 8:17-cv-01386-DOC-KES<br><br>**PLAINTIFF'S REPLY TO DEFENDANTS THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; SELECT PORTFOLIO SERVICING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR JOINDER; MEMORANDUM OF POINTS AND AUTHORITIES** |

**TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

Plaintiff Billie Rene Frances Lillian Powers ("Plaintiff"), hereby submits her Reply to Defendants THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; SELECT PORTFOLIO SERVICING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S Opposition to Plaintiff's Motion for JOINDER OF BANKING FRAUD VIOLATIONS OF 18 U.S. CODE §1005, BANK ENTRIES, REPORTS AND TRANSACTIONS; 18 U.S. CODE §1006, FEDERAL CREDIT INSTITUTION ENTRIES, REPORTS AND TRANSACTIONS; 18 U.S. CODE § 1341, FRAUDS AND SWINDLES; 18 U.S. CODE § 880, RECEIVING THE PROCEEDS OF EXTORTION; 18 U.S. CODE § 1957, ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY, RICO.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Millions of Working Class Americans are being forced out of their homes based on Banking Fraud Violations. Predatory Mortgages are defaulting, utilizing fraudulent Real Property Documents to successfully operate a Mortgage Scheme for economic gain. In recent history, this scheme spiraled our nation into a Recession and the tax payers, Working Class Americans, bailed-out the Mortgage Industry.

Americans' stories are being told, but are not being provided any legal remedy against the Unfair Competition.

Attorney Angela Swan, counsel for Plaintiff, obtained Plaintiff's case days prior to Plaintiff's Third Amended Complaint's due date of March 19, 2018. However, after weeks of thoroughly reviewing Plaintiff's case and hours of research, counsel found that there are other important claims that explain the growing Mortgage Fraud crisis, Banking Fraud Violations, and Federal Rules of Civil Procedure, Rule 18 (a), Joinder of Claims and Remedies, lawfully permits any person to file a Motion joining claims that arose out of the same dispute or transaction, or because it involves the same parties. The purpose of joinder is one of efficiency, both for the courts and the parties involved.

Plaintiff's Motion for Joinder clearly sheds light on Congressional intent when the laws were created to govern banks, which Defendants failed to oppose.

## II. DEFENDANTS VIOLATE LOCAL RULE 11-3.6

<u>L.R. 11-3.6 Spacing</u>. The typing or printing on the document shall be double spaced, including citations and quotations. Pages 5-8 of Defendants' Opposition violates this Local Rule.

## III. PLAINTIFF HAS PRIVATE RIGHT OF ACTION TO BRING A MOTION FOR JOINDER

On July 21, 2010, The Dodd Frank Wall Street Reform Bill amended Title 12, Section 25b of Subsection J under the Title Enforcement Actions and it says, "The ability of the Comptroller of the Currency to bring an enforcement action under Title 62 of the Revised Statutes (The National Bank Act, codified to Chapter 6, Foreign Banking), does not preclude any private party from enforcing rights granted under Federal or State law in the courts."

## IV. PLAINTIFF'S MOTION SATISFIES FEDERAL RULES OF CIVIL PROCEDURE, RULE 7(B)

Federal Rules of Civil Procedure, Rule 7 (B), Motions and Other Papers, states… (B) state with particularity the grounds for seeking the order. Plaintiff's Motion states with particularity, Congressional intent, regulations created to govern banks, and it sheds light on the "Banking Fraud", clearly demonstrating that these financial institutions are operating outside of the law, causing mass destruction.

Plaintiff's intent is to reintroduce the Mortgage Industry to the parameter in which it is to work within, pursuant to the Federal Reserve Act, The Homeowners Loan Act, and the Emergency Banking Act in hopes to curtail the many unlawful

foreclosures that are continuously occurring in our nation. <u>Good cause exists for joinder of Banking Fraud Violations Claims</u>.

Plaintiff's Motion states that false representations as to Liability of United States for Acts of Corporation, results in punishment.

### V. CONCLUSION

Based on legislative and Congressional intent, Plaintiff requests that her Motion for Joinder of Banking Fraud Violations is granted.

DATED: July 16, 2018

THE LAW OFFICES OF ANGELA SWAN, APC

By: _____
Angela Swan,
Attorney for Plaintiff