Angela Swan, #213793
THE LAW OFFICES OF ANGELA SWAN, APC
21151 South Western Avenue, Suite 177
Torrance, CA 90501
Office Telephone: (310)755-2515
Email: aswan@angelaswanlaw.com
Attorney for Plaintiff Billie Rene Frances Lillian Powers

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION – SANTA ANA

| Billie Rene' Frances Lillian Powers<br>Plaintiff,<br>vs.<br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; SELECT PORTFOLIO SERVICING, INC.; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COMMONWEALTH LAND TITLE COMPANY; JON SECRIST; NICHOLE CLAVADETSCHER; and DOES 1 to 10, inclusive,<br>Defendants. | Case No. 8:17-cv-01386-DOC-KES<br>District Judge: Hon. David O. Carter<br>Courtroom: 9D<br><br>**DECLARATION OF ATTORNEY ANGELA SWAN IN SUPPORT OF MOTION TO AMEND PLAINTIFF'S THIRD AMENDED COMPLAINT TO CORRECT DEFENDANT COMMONWEALTH LAND TITLE COMPANY'S NAME**<br><br>Third Amended Complaint: 03/19/2018 |
|---|---|

DECLARATION OF
ATTORNEY ANGELA SWAN

1

# DECLARATION OF ANGELA SWAN

I, ANGELA SWAN, ESQ., declares as follows:

I am an attorney at law duly licensed to practice before all courts within the State of California. I have been so licensed since June 5, 2001. I have practiced civil law litigation for over 16 years. I make this declaration in support of Plaintiff's MOTION TO AMEND PLAINTIFF'S THIRD AMENDED COMPLAINT TO CORRECT DEFENDANT COMMONWEALTH LAND TITLE COMPANY'S NAME.

Unless otherwise stated upon information and belief, I make this declaration of my own personal knowledge. If called upon to testify, I could and would testify to the truth of the following matters.

June 19, 2018, during a meet and confer, via telephone, with Attorney Kevin S. Sinclair ("Mr. Sinclair"), pursuant to Local Rule 7-3, regarding his intentions to file a Motion to Dismiss, we discussed at length and practically during the entire meet and confer, that his client's name was sued incorrectly and he was adamant about me dismissing his client, because the name was incorrect.

During the same meet and confer, my plan was to discuss my intentions to file a Motion for Joinder of Banking Fraud Claims. However, I got re-focused by Mr. Sinclair's topic of dismissal, and was somewhat convinced that he was correct about his client being dismissed from Plaintiff's Third Amended Complaint.

After hanging up the telephone with Mr. Sinclair, my plan was to dismiss his client, before he filed an Answer. Therefore, I did not meet and confer with Mr. Sinclair regarding my intentions to file a Motion for Joinder of Banking Fraud Claims. I believed that I was dismissing his client.

However, after thoroughly looking at other options, I discovered the most effective option is to file a motion for a name change. Especially after reflecting on our conversation, when Mr. Sinclair stated that he would still be the attorney.

To dismiss the Defendant and subsequently file a "Motion for Joinder to Add a Party" would only delay justice. Filing a Motion to amend Plaintiff's Third Amended Complaint appears to save time and Judicial Resources.

Despite, my mistake, Mr. Sinclair has filed an Opposition to Plaintiff's Motion for Joinder of Banking Fraud Claims and I have filed a Reply.

DECLARATION OF
ATTORNEY ANGELA SWAN
3

1  I declare, under penalty of perjury, that the foregoing is true and correct.

2  Executed this 23rd day of July 2018 at Los Angeles, California.

         _____
         ANGELA SWAN, Declarant

DECLARATION OF
ATTORNEY ANGELA SWAN

4