1  Angela Swan, #213793
2  THE LAW OFFICES OF ANGELA SWAN,
   A PROFESSIONAL CORPORATION
3  21151 South Western Avenue, Suite 177
4  Torrance, CA  90501
   Office Telephone: (310)755-2515
5  Facsimile:        (310)878-0349
6  Email:            aswan@angelaswanlaw.com
   Attorney for Plaintiff Billie Rene Frances Lillian Powers
7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9              SOUTHERN DIVISION – SANTA ANA

10 Billie Rene Frances Lillian Powers        )
          Plaintiff,                         )
11                                           ) Case No. 8:17-cv-01386-DOC-KES
          vs.                                )
12                                           )
                                             ) District Judge: Hon. David O. Carter
13 BANK OF AMERICA, N.A.; THE                ) Courtroom:      9D
   BANK OF NEW YORK MELLON                   )
14 F/K/A THE BANK OF NEW YORK,               )
   AS TRUSTEE, ON BEHALF OF                  )
15 THE HOLDERS OF THE                        )
                                             ) [PROPOSED] ORDER GRANTING
16 ALTERNATIVE LOAN TRUST                    ) MOTION TO AMEND PLAINTIFF'S
17 2007-HY9, MORTGAGE PASS-                  ) THIRD AMENDED COMPLAINT TO
   THROUGH CERTIFICATES                      ) CORRECT DEFENDANT
18 SERIES 2007-HY9; SELECT                   ) COMMONWEALTH LAND TITLE
19 PORTFOLIO SERVICING, INC.;                ) COMPANY'S NAME
   QUALITY LOAN SERVICE                      )
20 CORPORATION; MORTGAGE                     )
21 ELECTRONIC REGISTRATION                   ) Third Amended Complaint: 03/19/2018
   SYSTEMS, INC.;                            )
22                                           )
   COMMONWEALTH LAND TITLE                   )
23 COMPANY; JON SECRIST;                     )
24 NICHOLE CLAVADETSCHER; and                )
   DOES 1 to 10, inclusive,                  )
25                                           )
          Defendants.                        )
26                                           )
27 ─────────────────────────────────────────────
28              [PROPOSED] ORDER GRANTING
                MOTION TO CORRECT DEFENDANT
                COMMONWEALTH'S NAME
                             1

**TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

Having read and considered Plaintiff's MOTION TO AMEND PLAINTIFF'S THIRD AMENDED COMPLAINT TO CORRECT DEFENDANT COMMONWEALTH LAND TITLE COMPANY'S NAME ("Defendant") to its correct name of COMMONWEALTH LAND TITLE INSURANCE COMPANY, and there being no apparent prejudice to the Defendant, it is on this _____ day of July, 2018, ORDERED that Plaintiff's motion be, and hereby is, GRANTED.

This clerk shall docket Exhibit 1 to Plaintiff's motion as Plaintiff's amended Third Amended Complaint. The Clerk is further directed to amend the docket and case information to reflect Defendant COMMONWEALTH LAND TITLE COMPANY'S correct name as Defendant COMMONWEALTH LAND TITLE INSURANCE COMPANY to this action.

SIGNED:_____

_____
Honorable Judge David O. Carter,
UNITED STATES DISTRICT JUDGE