AO 436 (Rev. 04/13)
*Read Instructions.*

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
**AUDIO RECORDING ORDER**

| 1. NAME | 2. PHONE NUMBER | 3. EMAIL ADDRESS |
|---|---|---|
| Billie Reni' Frances Lillian Powers | 949-374-4052 | powersbillie@yahoo.com |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| P.O. Box 1501 | Newport Beach | Calif | 92659 |

| 8. CASE NUMBER | 9. CASE NAME | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 8:17-cv-01386-DOC-KES | Powers v. Bank of New York Mellon et al | 10. FROM July 30 2018 | 11. TO July 30 2018 |

| 12. PRESIDING JUDGE | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Carter | 13. CITY Santa Ana | 14. STATE California |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. AUDIO RECORDING REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | NOTE: No hearing held on 8-30-18 |
| [x] OPENING STATEMENT (Plaintiff) | | | 8-30-18 |
| [x] OPENING STATEMENT (Defendant) | | | 8-30-18 |
| [x] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Specify) | 8-30-18 |
| [x] CLOSING ARGUMENT (Defendant) | | | 8-30-18 |
| [x] OPINION OF COURT | | | 8-30-18 |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

*You are requesting the audio for hrg. date 7-30-18. Be advised that only the portions of that day that were recorded with the CourtSmart recording system can be provided in CD format from that day. Please refer to transcripts reported by court reporter for non-recorded portions.

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| [ ] DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| [x] RECORDABLE COMPACT DISC - CD | | |
| [x] ~~ELECTRONIC FILE~~ (via email, digital download, or other Judicial Conference Approved Media) Digitally recorded | 1 | |
| | ESTIMATE TOTAL | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|
| [signature] Billee Rea... | 9-24-18 |

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   ORDER RECEIPT   ORDER COPY