# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| BILLIE RENE FRANCES LILIAN POWERS,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9, et al,<br><br>Defendants. | Case No. 8:17-CV-01386-DOC-KES<br>Assigned to:  Hon. David O. Carter<br><br>**AMENDED ORDER GRANTING MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION**<br><br>Complaint Filed:  August 11, 2017 |

**WHEREAS** Defendants SELECT PORTFOLIO SERVICING, INC. ["SPS"], THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9 ["BNYM"], and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S ["MERS"], [*collectively* "Loan Defendants"] Motion for an Order Expunging Notice of Pendency of Action was taken under submission on May 20, 2019, in the above-entitled court, the Honorable David O. Carter presiding.

**WHEREAS**, the expungement of the Notice of Pendency of Action is proper under Code of Civil Procedure section 405.32 as Plaintiff has not established by a preponderance of the evidence the probable validity of the real property claim at issue in this case.

**IT IS SO ORDERED** that the Motion is granted and that the Amended Notice of Pendency of Action (Lis Pendens) recorded on May 16, 2018 in the County Recorder's Office for Orange County, California, as Document Number 2018000178666, pertaining to the real property located at 40701 Ortega Highway, San Juan Capistrano, California, 92675, and further described as APN 125-120-27, with the following legal description:

> BEGINNING AT THE INTERSECTION OF THE WEST LINE OF THE EAST ONE-HALF OF SECTION 17, TOWNSHIP 6 SOUTH, RANGE 5 WEST, SAN BERNARDINO BASE AND MERIDIAN, AND THE RIVERSIDE AND ORANGE COUNTY BOUNDARY LINE, AS PER F.B. 113, PAGE 114, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, THENCE NORTH 33° 22' EAST, ALONG SAID BOUNDARY LINE, A DISTANCE OF 1533.47 FEET, MORE OR LESS, TO TRUE POINT OF BEGINNING, BEING AT THE SOUTHEASTERLY CORNER, OF LAND CONVEYED TO MARCEL AND MALVINA CRISTIN BY DEED ON FILE IN BOOK 2089 PAGE 99 OF OFFICIAL RECORDS; THENCE NORTH 0° 03' 19" WEST, TO A POINT ON THE NORTH LINE OF SAID EAST ONE-HALF OF SAID SECTION 17, BEING AT THE NORTHEAST CORNER OF SAID LAND CONVEYED TO SAID PARCEL AND MALVINA CRISTIN; THENCE SOUTH 88° 50' EAST, ALONG THE NORTH LINE OF SAID EAST ONE-HALF OF SAID SECTION 17, A DISTANCE OF 487.03 FEET; THENCE SOUTH 0° 03' 09" EAST, TO THE INTERSECTION WITH THE SAID RIVERSIDE AND ORANGE COUNTY BOUNDARY LINE; THENCE SOUTH 33° 22' WEST, ALONG SAID BOUNDARY LINE, A DISTANCE OF 884.03 FEET, MORE OR LESS, TO THE TRUE POINT OF BEGINNING.

IS EXPUNGED.

Dated: _June 6, 2019_

_David O. Carter_

Honorable David O. Carter
United States District Court
Central District of California

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE