Billie Rene' Frances Lillian Powers
P.O. Box 1501
Newport Beach, California 92659
949-374-4052
Plaintiff Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Billie Rene Frances Lillian Powers<br>Plaintiff,<br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; SELECT PORTFOLIO SERVICING, INC.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COMMONWEALTH LAND TITLE COMPANY; JON SECRIST; NICHOLE CLAVADETSCHER; THOMAS PEPPERS; and DOES 1 to 10, inclusive,<br>Defendants. | Case No. 8:17-cv-01386-DOC-KES<br><br>Assigned to<br>District Judge: Hon. David O. Carter<br>Courtroom: 9D<br><br>Assigned Discovery<br>Magistrate Judge: Hon. Karen E. Scott<br><br>**NOTICE OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO REMOVE LIS PENDENS, DEFENDANTS NOTICE OF LODGING OF PROPOSED ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS AND OPPOSITION TO DEFENDANTS ORDER GRANTING MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION**<br><br>**Complaint Filed August 11, 2017**<br>**Now in appeals** |

i, Billie Rene' Frances Lillian Powers, Plaintiff Pro Per as sui juris in this case, give notice that i oppose any motion by the Defendants to remove the lis pendens on the record for my property known as APN 125-120-27. On Friday June 14 i first

NOTICE OF OPPOSITION TO DEFENDANTS MOTION TO EXPUNGING LIS PENDENS
1

became aware of Steven Dailey's efforts to expunge the lis pendens and strongly oppose such action. This case is currently in appeals in the 9th circuit and nothing should be filed or done at this time by this court.

Whereas the Defendants claim under section 405.32 they have a right to do this i find their claim to be without merit as the appellate has yet to rule on this matter before them. Plaintiff expects the court to find without a doubt her evidence is sufficient and it creates what Judge Carter originally termed a "compensable case". Defendants counsel, Steven Dailey, is making assumptions, seeking conclusions not yet satisfied, and without my consent wants to remove the lis pendens that must stand, as is, on the record.

Dated June 14, 2019          Respectfully,

*[signature]*

Billie Rene' Frances Lillian Powers

Plaintiff Pro Per

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

Re: Federal Case # 8:17-cv-01386-DOC-KES, Judge Carter presiding/ 9th Cir. Case # 19-55013
Billie Rene' Frances Lillian Powers v. THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; SELECT PORTFOLIO SERVICING, INC.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COMMONWEALTH LAND TITLE COMPANY; JON SECRIST; NICHOLE CLAVADETSCHER; THOMAS PEPPERS; and DOES 1 to 10, inclusive,

I am employed and/or live in the aforesaid County; I am over the age of 18 years and not a party to the above-titled action:

On June 17, 2019 i served the documents, **Plaintiffs Opposition to Defendants Motion to Expunge Lis Pendens, proposed order** to all defendants named herein separately:

Steven M. Dailey and Rebecca L. Wilson
Kutak Rock, LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
*Attorneys for The Bank of New York Mellon F/K/A the Bank of New York, as Trustee, on Behalf of the Holders of the Alternative Loan Trust 2007-HY9, Mortgage Pass-Through Certificates Series 2007-HY9; Select Portfolio Servicing, Inc.; and, Mortgage Electronic Registration Systems, Inc.*

[X] (By Mail) I caused each such envelope, with postage therein fully pre-paid, to be placed in the United States mail in Costa Mesa, California.
[X] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Executed on 6-17-2019, at Costa Mesa, California

John Cleveland

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

Re: Federal Case # 8:17-cv-01386-DOC-KES, Judge Carter presiding/ 9th Cir. Case # 19-55013
Billie Rene' Frances Lillian Powers v. THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; SELECT PORTFOLIO SERVICING, INC.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COMMONWEALTH LAND TITLE COMPANY; JON SECRIST; NICHOLE CLAVADETSCHER; THOMAS PEPPERS; and DOES 1 to 10, inclusive,

I am employed and/or live in the aforesaid County; I am over the age of 18 years and not a party to the above-titled action:

On June 17, 2019 i served the documents, **Plaintiffs Opposition to Defendants Motion to Expunge Lis Pendens, proposed order,** to all defendants named herein separately:

C/O Stephen D. Britt and Robert J. Gandy
Severson & Werson, A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, CA  926
**Attorneys for Bank of America, N.A.; Jon Secrist; and, Nichole Clavadetscher**

[X] (By Mail) I caused each such envelope, with postage therein fully pre-paid, to be placed in the United States mail in Costa Mesa, California.
[X] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Executed on 6-17-2019, at Costa Mesa, California

John Cleveland

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

Re: Federal Case # 8:17-cv-01386-DOC-KES, Judge Carter presiding/ 9th Cir. Case # 19-55013
Billie Rene' Frances Lillian Powers v. THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; SELECT PORTFOLIO SERVICING, INC.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COMMONWEALTH LAND TITLE COMPANY; JON SECRIST; NICHOLE CLAVADETSCHER; THOMAS PEPPERS; and DOES 1 to 10, inclusive,

I am employed and/or live in the aforesaid County; I am over the age of 18 years and not a party to the above-titled action:

On 6-17-2019 i served the documents, **Plaintiffs Opposition to Defendants Motion to Expunge Lis Pendens, proposed order** to all defendants named herein separately:

Kevin S. Sinclair, Partner
Early Sullivan Wright Gizer & McRae, LLC
6420 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048
***Attorney for Commonwealth Land Title Insurance Company***

[X] (By Mail) I caused each such envelope, with postage therein fully pre-paid, to be placed in the United States mail in Costa Mesa, California.
[X] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Executed on 6-17-2019, at Costa Mesa, California

John Cleveland

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

Re: Federal Case # 8:17-cv-01386-DOC-KES, Judge Carter presiding/ 9th Cir. Case # 19-55013
Billie Rene' Frances Lillian Powers v. THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-HY9, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY9; SELECT PORTFOLIO SERVICING, INC.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; COMMONWEALTH LAND TITLE COMPANY; JON SECRIST; NICHOLE CLAVADETSCHER; THOMAS PEPPERS; and DOES 1 to 10, inclusive,

I am employed and/or live in the aforesaid County; I am over the age of 18 years and not a party to the above-titled action:

On June 17, 2019 i served the documents, **Plaintiffs Opposition to Defendants Motion to Expunge Lis Pendens, proposed order** all defendants named herein separately:

Thomas Peppers
503 36th Street
Newport Beach, California 92663

[X] (By Mail) I caused each such envelope, with postage therein fully pre-paid, to be placed in the United States mail in Costa Mesa, California.
[X] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Executed on 6-17-2019, at Costa Mesa, California

John Cleveland